

## TARLETON
### STATE UNIVERSITY
*Member of The Texas A&M University System*

# Exiting Employee Checklist

RECEIVED
NOV 01 2018
Tarleton State University
Department of Employee Services

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/3/2025 9:05:21 PM
CHRISTOPHER A. PRINE
Clerk

To be completed by Department Head.

Sign and Mail completed form to: **Employee Services, Box T-0510** within 5 business days of termination date.

If you have any questions about the process or the form, contact Employee Services at Ext.9128.

**EMPLOYEE INFORMATION**

Name: **Michael Landis**     Term/Transfer date: **9/30/18**

Position: **Assistant Professor**     Manager: **Dr. Lora Helvie-Mason**

**REASON FOR EXIT (Check One)**

(Check One)

____ Employee is transferring to the Department of _____.

✔ Employee is leaving the university.

**DEPARTMENT**

Check off items below as completed. If any item does not apply, write n/a.

☑ Deactivate Building Access (Card)
   Building (x1880)

☑ Deactivate Online Systems access:
   ☑ Banner
   ☑ email sutton@tarleton.edu

N/A ☐ FAMIS/Canopy/Buy A&M Form
    ☐ Email accountingservices@tarleton.edu

☑ Network Access, including email account
☑ http://www.tarleton.edu/technology/

N/A ☐ Qualtrics
    ☐ Email rhaynes@tarleton.edu

N/A ☐ TimeTraq
    ☐ BVD roles through Payroll (x9653)
    ☐ CJIS Access
       Email allcon@tarleton.edu

☑ Submit **Workday**
   ☑ EPA for employee separation
      (Tarleton Connection)
   N/A ☑ Mobile Communication/Device Service
      Allowance Form
      http://www.tarleton.edu/FINADMINWEB
      /payroll/forms/MobileCommunicationDe
      viceAllowanceForm-web.pdf
   ☑ Resignation letter received and accepted.
   N/A ☑ IF leaving the university, an Exit Interview
      needs to be scheduled with Employee
      Services. Call Ext 9128. Note Date of
      Interview: _____

☑ Return
   ☑ Building Keys to Facilities
   ☑ Departmental property (laptop, uniforms, badge, etc.)
   N/A ☑ Fuel Card
   ☑ Parking Tag
   N/A ☑ Phone card
   N/A ☑ Procurement Card to Purchasing
   ☑ Travel Card to Business Service

**DEPARTMENT HEAD**

Name: **Lora Helvie-Mason**     Title: **Interim Dept Head**

Signature: _____     Date: **10/30/18**

*** DO NOT EMAIL THIS DOCUMENT***

11/15

NAME: **Michael Landis**     SSN/UIN: **123005241**

✓ 1. ~~EPA~~ **Workday** and resignation letter (call for resignation letter if not submitted with EPA)
_____ Email Jeannie Flinn immediate when we receive information regarding termination date

N/A 2. Date employee was scheduled for Exit Interview: _____

✓ 3. Employee did/(did not) come in – circle one. If employee has completed Exit Interview and HR does not have EPA, call department and request EPA.  **packet mailed 10/23/18**

N/A 4. Lump-Sum vacation payment form

____ 5. Sick Leave Pool contribution form (optional)

✓ 6. TRS 6 ~~or ORP 15~~ form

N/A 7. TDA HR 18 form (if applicable BPP scree~~

✓ 8. Completed Termination Clearance Sheet [n HR has fully-signed original)
*Date HR mailed TCS to dept* **10/23/18**   O_____

N/A 9. ACA eligibility (expecting to continue emp [tem) Yes _____ No ✓
If yes, provide ACA Letter with copy to Sy
To Cancel: Complete Benefit change form

✓ 10. Provide P&A Group Information flier to em [th terminated)

N/A 11. Extended Pay Plan cancellation – if applic

____ 12. Forwarding Address: _____
(Phone) _____

*Exit packet was never returned.*

____ 13. Email Employee Exit Survey

____ 14. Cancel Direct Deposit (if applicable)

N/A 15. Print PD and TX screens and place in employee's file

N/A 16. Remind employee to enter any time in LeaveTraq

N/A 17. Process vacation and FLSA pay out

N/A 18. Zero out leave traq balance for vacation and FLSA pay out

✓ 19. Makes changes on insurance change dates and stop dates

N/A 20. For J1 Scholar/Visa type notify International Office of change

N/A 21. Remove / delete manager approver accesses (SSO)

N/A 22. Remove / delete SSO Departmental Admin accesses

N/A 23. Email SSO to remove / delete SSO Central Admin accesses and any Business Objects access (email bcssupport) (Central Admin Accesses and Business Objects accesses must be removed by System. You won't be able to tell in SSO if someone has BO access, so just always include it in the email to bcssupport for anyone who has SSO central admin accesses.)

✓ 24. Pull I-9 and process **- paper form**

Rev 5/2017

**exit packet mailed 10/23/18**



# TARLETON
## STATE UNIVERSITY
Member of The Texas A&M University System

October 23, 2018

Michael Landis
████████████████████

Dear Dr. Landis,

Please find enclosed Exit Documents that you will need to sign and send them back to me, as soon as possible.

1. **Sick Leave Pool Form**
2. **Direct Deposit Cancelation Form**

Enclosed you will also find information about COBRA Insurance. The actual packet will be mailed from the P & A Group, Inc. After you receive the packet from them, you will be allowed to sign up for COBRA insurance, if needed.

There is also an Application for Refund for TRS. If you are interested in applying for a refund of your TRS funds or having your funds directly rolled over into an eligible IRA account then you will need to complete the application and **send it directly to TRS** at the address on the top of the application. You also have the option to just leave your money in your TRS account and not move it at this time.

If you have any questions, please feel free to call or email me. If you feel you would rather go over these things together, please call me to schedule a phone interview.

If you feel you understand everything and don't need to meet through a phone call, please provide a personal email address, current phone number and signature (provided on the next page). This will allow our system to send you a message when your W-2 and 1095-C documents are ready. At the end of January 2019, you will find those documents in Workday through Single Sign On.

Thank you,

*Hollie Trussell*

**Hollie Trussell**
Employee Services Specialist
htrussell@tarleton.edu or (254) 968-9129



## Michael Landis, UIN 123005241

Email: _____

Phone Number: _____

Signed: _____

EMPLOYEE SERVICES DEPARTMENT

Box T-0510, Stephenville, TX 76402 | Office (254) 968-9128 | Fax (254) 968-9590 | www.tarleton.edu/hr

The Texas A&M University System

# Sick Leave Pool Form

*With few exceptions, you have the right to request, receive, review and correct information about yourself collected using this form.*

Name **Michael Landis**       UIN **123005241**       Department **History, Sociology & Geography**

**DONATION**                Number of hours donated (in whole-day increments): _____

*Note: Employees may donate an unlimited amount of their accrued sick leave each fiscal year. Donations must be made in 8-hour increments. Retiring and terminating employees may also donate sick leave to the pool. However, employees returning to state employment within 12 months (and after at least 30 calendar days if returning to the same institution or agency) will not have any donated time restored to their sick leave balances.*

In making this decision I understand that it is:
- strictly voluntary,
- for use by any eligible employee, and I may not stipulate who may receive this donation, and
- no longer my property right and that my sick leave balance will be reduced by a corresponding amount.

_____     _____
*Employee signature*                                              *Date*

I certify that this employee's sick leave balance has been reduced by the amount donated to the sick leave pool.

_____     _____
*Department Head signature*                                     *Date*

**WITHDRAWAL**                Number of hours requested: _____
Sick leave pool withdrawals should be requested as soon as the need becomes apparent. Pool hours cannot be awarded retroactively.

Purpose:
- ☐ Catastrophic illness or injury. I expect to exhaust my sick and vacation leave and compensatory time as of _____ *(time)* on _____ *(date)*. I expect to have missed 80 hours of work due to this illness or injury as of _____ *(time)* on _____ *(date)*. Attached is a physician's statement stating the nature and expected duration of the illness or injury.
- ☐ Noncatastrophic illness or injury. I have exhausted my sick leave and have contributed _____ hours to the sick leave pool.
- ☐ Is this request a result of an on-the-job injury? _____ yes _____ no *(Policy prohibits sick leave pool from being used in conjunction with a workers' compensation claim.)*

If requesting time to care for an immediate family member:

_____     _____
*Family member's name*                                          *Relationship*

_____     _____
*Employee signature*                                              *Date*

I certify that this employee has exhausted all earned sick and vacation leave and compensatory time as of _____ *(time)* on _____ *(date)* and that the employee has missed 80 hours of work for this condition as of _____ *(time)* on _____ *(date)*.

_____     _____
*Department Head signature*                                     *Date*

Number of hours approved: _____ Comments: _____

_____     _____
*Sick Leave Pool Administrator signature*                      *Date*



STATE UNIVERSITY

# Direct Deposit and Electronic W-2 Authorization Form

*With few exceptions, you have the right to request, receive, review and correct information about yourself collected using this form.*

Direct Deposit instructions:

Complete this form and return it, along with *a voided check* for either your checking account or a savings account deposit slip to:

Payroll Services
Box T-0115
254-968-9608

Employee Identification (to be completed by employee).

Name: **Michael Landis**

Social Security Number:

Email Address:

Department: **History, Sociology & Geography**

Action Requested:
☐ Initial Set Up  ☐ Change  ☒ Cancel

Indicate Account Type:
☐ Checking (Voided Check)*  ☐ Savings (Deposit Slip)

*If you do not wish to present a voided check the following information must be completed by your financial institution representative:

| | |
|---|---|
| Name of Bank or Credit Union: | |
| Electronic Deposit Routing Number: | |
| Account Number: | |
| Name of Person completing information: | |

## Electronic W-2 Request

You may now select to receive your official Form W-2 using HRConnect. An email notice will be sent to you once the Form W-2 is available through HRConnect. You will then be able to log into HRConnect and print your form at your convenience. Should you make this selection, you will have access to your Form W-2 several days before the printed form would reach you in the mail. You will receive the information earlier, and eliminate the possibility of your W-2 being lost in the mail or being intercepted by someone else. Because you will not receive a printed form in the mail, you will also be saving the A&M System significant time and money associated with generating and handling these forms. You may change this option during any time of the year except the period January 15-31 (the period during which the Form W-2 is generated).

Set Up Electronic W-2:  ☐ Yes  ☐ No

## Employee Authorization

Pursuant to Section 403.016, Texas Government Code, I authorize Tarleton State University (TSU) to deposit by electronic transfer payments owed to me by the State of Texas and, if necessary, debit entries and adjustments for any amounts deposited electronically in error. Tarleton State University shall deposit the payments in the financial institution and account designated above. I recognize that if I fail to provide complete and accurate information on this authorization form, the processing of this form may be delayed so my payments may be erroneously transferred electronically. I consent to and agree to comply with the National Automated Clearing House Association Rules and Regulations and Tarleton State University's rules about electronic transfers as they exist on the date of my signature on this form or as subsequently adopted, amended, or repealed. I understand that Tarleton State University has the authority to stop making electronic transfers to my account without advance notice. I also understand that my participation is limited to deposit of all net pay in one account in one financial institution and that I may have my paycheck deposited in any financial institution within the United States that uses the Federal Reserve System's Automated Clearing House system. I further understand that it will be my responsibility to contact Tarleton State University's Payroll Services Office prior to making changes in my account (closing account, changing banks, etc.).

Signature:

Date:






*Follow the steps below to log in and access your P&A COBRA Account. It's fast, easy and gives you 24 hour access to your plan.*

Go to the P&A homepage at www.padmin.com and navigate to the blue login tab at the top of the homepage. Select **Employees**.



Log into your account under the **My Benefits Account** Login box. Enter your username and password credentials and click the **Submit** button.

**FIRST TIME USER:** Please click on the **First Time Logging In** link located near the submit button. You will then be prompted to create a username and password for your account.

**NOTE:** Once complete, you must click the **Submit** button instead of hitting the **Enter** key on your keyboard.


Once you log in you will reach your **My Benefits Summary**, which displays your COBRA information.



Click the **Show/Hide Plan Details** button to expand your COBRA plan details. You can view open invoices, payments, benefits, qualifying events and initial notices.

## Plan Details

Open Invoices | **Payments** | Benefits | Qualifying Events | Initial Notices

| Benefit Period | Invoice Amount | Status | Payment Received | Received Date | Check Number |
|---|---|---|---|---|---|
| May, 2015 | $622.20 | Paid | $622.20 | 3/5/2015 | T133 |
| April, 2015 | $622.20 | Paid | $622.20 | 3/5/2015 | T133 |
| March, 2015 | $622.20 | Paid | $622.20 | 2/15/2015 | T131 |
| February, 2015 | $622.20 | Paid | $622.20 | 2/15/2015 | T131 |
| January, 2015 | $622.20 | Paid | $622.20 | 1/5/2015 | T129 |



**TRS**
TEACHER RETIREMENT SYSTEM OF TEXAS

1000 Red River Street
Austin, TX 78701-2698
(800) 223-8778
www.trs.texas.gov

# Application for Refund

TRS 6 (09-17)

## Section 1 – Member Information

Name _____ Social Security Number _____

Address _____
        Street Address or PO Box Number   City        State       Zip Code

Phone Number _____ Date of Birth _____

To be completed if your refund will be sent to a foreign address:

Are you a U.S. citizen? ☐ Yes ☐ No

If you are not a U.S. citizen, are you a resident alien of the U.S.? ☐ Yes ☐ No

If you answered no to both questions above, see page 2 of the *Requesting a Refund Instructions* (TRS6IN) for additional information regarding required federal income tax withholding.

## Section 2 – Refund Election (select one)

☐ **Refund**
I elect to have my TRS accumulated contributions paid directly to me. I understand that 20% of the taxable amount of my refund will be withheld for federal income taxes (provided the amount is greater than $200.00). See page 2 of the *Requesting a Refund Instructions* (TRS6IN) for information on tax withholding if you are a non-U.S. citizen and a non-resident alien.

☐ **Direct Rollover**
I elect to have all or a portion of my TRS accumulated contributions rolled over into an eligible retirement plan. I understand that TRS will provide me with an additional form if this option is selected. A *Refund Rollover Election* form (TRS6A) must be completed and returned to TRS.

## Section 3 – Payment Method for Portion Not Being Rolled Over

☐ **Direct Deposit**
I elect to have the portion of my refund being paid directly to me sent electronically to the financial institution listed below.

Name of Financial Institution _____

Account Type (must select one) ☐ Checking ☐ Savings

Bank Routing Number

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number _____

The following declaration MUST be completed if you are requesting direct deposit.

Will this payment be transferred or forwarded outside of the United States?

☐ No ☐ Yes
If yes, to what country? _____
Percentage to be transferred _____ %

☐ **Check**
I elect to have the portion of my refund paid directly to me sent to my mailing address as a paper treasury warrant.

**Be sure to include your name and Social Security Number on both pages.**



**TEACHER RETIREMENT SYSTEM OF TEXAS**
1000 Red River Street
Austin, TX 78701-2698
(800) 223-8778
www.trs.texas.gov

## Eligibility for a Refund

If you permanently terminate employment with your TRS-covered employer(s) and have neither applied for nor received a promise of employment with a TRS-covered employer, you may terminate membership in TRS and withdraw all of the accumulated contributions in your member account. Terminating your TRS account also terminates all service credit with TRS.

**Exception**: If you are serving as a substitute and are not employed in any other capacity with a TRS-covered employer, you may withdraw your accumulated contributions.

## Options to Consider Before Requesting a Refund

The decision to seek a refund of your member contributions is an important one. If you resume TRS membership at a later date, you may be subject to new retirement eligibility criteria. It is advisable to consider all options available to you before making a decision. These options include the following:

- If you have less than five years of TRS service credit, you may leave your accumulated contributions with TRS, receive interest for up to five years while absent from TRS-covered employment and then later apply for a refund if you do not return to employment in a TRS-covered position.
  **Note**: If you have less than five years of service credit, after five consecutive years without earning TRS service credit, your membership is terminated unless you qualify for an exception or return to work in a TRS-covered position. Refer to the *TRS Benefits Handbook* for additional information.
- If you have at least five years of TRS service credit, you may leave your accumulated contributions with TRS and earn interest as long as these funds remain with TRS. If you do not take a refund, then when you meet applicable retirement eligibility requirements, you may apply for a lifetime retirement annuity based upon your service and salary history on file with TRS.
- You may terminate your membership in TRS by applying for a refund and withdrawing your accumulated contributions. See the *Federal Income Tax Implications* section below for more information. If you terminate TRS membership and receive a refund of your accumulated contributions, you will terminate all service credit with TRS and forfeit valuable future benefits associated with the service credit such as eligibility for a retirement annuity, death benefits, and retiree health insurance.
- You may terminate TRS membership by applying for a refund and withdrawing your accumulated contributions, but defer receipt of taxable income by rolling your funds over to another eligible retirement plan. For more information regarding the types of eligible retirement plans that may receive a rollover of your withdrawn funds, see Section 4 of the *Refund Rollover Election* form (TRS6A).

## Forms Used to Request a Refund

*Application for Refund* form (TRS6) – required
*Refund Rollover Election* form (TRS6A) – optional; only required if you are requesting a rollover to another eligible retirement plan



1000 Red River Street
Austin, TX 78701-2698
(800) 223-8778
www.trs.texas.gov

## Tax Statements Sent by TRS

Tax statements (Form 1099-R) are required to be mailed to your address on record no later than  January 31 of the year following a refund. Form 1099-R includes the total amount of the lump sum distribution, any portion that is taxable income for the year paid, and the amount of income tax withheld. This information is also provided to the IRS as required by federal law. If you are a non-U.S. citizen and non-resident alien, TRS will report your distribution on a Form 1042-S instead of on a Form 1099-R.

If you elect to roll over all or a part of your refund you will receive a separate Form 1099-R regarding the rollover amount. Tax statements are mailed to the same address used for refunds. You must notify TRS in writing if your address changes after you receive your refund. TRS must receive your notification prior to  December 10 of the year in which you received your refund in order to ensure that the form will be sent to the correct address.

## Returning to TRS Membership After a Refund

If you return to TRS membership after receiving a refund, you may elect to reinstate service credit terminated by your withdrawal by re-depositing the amount that TRS has determined to be eligible* plus applicable reinstatement fees. This amount may be paid in a lump sum payment, by a rollover or direct trustee-to-trustee transfer of eligible funds from another eligible retirement plan, or in monthly installments. If you pay by monthly installments, additional administrative fees are also assessed.

*Note: *Not all service credit may be eligible for reinstatement after withdrawal. Some types of service credit must be continuously maintained such as credit earned by a student who was required to be enrolled as a student at the employing institution of higher education as a condition of employment when that type of service was eligible for membership in TRS.*



# Special Tax Notice Regarding Rollover Options under TRS

TEACHER RETIREMENT SYSTEM OF TEXAS
1000 Red River Street
Austin, TX 78701-2698
(800) 223-8778
www.trs.texas.gov

You are receiving this notice because all or a portion of a payment you are receiving from the Teacher Retirement System of Texas ("TRS"), a governmental 401(a) pension plan, is eligible to be rolled over to an IRA or an employer plan. This notice is intended to help you decide whether to do such a rollover. IF YOU RECEIVE OR ACCESS THIS NOTICE ELECTRONICALLY, YOU MAY REQUEST A PAPER COPY OF THIS NOTICE FROM TRS AT NO CHARGE TO YOU.

Rules that apply to most payments from a retirement plan are described in the "General Information About Rollovers" section. Special rules that only apply in certain circumstances are described in the "Special Rules and Options" section.

## GENERAL INFORMATION ABOUT ROLLOVERS

### How can a rollover affect my taxes?

You will be taxed on a payment from TRS if you <u>do not</u> roll it over. If you are under age 59 ½ and do not do a rollover, you will also have to pay a 10% additional income tax on early distributions (unless an exception applies, as determined under federal tax laws by the IRS).

If you <u>do</u> a rollover to a traditional IRA or an eligible employer plan, you will not have to pay tax until you receive payments later from the IRA or plan, and the 10% additional income tax will not apply if those payments are made after you are age 59 ½ (or if an exception applies).

If you <u>do</u> a rollover to a Roth IRA, you will be taxed on the amount rolled over (reduced by any after-tax amount). However, if you are under age 59 ½ at the time of the rollover, the 10% additional income tax will not apply. See the section below titled "If you roll over your payment to a Roth IRA" for more details.

### Where may I roll over the payment?

You may roll over the payment to either an IRA (an individual retirement account or individual retirement annuity) or an employer plan (a tax-qualified section 401(a) plan, section 403(b) plan, or governmental section 457(b) deferred compensation plan) that will accept the rollover. The rules of the IRA or employer plan that holds the rollover will determine your investment options, fees, and rights to payment of the rolled over amount in the future. Further, the amount rolled over will become subject to the tax rules that apply to the IRA or employer plan.



The 10% additional income tax does not apply to the following payments from TRS:

- Payments made after you separate from service if you will be at least age 55 in the year of the separation
- Payments that start after you separate from service if paid at least annually in equal or close to equal amounts over your life or life expectancy (or the lives or joint life expectancy of you and your beneficiary)
- Payments from TRS made after you separate from service if you are a public safety employee and you are at least age 50 in the year of separation
- Payments made due to disability
- Payments after your death
- Corrective distributions of contributions that exceed tax law limitations
- Payments made directly to the government to satisfy a federal tax levy
- Payments made under a qualified domestic relations order (QDRO)
- Payments up to the amount of your deductible medical expenses

## If I do a rollover to an IRA, will the 10% additional income tax apply to early distributions from the IRA?

If you receive a payment from an IRA when you are under age 59 ½, you will have to pay the 10% additional income tax on early distributions from the IRA, unless an exception applies. In general, the exceptions to the 10% additional income tax for early distributions from an IRA are the same as the exceptions listed above for early distributions from a plan. However, there are a few differences for payments from an IRA, including:

- There is no exception for payments after separation from service that are made after age 55.
- The exception for qualified domestic relations orders (QDROs) does not apply (although a special rule applies under which, as part of a divorce or separation agreement, a tax-free transfer may be made directly to an IRA of a spouse or former spouse).
- The exception for payments made at least annually in equal or close to equal amounts over a specified period applies without regard to whether you have had a separation from service.
- There are additional exceptions for (1) payments for qualified higher education expenses, (2) payments up to $10,000 used in a qualified first-time home purchase, and (3) payments for health insurance premiums after you have received unemployment compensation for 12 consecutive weeks (or would have been eligible to receive unemployment compensation but for self-employed status).

## Will I owe State income taxes?

This notice does not describe any State or local income tax rules (including withholding rules).



## If you were born on or before January 1, 1936

If you were born on or before January 1, 1936 and receive a lump sum distribution that you do not roll over, special rules for calculating the amount of the tax on the payment might apply to you. For more information see IRS Publication 575, Pension and Annuity Income.

## If you roll over your payment to a Roth IRA

If you roll over a payment from TRS to a Roth IRA, a special rule applies under which the amount of the payment rolled over (reduced by any after-tax amounts) will be taxed. However, the 10% additional income tax on early distributions will not apply (unless you take the amount rolled over out of the Roth IRA within 5 years, counting from January 1 of the year of the rollover).

If you roll over the payment to a Roth IRA, later payments from the Roth IRA that are qualified distributions will not be taxed (including earnings after the rollover). A qualified distribution from a Roth IRA is a payment made after you are age 59 ½ (or after your death or disability, or as a qualified first-time homebuyer distribution of up to $10,000) and after you have had a Roth IRA for at least 5 years. In applying this 5-year rule, you count from January 1 of the year for which your first contribution was made to a Roth IRA. Payments from the Roth IRA that are not qualified distributions will be taxed to the extent of earnings after the rollover, including the 10% additional income tax on early distributions (unless an exception applies). You do not have to take required minimum distributions from a Roth IRA during your lifetime.

For more information, see IRS Publication 590-A, Contributions to Individual Retirement Arrangements (IRAs), and IRS Publication 590-B, Distributions from Individual Retirement Arrangements (IRAs). You should consult your tax advisor if you are interested in rolling over your distribution to a Roth IRA.

## If you are an eligible retired public safety officer and your pension payment is used to pay for health coverage or qualified long-term care insurance

If you retired as a public safety officer and your retirement was by reason of disability or was after normal retirement age, you can exclude from your taxable income plan payments paid directly as premiums to an accident or health plan (or a qualified long-term care insurance contract) that your employer maintains for you, your spouse, or your dependents, up to a maximum of $3,000 annually. For this purpose, a public safety officer is a law enforcement officer, firefighter, chaplain, or member of a rescue squad or ambulance crew.

The Form 1099-R that you receive from TRS will report the deducted insurance premium as taxable. If you want to take advantage of this $3,000 exclusion, you must report the amount claimed on Form 1040. The instructions to Form 1040 explain that the taxable amount received from the retirement plan, reduced by the amount of qualified premiums deducted and paid by the retirement plan (not to exceed $3,000), must be entered on line 16b of the Form 1040. Next


## If you are a nonresident alien

If you are a nonresident alien and you do not do a direct rollover to a U.S. IRA or U.S. employer plan, instead of withholding 20%, TRS is generally required to withhold 30% of the payment for federal income taxes. If the amount withheld exceeds the amount of tax you owe (as may happen if you do a 60-day rollover), you may request an income tax refund by filing Form 1040NR and attaching your Form 1042-S. See Form W-8BEN for claiming that you are entitled to a reduced rate of withholding under an income tax treaty. For more information, see also IRS Publication 519, U.S. Tax Guide for Aliens, and IRS Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

## Other Special Rules

If a payment is one in a series of payments for less than 10 years, your choice whether to make a direct rollover will apply to all later payments in the series (unless you make a different choice for later payments).

If your payments for the year are less than $200, TRS is not required to allow you to do a direct rollover and is not required to withhold for federal income taxes. However, you may do a 60-day rollover.

You may have special rollover rights if you recently served in the U.S. Armed Forces. For more information, see IRS Publication 3, Armed Forces' Tax Guide.

## NOTICE PERIOD

Generally, payment cannot be made from TRS until at least 30 days after you receive this notice. Thus, you have at least 30 days to consider whether or not to have your payment rolled over. If you do not wish to wait until this 30-day notice period ends before your election is processed, you may waive the notice period by making an affirmative election indicating whether or not you wish to make a direct rollover. Your payment will then be processed in accordance with your election as soon as practical after it is received by TRS.

## FOR MORE INFORMATION

You may wish to consult with TRS, or a professional tax advisor, before taking a payment from TRS. Also, you can find more detailed information on the federal tax treatment of payments from employer plans in: IRS Publication 575, Pension and Annuity Income, IRS Publication 590-A, Contributions to Individual Retirement Arrangements (IRAs), IRS Publication 590-B, Distributions from Individual Retirement Arrangements (IRAs), and IRS Publication 571, Tax-Sheltered Annuity Plans (403(b) Plans). These publications are available from a local IRS office, on the web at www.irs.gov, or by calling 1-800-TAX-FORM.



# TARLETON
## STATE UNIVERSITY
Member of The Texas A&M University System

May 7, 2019

Payroll Department
VAN 202
SUNY Ulster
491 Cottekill Road
Stone Ridge, NY 12448

RE: Dr. Michael Landis
SSN: xxx-xx-■■■

To Whom It May Concern:

Dr. Michael Landis was employed with Tarleton State University in the full-time position of Assistant Professor from January 16, 2013 through September 30, 2018.

During his time at Tarleton Dr. Landis taught the following courses:

| Course Title | Course Credit Value in hours |
|---|---|
| HIST 1302 US History Since Reconstruct | 3 |
| HIST 1301 US History Before Reconstruct | 3 |
| HIST 312 Age of Jackson 1815-1848 | 3 |
| HIST 313 Slavery, Sectionalism & War | 3 |
| HIST 532 Tpcs: Civil War and Reconst. | 3 |
| HIST 4315 Slavery and the American South | 3 |
| HIST 4385 Sem: Disney's America | 3 |
| HIST 3312 Antebellum America | 3 |
| HIST 3313 Civil War and Reconstruction | 3 |
| HIST 5332 Antebellum America 1815-1860 | 3 |
| HIST 4350 Tpcs: Police and Race in Ameri | 3 |

Thank you,

DawnAnn Wilson
Associate Director, Employee Services

## Wilson, Ms. Dawn Ann

**From:** Vazquez, Ms. Jeannie
**Sent:** Monday, April 29, 2019 12:02 PM
**To:** Wilson, Ms. Dawn Ann
**Cc:** Zubair, Dr. Opeyemi
**Subject:** RE: Employment Verification
**Attachments:** Dr. Landis Fall 2013-Fall 2017 Teaching and Credits.pdf

Hi Dawn Ann,
Attached is the Teaching and Credit Hours for Dr. Landis Fall 2013-Fall 2017.He also requested employment verification is that something that the department can provide or would that come from your office?
Thank you for your assistance.
Jeannie

Jeannie Vazquez
Box T-0660
Department of History, Sociology, and Geography
Department of Government, Legal Studies, and Philosophy
Tarleton State University
Stephenville, Texas 76402
jvazquez@tarleton.edu
Office OA Grant#355
TEL: 254-968-9021
FAX: 254-968-9798

**From:** Vazquez, Ms. Jeannie
**Sent:** Monday, April 29, 2019 9:35 AM
**To:** Wilson, Ms. Dawn Ann <DAWILSON@tarleton.edu>
**Cc:** Zubair, Dr. Opeyemi <zubair@tarleton.edu>
**Subject:** RE: Employment Verification

Hi Dawn Ann,
Will try to get that information to you in the next few days. Dr. Zubair is the Interim Department Head for HSGG now, Dr. Helvie Mason has returned to her Assistant Dean position in Colfa.
Thank you for your assistance.
Jeannie

Jeannie Vazquez
Box T-0660
Department of History, Sociology, and Geography
Department of Government, Legal Studies, and Philosophy
Tarleton State University
Stephenville, Texas 76402
jvazquez@tarleton.edu
Office OA Grant#355
TEL: 254-968-9021
FAX: 254-968-9798

**From:** Wilson, Ms. Dawn Ann <DAWILSON@tarleton.edu>
**Sent:** Monday, April 29, 2019 9:30 AM

1

**To:** Vazquez, Ms. Jeannie <JVAZQUEZ@tarleton.edu>; Helvie-Mason, Dr. Lora <HELVIEMASON@tarleton.edu>
**Cc:** Browder, Ms. Amy <BROWDER@tarleton.edu>
**Subject:** RE: Employment Verification
**Importance:** High

Hi Jeannie.

I don't see that I have received the information needed for this letter. Could you or Dr. Helvie Mason provide as soon as possible? If I have missed an email along the way with the information, I truly apologize. I am needing to finalize and close out this request for both the former employee our office.

Thank you!

*DawnAnn Wilson*

**DawnAnn Wilson**
Assoc. Director, Employee Services
Tarleton State University
(254) 968-9833 o
(254) 965-9590 f

*This email and any files transmitted with it are confidential. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this email transmission in error, please notify me by telephone or via return email and delete this email with all information from your system.*

**From:** Vazquez, Ms. Jeannie
**Sent:** Wednesday, April 10, 2019 11:30 AM
**To:** Wilson, Ms. Dawn Ann <DAWILSON@tarleton.edu>
**Subject:** RE: Employment Verification

Hi Dawn Ann,
Will do as soon as I get back on the 22nd.
JV

Jeannie Vazquez
Box T-0660
Department of History, Sociology, and Geography
Department of Government, Legal Studies, and Philosophy
Tarleton State University
Stephenville, Texas 76402
jvazquez@tarleton.edu
Office OA Grant#355
TEL: 254-968-9021
FAX: 254-968-9798

**From:** Wilson, Ms. Dawn Ann <DAWILSON@tarleton.edu>
**Sent:** Wednesday, April 10, 2019 10:32 AM

**To:** Vazquez, Ms. Jeannie <JVAZQUEZ@tarleton.edu>
**Subject:** RE: Employment Verification

Thanks Jeannie.

Can you please forward me the course titles and course credit values for classes Dr. Landis taught January 16, 2013 – September 30, 2018?

Course Title                          Course Credit Value

*DawnAnn Wilson*

DawnAnn Wilson
Sr. Manager, Employee Services
Tarleton State University
(254) 968-9833 o
(254) 965-9590 f

---

**From:** Vazquez, Ms. Jeannie
**Sent:** Wednesday, April 10, 2019 10:28 AM
**To:** Wilson, Ms. Dawn Ann <DAWILSON@tarleton.edu>
**Subject:** RE: Employment Verification

Hi Dawn Ann,
It is outstanding, however I have not received any further requests since the one I sent you last.
Jeannie

Jeannie Vazquez
Box T-0660
Department of History, Sociology, and Geography
Department of Government, Legal Studies, and Philosophy
Tarleton State University
Stephenville, Texas 76402
jvazquez@tarleton.edu
Office OA Grant#355
TEL: 254-968-9021
FAX: 254-968-9798

**From:** Wilson, Ms. Dawn Ann <DAWILSON@tarleton.edu>
**Sent:** Wednesday, April 10, 2019 10:24 AM
**To:** Vazquez, Ms. Jeannie <JVAZQUEZ@tarleton.edu>
**Subject:** RE: Employment Verification

Hi Jeannie,

I never did receive a response back from Angie on the review and approval of the letter I drafted on this. Is this still an outstanding request from Dr. Landis or was this taken care of?

3

*DawnAnn Wilson*

DawnAnn Wilson
Sr. Manager, Employee Services
Tarleton State University
(254) 968-9833 o
(254) 965-9590 f

**From:** Vazquez, Ms. Jeannie
**Sent:** Tuesday, January 29, 2019 1:14 PM
**To:** Wilson, Ms. Dawn Ann <DAWILSON@tarleton.edu>
**Subject:** Re: Employment Verification

Hi Dawn Ann,
I was wondering if there had been any movement on the request from Dr. Landis as he has reached out to me again since his original request.

Jeannie Vazquez
Department of Government, Legal Studies, Philosophy
Department of History, Sociology, Geography/GIS
Box T-0660
Tel: 254-968-9021
Fax: 254-968-9798
jvazquez@tarleton.edu

**From:** Vazquez, Ms. Jeannie
**Sent:** Thursday, January 3, 2019 8:30 AM
**To:** Wilson, Ms. Dawn Ann
**Cc:** Zubair, Dr. Opeyemi; Morrow, Dr. Eric V
**Subject:** RE: Employment Verification

Hi Dawn Ann,
I am requesting guidance concerning a request from a former employee. Michael Landis is requesting employment verification from spring 2013 through summer 2018, courses taught and course credit values for his new employer. Considering the circumstances of his leaving the university, please verify that we can provide this information to Dr. Landis at the department level.
I thank you in advance for your assistance.
Jeannie

Jeannie Vazquez
Box T-0660
Department of History, Sociology, and Geography
Department of Government, Legal Studies, and Philosophy
Tarleton State University
Stephenville, Texas 76402

4

jvazquez@tarleton.edu
Office OA Grant#355
TEL: 254-968-9021
FAX: 254-968-9798

**From:** Michael Landis ███████████████
**Sent:** Monday, December 31, 2018 1:24 PM
**To:** Vazquez, Ms. Jeannie <JVAZQUEZ@tarleton.edu>
**Subject:** Employment Verification

Dear Jeannie,

Hello, and happy new year!

I write to request an official letter verifying my employment at TSU, spring 2013-Summer 2018.  Please include dates of employment, courses taught, and course credit values.  The letter should be on departmental letterhead and addressed and sent to the address below.  I apologize for the hassle of this request, but my new employer in NY requires it.

Payroll Department
VAN 202
SUNY Ulster
491 Cottekill Road
Stone Ridge, NY
12484

Thank you!

Michael Landis

--
**Michael Todd Landis, Ph.D.**
███████████████████████████

"Can't run away from trouble, ain't no place that far."



# Dr. Michael Landis Teaching Fall 13013-Fall 13017

### SpringYear2013;

HIST 1302-90 US History Since Reconstruct-3 credit hours

HIST 1302-40 US History Since Reconstruct-3 credit hours

HIST 1301-40 US History Before Reconstruct-3 credit hours

HIST 312 Age Of Jackson 1815-1848

### FallYear2013;

HIST 1302-40 US History Since Reconstruct-3 credit hours

HIST 1302-90 US History Since Reconstruct-3 credit hours

HIST 1301-90 US History Before Reconstruct-3 credit hours

HIST 313 Slavery,Sectionalism,& War--3 credit hours

### SpringYear2014;

HIST 1302-30 US History Since Reconstruct-3 credit hours

HIST 1302-40 US History Since Reconstruct-3 credit hours

HIST 1301-160 US History Before Reconstruct-3 credit hours

HIST 532 Tpcs:Civil War and Reconst. --3 credit hours

### FallYear2014;

HIST 1302-40 US History Since Reconstruct-3 credit hours

HIST 1302-100 US History Since Reconstruct-3 credit hours

HIST 1301-80 US History Before Reconstruct-3 credit hours

HIST 4315 Slavery and the American South --3 credit hours

### SpringYear2015;

HIST 1302-40 US History Since Reconstruct-3 credit hours

HIST 1302-50 US History Since Reconstruct-3 credit hours

HIST 1301-HN2 US History Before Reconstruct-3 credit hours

HIST 4385 Sem:Disney's America --3 credit hours

DEPARTMENT OF HISTORY, SOCIOLOGY, AND GEOGRAPHY

Box T-0660, Stephenville, Texas 76402 | Office (254) 968-9021 | Fax (254) 968-9798 | www.tarleton.edu/home/



FallYear2015;

HIST 1302-40 US History Since Reconstruct-3 credit hours

HIST 1302-50 US History Since Reconstruct-3 credit hours

HIST 1301-HN2 US History Before Reconstruct-3 credit hours

HIST 3312 Antebellum America--3 credit hours

**SpringYear2016;**

HIST 1302-20 US History Since Reconstruct-3 credit hours

HIST 1302-30 US History Since Reconstruct-3 credit hours

HIST 1301-HN2 US History Before Reconstruct-3 credit hours

HIST 3313 Civil War and Reconstruction--3 credit hours

**FallYear2016;**

HIST 1302-50 US History Since Reconstruct-3 credit hours

HIST 1302-60 US History Since Reconstruct-3 credit hours

HIST 1301-HN1 US History Before Reconstruct-3 credit hours

HIST 5332 Antebellum America 1815-1860--3 credit hours

**SpringYear2017;**

HIST 1302-30 US History Since Reconstruct-3 credit hours

HIST 1302-20 US History Since Reconstruct-3 credit hours

HIST 1301-HN2 US History Before Reconstruct-3 credit hours

HIST 4350 Tpcs: Police and Race in Ameri-3 credit hours

**FallYear2017;**

HIST 1302-50 US History Since Reconstruct-3 credit hours

HIST 1302-60 US History Since Reconstruct-3 credit hours

HIST 1301-HN1 US History Before Reconstruct-3 credit hours

HIST 4315 Slavery and the American South--3 credit hours





# TAMUS UIN Manager

SSO Menu    SSO Logoff

Home    Support

Role    **Central Administrator**

## Central Admin Home    **Final Page**

### UIN Data

**The person's information from the UIN server and/or BPP is shown below.**

| | |
|---|---|
| **UIN** | 123005241 |
| **SSN** | ********* |
| **Last Name** | Landis |
| **First Name** | Michael |
| **Middle Initial** | T |
| **Suffix** | |
| **Gender** | M |
| **Date of Birth** | **/**/**** |
| **Adloc** | 04131140 |
| **Workstation** | T |
| **Person on BPP?** | Y |

Return to Main

Logged in as: R Carol Barrett
Logon Ip:       173.255.47.221

Business Computing Services
The Texas A&M University System
Version 2.0.6.0   6/29/2012 1:47:38 PM

Close Window

# Tarleton Connection

Tarleton State University Department of Human Resources

| Requisition Number: | Working Title: |
|---|---|
| 0601090 | **Assistant Professor of History** |

## Restricted View Only

| Applicant's Social Security Number: |
|---|
| ■■■■■■ |

## Personal Information

| First Name: | Middle Name: | Last Name: | Other names used: |
|---|---|---|---|
| **Michael** | **Todd** | **Landis** | |

| Address: | City: | State enter NA if a non US address: | Zip Code: |
|---|---|---|---|
| ■■■■ | ■■ | ■ | ■■ |

| Home Phone Number: | Work Phone Number: | Other Contact Number: | Email Address: |
|---|---|---|---|
| ■■■ | | | ■■■■ |

| Do you have a current valid Driver's License?: | If yes, enter DL #, type, and state: | What type of employment are you willing to accept?: | |
|---|---|---|---|
| **Yes** | ■■■ | X | **Full-time** | |
| | | | **Part-time** | |
| | | | **Temporary** | |
| | | | **Nights** | |

| Have you previously worked for a Texas state agency?: | If yes, list name of agency, department and dates of service: |
|---|---|
| No | |

| Do you have any relative working for TSU?: | If "Yes", list names, relationships, and place employed: |
|---|---|
| No | |

## Criminal History

| Have you ever been convicted of, or have you pleaded guilty or no contest to a felony offense?:<br>No | Please explain giving dates and circumstances: |
|---|---|
| Have you ever been convicted or pled guilty, no contest or nolo contendre before a court for any federal, state or municipal criminal offense?:<br>No | If yes, please provide state, county, dates and details of conviction. |
| Have you been convicted, pled guilty, no contest or nolo contendre of any criminal offense in a country outside the jurisdiction of the United States?:<br>No | If yes, please provide state, county, dates and details of conviction. |
| As of the date of this application, do you have any pending charges against you?:<br>No | If yes, please provide state, county, dates and details of charge(s). |

## Education Level

Highest education level completed?:
**Doctorate**

## Educational Institutions

| Name of School:<br>**The George Washington University** | Location of School:<br>**Washington, DC** | Type of School:<br>**College/University** | Major Field of Study:<br>**US History** |
|---|---|---|---|
| GPA: | Did you graduate?:<br>**Yes** | Type of Diploma or Degree:<br>**Doctorate** | Number of Sem Hrs Completed: |

| Name of School:<br>**Boston University** | Location of School:<br>**Boston, MA** | Type of School:<br>**College/University** | Major Field of Study:<br>**History** |
|---|---|---|---|
| GPA: | Did you graduate?:<br>**Yes** | Type of Diploma or Degree:<br>**Master's** | Number of Sem Hrs Completed: |

| Name of School:<br>**Boston University** | Location of School:<br>**Boston, MA** | Type of School:<br>**College/University** | Major Field of Study:<br>**History & Political Science** |
|---|---|---|---|
| GPA: | Did you graduate?:<br>**Yes** | Type of Diploma or Degree:<br>**Bachelor's** | Number of Sem Hrs Completed: |

## Employment Experience

| Employer Name:<br>**Sacred Heart University** | Mailing Address:<br>**5151 Park Ave** | City:<br>**Fairfiled** | State (enter NA if a non US address):<br>**CT** |
|---|---|---|---|
| Zip Code:<br>**06825-1000** | Telephone No:<br>**203-371-7730** | Type of Business:<br>**University** | Employment Type:<br>**Full Time** |
| Starting Date:<br>**09-2011** | Leaving Date (leave blank if still employed): | Starting Base Salary:<br>**$51000** | Most Recent/Ending Base Salary: |
| Starting Position Title:<br>**Visiting Professor of History** | Present or Last Title: | Briefly describe your duties and responsibilities:<br>**Teach courses "Civil War & Reconstruction," "Race, Romance, and the Memory of the Civil War, 1865-Present," "US History to 1865," and "US History Since 1865."** | Immediate Supervisor:<br>**Dr. John Roney** |
| Reason for Leaving:<br>**Completed my 1-year post.** | May we contact this employer?:<br>**Yes** | | |

| Employer Name:<br>**College of Southern Nevada** | Mailing Address:<br>**6375 W. Charleston Blvd.** | City:<br>**Las Vegas** | State (enter NA if a non US address):<br>**NV** |
|---|---|---|---|
| Zip Code:<br>**89146** | Telephone No:<br>**702-651-5000** | Type of Business:<br>**College** | Employment Type:<br>**Part Time** |
| Starting Date:<br>**01-2011** | Leaving Date (leave blank if still employed):<br>**08-2011** | Starting Base Salary: | Most Recent/Ending Base Salary: |
| | | | |

| Starting Position Title: | Present or Last Title: | Briefly describe your duties and responsibilities: | Immediate Supervisor: |
|---|---|---|---|
| **Adjunct Professor of History** | | **Teach courses "US History to 1877" and "US History Since 1877."** | **Dr. Michael Green** |

| Reason for Leaving: | May we contact this employer?: | | |
|---|---|---|---|
| **I accepted the position at Sacred Heart University** | **Yes** | | |

| Employer Name: | Mailing Address: | City: | State (enter NA if a non US address): |
|---|---|---|---|
| **The George Washington University** | **801 22nd Street, NW, Suite 335** | **Washington** | **DC** |

| Zip Code: | Telephone No: | Type of Business: | Employment Type: |
|---|---|---|---|
| **20052** | **202-994-6230** | **University** | **Part Time** |

| Starting Date: | Leaving Date (leave blank if still employed): | Starting Base Salary: | Most Recent/Ending Base Salary: |
|---|---|---|---|
| **09-2005** | **05-2010** | **Fellowship** | |

| Starting Position Title: | Present or Last Title: | Briefly describe your duties and responsibilities: | Immediate Supervisor: |
|---|---|---|---|
| **Graduate Teaching Assistant** | | **Lead discussion sections for large lecture courses. Grade exams, essays, and projects. Instruct students on writing skills, primary source use, and critical thinking.** | **Dr. Tyler Anbinder** |

| Reason for Leaving: | May we contact this employer?: | | |
|---|---|---|---|
| **I completed my 5-year fellowship** | **Yes** | | |

| Employer Name: | Mailing Address: | City: | State (enter NA if a non US address): |
|---|---|---|---|
| **Florida Gulf Coast University** | **10501 FGCU Blvd, South** | **Fort Myers** | **FL** |

| Zip Code: | Telephone No: | Type of Business: | Employment Type: |
|---|---|---|---|
| **33965-6565** | **239-590-1000** | **University** | **Part Time** |

| Starting Date: | Leaving Date (leave blank if still employed): | Starting Base Salary: | Most Recent/Ending Base Salary: |
|---|---|---|---|
| **09-2004** | **06-2005** | | |

| Starting Position Title: | Present or Last Title: | Briefly describe your duties and responsibilities: | Immediate Supervisor: |
|---|---|---|---|
| **Adjunct Professor of History** | | **Teach courses "US History to 1877" and "US History Since 1877."** | **Dr. Eric Strahorn** |

| Reason for Leaving: | May we contact this employer?: | | |
|---|---|---|---|
| **I moved to DC to begin my Ph.D. work.** | **Yes** | | |

## References

| Name of Reference: | Phone Number: | Email: | How do you know this reference?: |
|---|---|---|---|
| **Dr. Tyler Anbinder** | **202-994-6230** | █████████ | **Ph.D. adviser** |

| Name of Reference: | Phone Number: | Email: | How do you know this reference?: |
|---|---|---|---|
| **Dr. Manisha Sinha** | **413-545-4779** | **masinha@afroam.umass.edu** | **Dissertation reader /** |

| | | | Panelist / Colleague |
|---|---|---|---|

| Name of Reference: | Phone Number: | Email: | How do you know this reference?: |
|---|---|---|---|
| Dr. Leo Ribuffo | 202-994-6469 | ███████ | Dissertation reader / Professor |

## Additional Information

| How did you hear about employment opportunities with us?: | | Indicate which data processing equipment skills you have: | Indicate which office equipment skills you have: | |
|---|---|---|---|---|
| | Tarleton Job Site | | | X | Calculator |
| | Internal Job Posting | | | X | Typewriter |
| | Texas Workforce Commission | | | X | List Word processing and/or other software |
| | Advertisement/Publication (name): | | | | |
| | Personal Referral (name): | | | | |
| X | Web site (name): | Chronicle of Higher Ed | | | |
| | Other (please specify) | | | | |

| Other office skills: | If you speak, read, or write a foreign language, please indicate: |
|---|---|
| PowerPoint, multi-media devices | Read French |

## Military Service

| Branch of Service: | Date Entered: | Date Discharged: |
|---|---|---|
| Final Rank: | Type of Discharge: | |

## Supplemental Questions

| Do you have an earned Doctorate degree, or will you have a Doctorate degree in hand by September 1, 2012? |
|---|
| yes |

## Agreement

I hereby certify that the foregoing statements as well as those on any attachment(s) to this form are to the best of my knowledge true and correct and that they are all given of my own free will. I understand that any false statements or omissions made herein may void my application for employment, be grounds for termination of my current employment and affect my eligibility for future A&M System employment.

Males, age 18 through 25, must be properly registered with the Selective Service System to be eligible for hire. This position is designated as a security sensitive position and requires a satisfactory criminal history background check. Applicants are required to report any arrests made between the time of application for employment and the decision to hire (System Regulation 33.99.14). Tarleton State University, an Equal Opportunity and Affirmative Action Employer and Educator, is committed to excellence through diversity.

I authorize the schools, references and my prior employers listed in my employment application to provide my record, reason for leaving and all other information they may have concerning me. I understand a criminal history information check will be conducted for all positions designated as security sensitive. I authorize the Texas Department of Public Safety or any other entity authorized to access state or federal agency records to furnish Tarleton State University, or its agent, my background records. I do hereby release all agents, servants, and employees of Tarleton State University, the person in charge of any law enforcement agency or department and all members of such law enforcement agency or department from all liability resulting from the release of this information.

I understand that this application and all attachments are the property of Tarleton State University. If I am hired, my employment is contingent upon furnishing required documents including transcripts, when necessary, Social Security Card, and other documents necessary for verification of employment eligibility.

BY SIGNING BELOW, I certify that I have read and agree with these statements.

**Michael Todd Landis**
Applicant

(Electronic Signature)

Close Window



**Tarleton State University**

# Human Resources
# Degree Verification Form

**Name of Candidate:** Michael T. Landis

**SSN:** ▮▮▮▮▮▮▮▮     **DOB:** ▮▮▮▮▮▮▮

**Position Applied for:** Assistant Professor

**Minimum Degree REQUIRED of position:** _____

    **Candidate's Degree Reported:** Doctorate

    **Date Conferred if avail:** 06/2011

    **Name/Location of Institution:** George Washington University

| Human Resources Verification | Yes | No | Date | Initials |
|---|---|---|---|---|
| Was degree verified through First Advantage or NSCH? | ☒ | ☐ | 11/6/2012 | SC |
| If above no, was institution contacted and degree verified? | ☐ | ☐ | | |
| Was candidate asked to obtain verification from their institution? | ☐ | ☐ | | |
| Verification received by HR? | ☒ | ☐ | 11/06/2012 | SC |

**VERIFIED:**

**Degree Conferred/Awarded:** PHD-HISTORY

**Date Degree Conferred:** 08/31/2011

**Name/Location of Institution:** George Washington University

**Notes:**



**Signature** _Sandra Caudle_
_a Wilson 11/7/12_

**Date** 11-6-12

Rev 6.27.11

# Dr. Michael Todd Landis – *Unofficial Transcript,* The George Washington University

## Display Transcript

12/09/11 12:44 pm



*This is NOT an official transcript. It does not display second degrees.*

*The GPA on this transcript is TRUNCATED to two decimal places, whereas the official transcript is ROUNDED. Also, the official Law School transcript is rounded to three decimal places.*

*All earned credits, both GW and Non-GW, that appear on the transcript do not necessarily satisfy requirements for a degree. Consult with your advisor to determine progress toward a degree.*

*If you have questions about this transcript, please call (202) 994-4900.*

Transfer Credit    Institution Credit    Transcript Totals

Transcript Data

### STUDENT INFORMATION

**Student Type:**    Continuing Student

**Curriculum Information**

**Current Program**

**College:**    Columbian Coll of Arts & Sci

**Major:**    History

### DEGREE SOUGHT

**Not Cleared:**    PhD    **Degree Date:**

**Curriculum Information**

**Primary Degree**

**Major:**    History

**Awarded:** PhD    **Degree Date:**    08/31/11

**Curriculum Information**

**Primary Degree**

**Major:** History

**NON-GW HISTORY** -Top-

**2004:** Boston University

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---------|--------|-------|-------|--------------|----------------|---|
| UNIV | 961 | Advanced Standing | CR | 24.000 | 0.00 | |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 24.000 | 24.000 | 24.000 | 0.000 | 0.00 | 0.00 |

This is NOT an Official Transcript

**INSTITUTION CREDIT** -Top-
**Term: Fall 2005**

| **Term Comments:** | Graduate Teaching Assistantship Certification completed on 22 December 2005. |
|---|---|
| **College:** | Columbian Coll of Arts & Sci |
| **Major:** | History |
| **Student Type:** | New Graduate |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---------|--------|--------|-------|-------|-------|--------------|----------------|-------|
| HIST | 201 | Main Campus | 02 | History and Historians | A- | 3.000 | 11.10 | |
| HIST | 265 | Main Campus | 02 | Sem:Era-Amer Civ War 1850-77 | A | 3.000 | 12.00 | |
| HIST | 267 | Main Campus | 02 | Rdg/Rsch Sem:Amer Soc Thought | A | 3.000 | 12.00 | |
| UNIV | 250 | Distance Educ/NTU | 02 | GradTeachingAsst Certification | CR | 1.000 | 0.00 | |

**Term Totals (Graduate)**

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 10.000 | 10.000 | 10.000 | 9.000 | 35.10 | 3.90 |
| **Cumulative:** | 10.000 | 10.000 | 10.000 | 9.000 | 35.10 | 3.90 |

This is NOT an Official Transcript

**Term: Spring 2006**

| **College:** | Columbian Coll of Arts & Sci |
|---|---|

| | | | | | Major: | History | | | | |
| | | | | | Student Type: | Continuing Student | | | | |
| | | | | | Academic Standing: | Good Standing | | | | |
| Subject | Course | Campus | Level | | Title | Grade | Credit Hours | Quality Points | Start R and End Dates | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| HIST | 203 | Main Campus | 02 | Seminar: Research or Readings | IA- | 3.000 | 11.10 |
| HIST | 284 | Main Campus | 02 | Rdg/Rsch Sem: Recent US Hist | A | 3.000 | 12.00 |
| HIST | 297 | Main Campus | 02 | Revolutionary America | A | 3.000 | 12.00 |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 9.000 | 9.000 | 9.000 | 9.000 | 35.10 | 3.90 |
| Cumulative: | 19.000 | 19.000 | 19.000 | 18.000 | 70.20 | 3.90 |

This is NOT an Official Transcript

## Term: Fall 2006

| | | | | | College: | Columbian Coll of Arts & Sci | | | | |
| | | | | | Major: | History | | | | |
| | | | | | Student Type: | Continuing Student | | | | |
| | | | | | Academic Standing: | Good Standing | | | | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points |
|---|---|---|---|---|---|---|---|
| HIST | 203 | Main Campus | 02 | Seminar: Research or Readings | A | 3.000 | 12.00 |
| HIST | 270 | Main Campus | 02 | Theory & Practice-Public Hist | A | 3.000 | 12.00 |
| HIST | 274 | Main Campus | 02 | Readings Sem:19th C US History | A | 3.000 | 12.00 |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 9.000 | 9.000 | 9.000 | 9.000 | 36.00 | 4.00 |
| Cumulative: | 28.000 | 28.000 | 28.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

## Term: Spring 2007

| | | | | |
|---|---|---|---|---|
| **College:** | Columbian Coll of Arts & Sci | | | |
| **Major:** | History | | | |
| **Student Type:** | Continuing Student | | | |
| **Academic Standing:** | Good Standing | | | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---|---|---|---|---|---|---|---|---|
| HIST | 399 | Main Campus | 02 | Dissertation Research | CR | 9.000 | 0.00 | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 9.000 | 9.000 | 9.000 | 0.000 | 0.00 | 0.00 |
| **Cumulative:** | 37.000 | 37.000 | 37.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

## Term: Fall 2007

| | | | | |
|---|---|---|---|---|
| **College:** | Columbian Coll of Arts & Sci | | | |
| **Major:** | History | | | |
| **Student Type:** | Continuing Student | | | |
| **Academic Standing:** | Good Standing | | | |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---|---|---|---|---|---|---|---|---|
| HIST | 399 | Main Campus | 02 | Dissertation Research | CR | 6.000 | 0.00 | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 6.000 | 6.000 | 6.000 | 0.000 | 0.00 | 0.00 |
| **Cumulative:** | 43.000 | 43.000 | 43.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

## Term: Spring 2008

| | |
|---|---|
| **College:** | Columbian Coll of Arts & Sci |
| **Major:** | History |
| **Student Type:** | Continuing Student |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---------|--------|--------|-------|-------|-------|--------------|----------------|-----------------------|
| HIST | 399 | Main Campus | 02 | Dissertation Research | CR | 6.000 | 0.00 | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| **Current Term:** | 6.000 | 6.000 | 6.000 | 0.000 | 0.00 | 0.00 |
| **Cumulative:** | 49.000 | 49.000 | 49.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

**Term: Fall 2008**

| | |
|---|---|
| **College:** | Columbian Coll of Arts & Sci |
| **Major:** | History |
| **Student Type:** | Continuing Student |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---------|--------|--------|-------|-------|-------|--------------|----------------|-----------------------|
| CCAS | 940 | Main Campus | 02 | Continuing Research - Doctoral | CR | 1.000 | 0.00 | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| **Current Term:** | 1.000 | 1.000 | 1.000 | 0.000 | 0.00 | 0.00 |
| **Cumulative:** | 50.000 | 50.000 | 50.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

**Term: Spring 2009**

| | |
|---|---|
| **College:** | Columbian Coll of Arts & Sci |
| **Major:** | History |
| **Student Type:** | Continuing Student |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---------|--------|--------|-------|-------|-------|--------------|----------------|-----------------------|
| CCAS | 940 | Main Campus | 02 | Continuing Research - Doctoral | CR | 1.000 | 0.00 | |

### Term Totals (Graduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 1.000 | 1.000 | 1.000 | 0.000 | 0.00 | 0.00 |
| Cumulative: | 51.000 | 51.000 | 51.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

### Term: Fall 2009

| | |
|---|---|
| **College:** | Columbian Coll of Arts & Sci |
| **Major:** | History |
| **Student Type:** | Continuing Student |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---|---|---|---|---|---|---|---|---|
| CCAS | 940 | Main Campus | 02 | Continuing Research - Doctoral | CR | 1.000 | 0.00 | |

### Term Totals (Graduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 1.000 | 1.000 | 1.000 | 0.000 | 0.00 | 0.00 |
| Cumulative: | 52.000 | 52.000 | 52.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

### Term: Spring 2010

| | |
|---|---|
| **College:** | Columbian Coll of Arts & Sci |
| **Major:** | History |
| **Student Type:** | Continuing Student |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---|---|---|---|---|---|---|---|---|
| CCAS | 940 | Main Campus | 02 | Continuing Research - Doctoral | CR | 1.000 | 0.00 | |

### Term Totals (Graduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 1.000 | 1.000 | 1.000 | 0.000 | 0.00 | 0.00 |
| Cumulative: | 53.000 | 53.000 | 53.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

### Term: Fall 2010

| | |
|---|---|
| **College:** | Columbian Coll of Arts & Sci |
| **Major:** | History |
| **Student Type:** | Continuing Student |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---------|--------|--------|-------|-------|-------|--------------|----------------|-----------------------|
| CCAS | 0940 | Main Campus | 02 | Continuing Research - Doctoral | CR | 1.000 | 0.00 | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| **Current Term:** | 1.000 | 1.000 | 1.000 | 0.000 | 0.00 | 0.00 |
| **Cumulative:** | 54.000 | 54.000 | 54.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

### Term: Spring 2011

| | |
|---|---|
| **College:** | Columbian Coll of Arts & Sci |
| **Major:** | History |
| **Student Type:** | Continuing Student |
| **Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---------|--------|--------|-------|-------|-------|--------------|----------------|-----------------------|
| CCAS | 0940 | Main Campus | 02 | Continuing Research - Doctoral | CR | 1.000 | 0.00 | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| **Current Term:** | 1.000 | 1.000 | 1.000 | 0.000 | 0.00 | 0.00 |
| **Cumulative:** | 55.000 | 55.000 | 55.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

### Term: Summer 2011

| | |
|---|---|
| **College:** | Columbian Coll of Arts & Sci |
| **Major:** | History |
| **Student Type:** | Continuing Student |

**Academic Standing:**

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start R and End Dates |
|---------|--------|--------|-------|-------|-------|--------------|----------------|------------------------|
| UNIV | 0982 | Main Campus | 02 | Continuous Enrollment | CE | 0.000 | 0.00 | |

**Term Totals (Graduate)**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| Current Term: | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| Cumulative: | 55.000 | 55.000 | 55.000 | 27.000 | 106.20 | 3.93 |

This is NOT an Official Transcript

## TRANSCRIPT TOTALS (GRADUATE)    -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---------------|--------------|--------------|-----------|----------------|-----|
| Total Institution: | 55.000 | 55.000 | 55.000 | 27.000 | 106.20 | 3.93 |
| Total Non-GW Hours: | 24.000 | 24.000 | 24.000 | 0.000 | 0.00 | 0.00 |
| Overall: | 79.000 | 79.000 | 79.000 | 27.000 | 106.20 | 3.93 |

**DR. MICHAEL TODD LANDIS**
Visiting Professor of History, Sacred Heart University
███████████████████

May 7, 2012

Tarleton State University
Dr. Malcolm Cross
Department of Social Sciences
Box T-0660, Tarleton Station
Stephenville, TX 76402

Dear Search Committee Chair,

  I write to apply for the tenure-track assistant professor position in nineteenth century United States history. The nineteenth century is my area of expertise, with a focus on the intersection of slavery and politics in the antebellum era. My wide ranging background in American history, European history, and political science, as well as my interdisciplinary approach to teaching, makes me an excellent addition to your faculty. I received my Ph.D. in June 2011, my book manuscript has been accepted by The University of North Carolina Press, and I am currently employed as Visiting Professor of History at Sacred Heart University.

  I am passionate about teaching. Classroom instruction is enormously important to me, and I love to engage students of all levels of preparation. I believe history instruction should go beyond names, dates, and events to encompass lessons on critical thinking and analysis. My courses, regardless of their subject, all stress writing skills, argument formation, and learning how to use primary and secondary sources. I am also dedicated to providing an inter-active and creative learning environment. My experience as an instructor has taught me the value of multi-media tools, in-class discussions, and primary source readings. Moreover, my time at Florida Gulf Coast University, the College of Southern Nevada, and Sacred Heart University, has given me invaluable experience working with students from a variety of backgrounds and with little previous exposure to primary sources and scholarly writing.

  I already have experience teaching both halves of the American history survey, world history, and Civil War history at the university level. In the fall of 2011, I taught "Civil War and Reconstruction" and "US History to 1865" at Sacred Heart University, and this spring I taught "Race, Romance, and the Memory of the Civil War, 1865-Present" and "US History Since 1865." In addition to your current course offerings, I am prepared to teach new classes, including "From the Plantation to the White House: The Politics of Slavery," "The Political Crises of the 1850s," "Expansion, Slavery, and Sectionalism," "American Diplomacy," and the aforementioned "Race, Romance, and the Memory of the Civil War." Furthermore, I am eager to offer courses on the American Presidency, Congress, and political parties, which can be cross-listed with political science. Given the current presidential election, a course on the Republican Party, 1850-Present, for instance, might be quite popular.

  Equal to my passion for teaching is my love of research and writing. My book manuscript is entitled "The Northern Democracy: Slavery, the Democratic Party, and the Destruction of the Union." In it I explore the role of Northern Democrats and Northern pro-slavery sentiment in the

coming of the Civil War. It examines the logistics of partisanship and the nature of Northern nationalism in the 1850s. By focusing on a variety of key Democratic politicos, I unravel the puzzle of Northern Democratic political allegiance to the South. As Congressmen, state party bosses, convention wire-pullers, cabinet officials, and presidents, these men produced the legislation and policies that led to the fragmentation of the party and catastrophic disunion. Northern Democratic votes made possible the "Compromise" and Fugitive Slave Law of 1850, the infamous Kansas-Nebraska Act of 1854, the pro-slavery filibustering expeditions throughout the decade, and the colossally controversial Lecompton Constitution. A full understanding of the Civil War and its causes is impossible without a careful examination of Northern Democrats and Northern pro-slavery sentiment.

Central to understanding the trials of the Northern Democracy and the collapse of the national Democratic Party which triggered disunion is comprehending their varied motivations. Through a careful examination of correspondence, speeches, public and private utterances, memoirs, and personal anecdotes, I have been able to come to conclusions about their desires and designs. Not surprisingly, all expressed profound loyalty to the Southern party leadership and the traditional Southern agenda of slavery and territorial expansion, but they also displayed a fierce, destructive ambition, frightening personal grudges, and virulent white supremacist beliefs. More importantly, they expressed deep fears of democracy and popular will. The fast-growing anti-slavery movement, Northern Democrats realized, made their political position untenable, and thus majority rule was dangerous to their careers and principles (a conviction they shared with the powerful Southern planters). My book explores all these characteristics in detail, with special attention paid to Northern Democrats' concepts of nationalism and democracy.

My book is important because it addresses long-neglected causes of the United States Civil War. Much attention has been paid to Southern politics, slavery, and the Free Soil and abolitionist movements, but few have investigated Northern nationalism and Northern pro-slavery sentiment. Moreover, studies of antebellum politics and the Democratic Party emphasize rhetoric and popular personalities rather than the actual process of policy-making, partisan organization, and legislative activity. My book will be the first book to fully explore these issues and provide a more comprehensive account of the sectional and political crises of the 1850s that led to disunion.

I am also planning to publish several portions of my research as stand-alone articles. Chapter Seven (on the Lecompton Constitution and Democrats' minority rule ideology) has already been accepted for publication and will be included in a forthcoming essay collection by Ohio University Press. Likewise, I am preparing Chapter One (on the "Compromise of 1850") for submission as an article to the *Journal of Southern History*. More importantly, my book manuscript has been accepted by The University of North Carolina Press and is now in the hands of readers. In 2008, I published an article in the journal *American Nineteenth Century History* on the anti-slavery reputation of Republican United States Senator William Pitt Fessenden of Maine and the infant Republican Party. The project was unconnected to my dissertation, but grew out of a research paper from my first year of Ph.D. work.

I am also an active conference participant. In March 2009, I debuted my dissertation work at the annual meeting of the Organization of American Historians, where, on a panel of distinguished senior scholars, I gave an overview of my argument and joined the historiographic debate. In October 2010, I presented more of my research at the Filson Institute Conference on Secession, and in January 2011, I participated in a panel on slavery at the annual meeting of the American Historical Association. In July 2012, I will serve on a panel on Civil War politics at the

annual meeting of the Society for Historians of the Early American Republic. I look forward to joining a department that will support my continued engagement with conferences and public forums.

Though my book manuscript focuses on the North in the 1850s, my next project will explore Georgia politics and society in the broader Civil War era. Georgia's striking independent streak both before and during the war has been long overshadowed by neighboring South Carolina, and the fascinating switch from Whiggery to the Democracy among its leading politicos has yet to receive adequate scholarly attention. I am eager to investigate Georgia political culture and explore the state's struggle with secession and its troubled relationship with the administration of Jefferson Davis. Overall, the book will reassess Georgia's role in both the political crises of the 1850s and the experiment in Confederation nationhood. After the Georgia project, I plan to author and publish a comprehensive history of the Democratic Party, 1800-1860, which will not only explore Democratic policy, rhetoric, and diplomacy, but will examine evolving concepts of race, ethnicity, and democracy. An appointment at Tarleton State University is ideal for my work, as it will place me between critical Southern and western archives.

My work on nineteenth century partisanship and the causes of the Civil War will offer new avenues of study for your students. In particular, my scholarship complements your existing departmental strengths in social and military history. I am attracted to your diverse student body and emphasis on interdisciplinary learning. I thrive in an interdisciplinary environment and enjoy working with faculty and students from differing backgrounds. Furthermore, I am attracted to your fierce commitment to student performance and academic community. I feel strongly about the student-professor relationship and value a school that makes that relationship a priority. At Sacred Heart University, for instance, I serve as the faculty adviser for the History Club, a position I enjoy immensely both for the wide range of activities and for the one-on-one time with students. I am also eager to contribute to your public history and secondary education programs. On a more personal note, I have traveled through Texas and fallen in love with its food, sunshine, and hospitality. My fiancée and I enjoy the outdoors and yearn to settle down somewhere in the South (plus she is an enthusiastic Cowboys football fan). Thus, an appointment to your faculty would be highly gratifying, personally and professionally.

I have much to contribute to Tarleton State University, both as a scholar and an educator, and believe I would be a valuable addition to your department. I truly appreciate your consideration.

Sincerely,

Dr. Michael Todd Landis
Visiting Professor of History
Sacred Heart University



*American Nineteenth Century History*
Vol. 9, No. 3, September 2008, 269–285



# "A Champion Had Come": William Pitt Fessenden and the Republican Party, 1854–60

Michael Todd Landis*

*US Political History, George Washington University, Washington, DC, USA*

Republican senator William Pitt Fessenden's antebellum career has been largely misunderstood by scholars of nineteenth-century United States history. Though labeled by historians as a moderate or conservative in his later years as chair of the Committee on Reconstruction, in the prewar years Fessenden was a fiery antislavery radical. As a young lawyer in Maine, he quickly became a leading antislavery Whig, fought the Slave Power alongside John Quincy Adams in the US House of Representatives, and created the antislavery coalition that would send him to the United States Senate and become that state's first Republican organization. In the Senate, Fessenden played a vital role in the debates on Kansas and the expansion of slavery and led radical Republicans in the attack on leading doughfaces Douglas, Pierce, and Buchanan. Moreover, his speeches and debates were read widely, influencing Republicans such as Abraham Lincoln and garnering support for him in the 1860 nomination. A study of Fessenden's antebellum career is important, not only to achieve a better understanding of this important politician, but also because it provides insight into the meaning of prewar radicalism and how the term "radical" evolved dramatically during the years of Civil War and Reconstruction.

**Keywords:** Fessenden; antebellum; radical Republican; antislavery; politics

It was a late night in March 1854 when a Washington correspondent for the *New York Tribune* entered the halls of Congress to watch and record the final debates on the Kansas-Nebraska Act. In the Senate, the scene was especially tense as the time to vote drew near. The semicircular chamber, bordered by white Ionic columns and festooned with heavy red fabric, was crowded and wreaked of tobacco and gas lamps. The reporter, doubtless observing from the visitors gallery, was immediately impressed by what he saw – the newest member of the Senate giving a rousing antislavery call to arms. William Pitt Fessenden of Maine, who had taken his seat only a few days earlier, was making his oratorical debut in that body, lashing out against Southern hypocrisy, doughfaceism, and the Slave Power. "It was a speech that they will remember," predicted the reporter, "manly, caustic and defiant. It was glorious to see the little band of faithful men in the Senate made larger and stronger by such an addition, and deeply sensible, I know, are his compeers of the strength and encouragement thus brought to their ranks. All around him were the bullying, braggard majority, flushed with anticipated victory, and some of them, I am mortified to say, beastly drunk. He nevertheless with undaunted courage held them all at bay."[1] The "little band of

---

*Email: ▮▮▮▮▮▮▮▮

ISSN 1466-4658 print/ISSN 1743-7903 online
© 2008 Taylor & Francis
DOI: 10.1080/14664650802348433
http://www.informaworld.com

faithful men" the correspondent referred to were the antislavery Senators who would soon forge the new Republican Party. Men such as Charles Sumner of Massachusetts, Benjamin Wade of Ohio, and William Seward of New York eagerly welcomed the new Senator from Maine into their ranks.[2]

While men such as Sumner and Seward are well remembered, Fessenden's legacy is either lost in their historical shadow or unjustly overshadowed by his later actions as a more moderate chair of the Senate Committee on Reconstruction, and especially his refusal to vote for the impeachment of President Andrew Johnson. Fessenden, though a fiscal conservative and opponent of organized labor by the end of the Civil War, was most certainly an antislavery radical in the antebellum period. Like many radicals, Fessenden became more conservative with age – it is only in the waning days of his long career that Fessenden can be labeled a moderate or conservative, and then only because the radical of 1868 or 1870 was far more radical than the one of 1858 or 1860. In the era of Reconstruction, radicalism was characterized by dramatic land-reform programs and racial integration, policies that many antebellum radicals like Fessenden could not entirely support. But such actions in his twilight years should not obscure from historical memory the unabashed radicalism that characterized most of Fessenden's career. For the majority of his public life, he was a powerful antislavery radical who early made the switch from the Whig to the Republican organization, vigorously opposed the expansion of slavery, and welcomed confrontation with the Slave Power. In the 1840s, in the House of Representatives, he numbered among the courageous few, led by John Quincy Adams, to openly attack the Slave Power, and in the 1850s, while most Republicans avoided condemning slavery itself, Fessenden boldly addressed the moral and social evils of the institution.[3]

Scholarly neglect of Fessenden's early career has persisted, primarily because so few modern historians have studied him carefully. The most comprehensive examination of Fessenden's life to date is that written by his son Francis Fessenden, whose two-volume work was published shortly after his death in 1906. These volumes, however, are more a collection of letters and speeches than a serious historical analysis. The only scholarly study of Fessenden is a biography by Charles A. Jellison, published in 1962. Jellison's dramatic narrative is entertaining but relies too heavily on the 1906 work and, in many instances, reflects a lack of understanding of the politics of the 1850s.[4] Comprehensive studies of the Whig and Republican parties, such as Michael Holt's *The Rise and Fall of the American Whig Party* and William Gienapp's *The Origins of the Republican Party*, also unjustly slight Fessenden's radical credentials and his role in the creation of the Republican Party. They refer to Fessenden but do not address his important work in formulating party policy or his role as a Congressional leader. Gienapp, in particular, underestimates Fessenden's antislavery principles and political influence. Seward, Sumner, and Salmon P. Chase of Ohio most often get the credit for determining early Republican policy, but their fame rests largely on their controversial activities and political grandstanding. "The ponderous orations of Sumner, which fill many volumes of his published works," observed historian Richard Webb over 100 years ago, "held the Senate spell bound with their matchless eloquence, but the debates in which they were delivered were often influenced more by the five minute speeches of Fessenden, now buried in the columns of the Congressional Globe, than by the learned essays of his fellow Senator, so carefully preserved for an admiring posterity."[5]

Fessenden, known as "Pitt" to his friends, may have been new to the Senate in 1854, but he already enjoyed notoriety in antislavery circles and had received national attention as a New England Whig. His father, the strikingly handsome Samuel Fessenden, was a celebrated abolitionist and civil rights advocate, who was also a leading member of the Liberty Party and a towering figure in Maine politics. Though imbibing Samuel's radicalism, William received his political education from his godfather Daniel Webster. From "Black Dan," who touted young Fessenden as his protégé, he learned to restrain his radicalism in order to appeal to a usually less-radical electorate. After practicing law, Fessenden entered the Maine legislature in 1831 and quickly became a leading antislavery Whig. In 1840, he was elected to the United States House of Representatives, where, under the tutelage of John Quincy Adams, he fought the infamous "gag rule" and learned lusty contempt for Southern slave owners and their northern defenders, so much so that on several occasions he announced his willingness to resort to civil war. "I fear," Fessenden announced in 1842, sixteen years before Seward's famous "Irrepressible Conflict" speech, "that a few years more will see the North and South entirely at issue, and for one, if the North is to be eternally sacrificed for the benefit of slave labor, I am willing to see that day come, terrible as it will be." Such statements, especially radical for the 1840s, reflected Fessenden's position throughout the prewar years.[6]

As he participated in the fight against the "gag rule" in 1842, Fessenden became increasingly disillusioned with national politics. In particular, he loathed the administration of President John Tyler, which seemed bent on spreading slavery and subverting the Constitution. Fessenden perceived that the South, despite having a smaller population than the North, controlled the levers of government through the three-fifths clause of the Constitution and the votes of doughfaces, Northern men who defended Southern interests, particularly slavery. Even before the sectional crises of the late 1840s, he was beginning to question the efficacy of national party organizations. "I am every day growing more of the opinion," lamented Fessenden in 1842, "that we must abandon all differences at home, except that between the Northern and Southern parties. I wish the people of the free States could witness the proceedings of Congress. They would soon see and understand the mean subserviency of these Northern hirelings and cast them back into their native insignificance. The day must come; it may be distant, but it must come." The "hirelings" were, of course, Congressional doughfaces, and the distant day that "must come" would be the creation of the exclusively Northern, anti-Southern Republican Party.[7]

When Fessenden finished his term in the House, he returned to Maine and his law practice. He did not, however, withdraw from politics and his fight against slavery. Under his leadership, the 1845 Maine Whig convention vowed to oppose the expansion of slavery into the territories and favored the extension of the antislavery ordinances of 1787. He addressed the convention on the principles of freedom and promised to dedicate his political career to the antislavery cause. Three years later, Free-Soilers, admiring Fessenden's values and popularity, attempted to woo him and urged him to speak out against both the Whig and Democratic candidates in the 1848 presidential contest. His soon-to-be best friend Charles Sumner, in particular, reached-out to Fessenden, hoping he would be "ready to unite in effort to … sustaining principles of Free Soil." Regardless, Fessenden politely declined, preferring to fight slavery from within Whig ranks. As a delegate to the 1850 Whig national convention in Baltimore, however, he adamantly refused to endorse the

party platform, which accepted the Compromise of 1850. Ignoring party lines and demonstrating his radicalism, Fessenden praised his Maine associate Senator Hannibal Hamlin, an antislavery Democrat.[8]

Though Fessenden was elected to the Maine legislature in 1852, dramatic Whig defeats at both the state and national level that year convinced Fessenden and others that the Whig Party was at an end. "The party is now dead-dead-dead!" cried one exasperated Whig to Maine's Israel Washburn.[9] Prominent antislavery Democrats like Hamlin were also becoming increasingly disillusioned with their party and began, like Fessenden, to look for other means to express their free-soil principles. Simultaneously, the temperance and antislavery movements in Maine were gaining momentum and coming to be seen as part of the same struggle against sin. As Fessenden began working on possible antislavery coalition options, though, some Whigs like Seward and *New York Times* editor Henry J. Raymond advised against discarding the Whig party apparatus in Maine. Raymond wrote to Fessenden that "nothing would more certainly ruin the general cause than such a formal disbandonment of the Whig Party." Future Senate colleague Hamilton Fish of New York, in particular, worked to preserve the national Whig party and thwart an antislavery coalition. We should not "think of abandoning the good old ship," he wrote in 1852, despite election disappointments. Many Whigs, trapped by what historian Richard Sewell has aptly called the "chains of party," were not ready to make the change Fessenden was contemplating.[10]

Nevertheless, by January 1854 Fessenden could forge the antislavery coalition of frustrated Maine Democrats, Whigs, and Know-Nothings that would send him to the United States Senate and later become that state's Republican Party. When word of his election reached the Capital, antislavery leaders urged him to come as soon as possible to aid in the fight against the Kansas-Nebraska Act. "You are wanted here at once," exclaimed *New York Tribune* Washington correspondent James S. Pike on 10 February. Fessenden followed their advice and departed Maine as soon as he could. "If my vote would defeat" the bill, he wrote to Israel Washburn, "I would take the next train if I left my house on fire."[11] In Washington, would-be Republicans welcomed him as a powerful ally in their fight, and antislavery men across the country were eager to see how he would contribute to the debate. In fact, as soon as his election was announced, Republicans scheduled Fessenden without his knowledge to give a speech. Seward, in particular, was impatient to have the young senator on his side. Fessenden, though ready to join the national effort, was wary of Seward's friendly overtures and was suspicious of Seward's ambition and political motivations. This was the beginning of a long and difficult relationship between the two men.[12]

The forty-seven-year-old Fessenden arrived in Washington on 22 February 1854 and was sworn-in the following day. The Senate he entered was a chamber in disarray. The Kansas-Nebraska Act had fractured the Whig and Democratic parties, and Free-Soilers were scrambling to do what Fessenden had done in Maine: unite antislavery men across party lines into a new, exclusively northern antislavery party. His first act, made only two days after his arrival, was to present petitions against the expansion of slavery into the territories – an appropriate choice, since when he left Congress in 1843, such petitions were prohibited. When Senator Charles Sumner moved to repeal the Fugitive Slave Act, Fessenden was among the small group – less than a dozen – of future Republicans, including Chase and Wade, to support the radical motion.[13]

All this had already taken place by that night in March 1854 when Fessenden took on the Slave Power. The reporter listened intently as the Senator from Maine proclaimed in no uncertain terms his opposition to slavery and his determination to fight the institution. "I am opposed to slavery in any form and shape in which it exists, or may exist," he declared. He railed against Southern hypocrisy and proslavery rhetoric, claiming that if Southerners have the right to defend slavery, Northerners have the right to question it. Furthermore, he explained how, since the creation of the Constitution, Southern slave owners had achieved their proslavery objectives and expanded their power at every opportunity: The three-fifths compromise, the Missouri Compromise, the Mexican War, the defeat of the Wilmot Proviso, the Compromise of 1850, and, most recently, the Kansas-Nebraska Act. Fessenden's use of this "slave-power" theme, which had been popularized by Chase, places him firmly in the radical camp with Chase.[14]

As Southern senators jumped to their feet, white hot with indignation and eager to respond, Fessenden did not retreat but threw down the gauntlet: "I hope if there is agitation; if there is excitement; if there is fanaticism … in the free States from this time forward, you will just cast your eyes back to those who made it, started it, and gave occasion for it." Any coming trouble, Fessenden asserted, would be on Southern shoulders, not those of the free states. "If this [Kansas-Nebraska Act] is designed as a measure of peace," he declared, "let me tell you … that anything but peace you will have … If this matter [the expansion of slavery] is to be pushed beyond what the Constitution originally intended it; if, for political purposes, and with a political design and effect … we are to be driven to the wall by legislation here, let me tell gentlemen that this is not the last they will hear of the question."[15] The reporter watched as Fessenden then addressed the elephant in the room – secession. "Gentlemen have talked here of a dissolution of the Union," declared Fessenden with disdain. "We have heard that threat until we are fatigued with the sound … It produces not the slightest impression upon the thinking portion of the public. You laugh at it yourselves." Southerners turned to the venerable Andrew Butler of South Carolina to rebut. Angry and deadly serious, Butler claimed that the South was certainly ready to secede if antislavery agitation continued. With cool sarcasm that completely disarmed the blustering Southerners, Fessenden responded, "Do not delay it on my account."[16]

Fessenden's words electrified the North; they charmed the public imagination and overnight turned Fessenden into a figure of national repute. "I may have said some things imprudently," he later wrote, "but I was resolved to make a clean breast of it and tell Southern gentlemen that their bluster would be useless with me." After witnessing the scene, one Southern observer gasped, "Why, what a man is this! All his guns are double-shotted." Fessenden's debate with Butler gave the new Republican Party its first motto: "Do not delay on my account." One fan wrote to Fessenden from New York, "You have taken the ground of a *man*. To be a man in these days is a great thing. To be able to withstand what you are called upon to do requires nerve, brains, and a soul."[17]

Remarking on events of that fateful night, the observer from the *New York Tribune* recalled that, "Twice Senator of Butler of South Carolina advanced toward the Senator from Maine with clenched fists and flushed face, as if to commit a personal assault, but this only brought forth renewed and redoubled blows of eloquence and logic from the new Senator. He told the South, what they should have been told in 1850, that if they desire to leave the Union they need not delay their departure an hour on account of the North."[18]

Haughty Charles Sumner of Massachusetts, one not easily impressed, was in awe of his new Senate ally: "His arrival had the effect of a re-enforcement on a field of battle ... The effect was electric ... the senator from Maine, erect, firm, unmovable as a jutting promontory against which the waves of the ocean tossed and broke in a dissolving spray. There he stood. [There was] not a senator, loving Freedom, who did not feel on that day a champion had come." In his report to the *New York Tribune*, James Pike came to a similar conclusion, declaring that Fessenden's speech had "enforced the conviction on all the senators present that not only had a new member come among them, but that a champion had made his appearance in the body."[19]

Despite the passage of the Kansas-Nebraska Act, Fessenden remained optimistic about the future. The North, he believed, would finally defend itself. "I think a brighter day is dawning," he wrote in June. "The spirit of the North can do anything, if it will express itself. The day of flunkeyism is, I trust, over, and if so, there is hope for the future." His friend Pike was supportive, claiming that, "They [Democrats] can be licked and we are the chaps to do it." Fessenden continued to speak out against slavery, and, when the Thirty-Third Congress adjourned in March 1855, he carried his optimism back home to Maine, where he was hailed as a hero. Whig and Republican candidates across New England requested his advice and support. That summer, he and Benjamin Wade attended the first meeting of the Maine Republican Party in Portland, "the largest and most enthusiastic political assemblage ever witnessed in the State of Maine."[20]

Upon his return to his home state, Fessenden made several public speeches in which he reiterated the main points of his Senate address, expanded his attack on the Slave Power, and foreshadowed the famous antislavery arguments to be made by Republican radicals later in the decade. The Founding Fathers, he argued, had seen that slavery was "an obstacle to national growth," and so relegated it to the South. They had never intended slavery to survive, let alone spread. The Fathers had "wished to elevate labor. They therefore wished to do away with this great evil as well as shame and inconsistency." Through the three-fifths clause of the Constitution and the Missouri Compromise (an "unequal and wicked compact"), Fessenden continued, the "slave power" gained control of the national government. At every turn, "the free states yielded" and "the South, by its union and single interest carried its point." The extension of slavery into the lands acquired from Mexico only added to the power of the "slaveocracy." "Their concentrated power ruled the entire land and held the Union in its grasp. The free labor of the North and West labored in subserviency to this interest, or the stars and stripes must be scattered and separated." The Compromise of 1850 brought a tenuous peace, but was cut short by the Kansas-Nebraska Act. He concluded the speech by urging Americans to "lay aside minor issues and party divisions and unite to save the republic."[21]

Through his actions and orations in the Senate, as well as numerous speeches throughout the northeast attacking the "slaveocracy," Fessenden had established himself as *the* preeminent New England champion of free labor and antislavery coalition politics, more so even than Sumner, who saw himself above parties and coalitions. He returned to Congress in December 1855 a true manager and strategist of the would-be Republicans. In February 1856, Fessenden met with Whig and Republican leaders in what has been described as a "secret and gloomy night meeting" to decide the fate of the Whig Party, the future of the Republican Party, and to discuss whether or not the few remaining Congressional Whigs

should call a national convention. Already a radical Republican in word and deed, Fessenden opposed a Whig convention. Although several of the men that night were reluctant to completely abandon their Whig roots, Fessenden's reasoning carried the day. He knew that the young Republican Party was still fragile and that a revived Whig movement could spell its doom. When a meeting of Congressional Whigs was held in the spring, only three men attended. By convincing his fellow Whigs to reject attempts to resuscitate Whiggery, Fessenden had helped ensure the survival of the Republicans.[22]

When the issue of "Bleeding Kansas" reached the floor of the Senate in March, a series of spirited debates ensued that pitted the best orators of each party against each other. The *New York Times* hailed Fessenden's contribution as "masterly." When Sumner was incapacitated by the brutal beating from South Carolina Representative Preston Brooks on 22 May, Fessenden replaced Sumner as one of the principal figures of the radical Republicans. He assumed the responsibility fully (even to the extent of moving into Sumner's Washington hotel room!). In fact, Sumner and Fessenden had a great deal in common, both professionally and ideologically, although Sumner is remembered as a radical and Fessenden is not. Both were trained as lawyers and as young Whigs who admired Henry Clay, fought against Jacksonian Democrats, and were dedicated to the antislavery cause; both were abolitionists who struggled to avoid the extremism associated with that label and to find a vehicle for antislavery that would not destroy the Union; both supported and participated in John Quincy Adams's fight against the gag rule in Congress; both fought General Zachary Taylor's nomination as the Whig candidate in 1848 and briefly supported Webster; and both flirted with coalition options in the early 1850s, before abandoning the Whigs for the Republicans; both men were good friends with author H.W. Longfellow; and both men only made speeches when they felt it would be productive and effective. They were close friends who cared for each other deeply, and it was not an uncommon sight to see them walking arm-in-arm into the Senate chamber. Sumner, who had been in the Senate since November 1851, recognized Fessenden as his successor in the Republican ranks and followed his actions closely, offering advice and praise when needed. "On my bed," wrote Sumner to Fessenden in 1856, "I have read your speech & its many interjections, & your felicitous responses, & have been happy that you are there so ready & able ... You are the best debater on the floor of the Senate." Fessenden replied, "I miss you very much, my dear Sumner, and so do we all."[23]

Fessenden returned to Congress in early July, 1856, ready to take on Douglas in what became a marathon, twenty-hour debate on Kansas. "I was at the Capitol from Wednesday at 9am to 3:30am on Thursday," Fessenden wrote to his wife on 6 July, "but I slept for two hours doubled up on one of the window seats of the senate chamber." He was one of the few Northerners in the Senate who recognized where the struggle over slavery would eventually lead. "The state of things in Kansas is truly horrible," he wrote at the time, "and I for one am ready for civil war, if nothing else will do." These were certainly not the words of a conservative or moderate. Nevertheless, that month's twenty-hour ordeal did not conclude the trouble over Kansas. In the ensuing debates on slavery, Fessenden took the lead in sparring with proslavery leaders like Douglas and Robert Toombs of Georgia. When Toombs rose to address the chamber on Kansas, he directed his remarks to "the Senator from Maine." At every step of the way, Fessenden interrupted, corrected, and argued with him, preventing Toombs from lecturing. When Toombs tried to blame the violence in the

territories on "free-State marauders," Fessenden sharply cut short the accusation with, "Have you any proof of it?" From that moment on, Toombs's speech proceeded haltingly as Fessenden would not let him continue without providing specific evidence for each accusation, causing Toombs to stutter, "But, sir ...," again and again.[24]

Although he had been in the chamber only two years, by mid-1856 Fessenden enjoyed immense popularity and influence. Sumner continued to follow Fessenden's actions closely and considered him "without a superior, without a peer." The Cincinnati *Commercial* concurred, declaring Fessenden "the best general debater and practical legislator in the Senate." Even the "Little Giant" Stephen Douglas, when recalling the great men of his time, remarked, "Henry Clay was the most fascinating, Daniel Webster was the most powerful orator, John C. Calhoun the logician of the Senate, William Pitt Fessenden the readiest and ablest debater." These debating skills, displayed during the 1856 Kansas debates, led Fessenden to be considered a presidential contender, both in 1856 and 1860. In both instances, however, he expressed no interest in the position, preferring to stay in the Senate, where he could shape Republican policy and legislation without the burden of the limelight.[25]

Fessenden's radical credentials and reputation were furthered solidified by his actions in 1857 and 1858. When the *Dred Scott* decision was issued in March 1857, Fessenden led Senate Republicans in the attack on both the ruling and President Buchanan's dubious involvement in it. In the Senate, he declared that the *Scott* decision, which denied Congress the authority to regulate slavery in the territories, had been deliberately delayed to help Buchanan win the election. If the decision had been made public before the election, Fessenden asserted publicly, Buchanan would have been defeated. "We should never have heard of a doctrine so utterly at variance with all truth," he announced to his colleagues, "so utterly destitute of all legal logic; so founded on error, and unsupported by anything like argument." The main proposition of the *Scott* argument, he fumed, is "that the Constitution of the United States recognizes slavery as property, and protects it as such. I deny it. It neither recognizes slavery as property, nor does it protect slavery as property."[26]

When the new Thirty-Fifth Congress convened on 7 December, Fessenden and the radicals faced a new challenge. Not only had the Slave Power finally revealed itself with the *Dred Scott* decision, but Douglas's condemnation of the decision as a violation of popular sovereignty resulted in a courting of Douglas by moderate and conservative Republicans. Radicals, who found the prospect of a Republican-Douglas alliance abhorrent, scrambled to prevent such a turn of events. Fessenden, despite the sudden death of his wife and his own perpetual health problems, returned to Congress ready for battle, now a member of the powerful Finance Committee. He not only spurned the Douglas bandwagon, but rallied radical Republicans to reject any compromise with either Republican moderates or Democrats. The South might be temporarily divided, he knew, but the "slave oligarchy" would soon reassert itself. Writing to Illinois Republican and fellow Senator Lyman Trumbull, Fessenden, referring to both Douglas's physical and political health, called him "a dying man in almost every sense, unless he mends speedily – of which, I take it, there is little hope." Douglas, as he well knew, was aiming for the presidency. But, Fessenden also discerned that Douglas had too many enemies and that he would eventually return to Democratic ranks; his "independent attitude" would leave him "without a party in the north." Contrary to other Republican leaders who courted the temporarily rebellious Douglas, Fessenden hoped that the quarrel between Douglas and the administration, and thus the Slave Power, would lead to Douglas's

demise. Fessenden and his radical cohorts were willing to forego the short-term political gains an alliance with Douglas might bring, in favor of keeping the Republican Party wedded to its original antislavery principles.[27]

On 2 February 1858, the Senate received President Buchanan's message endorsing the controversial proslavery Lecompton Constitution of Kansas and the use of federal troops to quell the free-soil "rebellion" there. The message, which the *New York Tribune* labeled a "monstrous … compendium of fallacies and misstatements," stated that if the proslavery constitution was accepted by Congress, troops would withdraw from the territory; if it was rejected, then the troops would remain. Fessenden once again led Republicans in a direct attack on the administration. On the floor of the Senate, he declared he could not believe that anyone could "justify the keeping of those troops in Kansas, or can in any manner believe there is any necessity for keeping them there in the existing state of things." He urged against forsaking the free-soil men of the territories and allowing a proslavery constitution. Kansas was currently in free-soil hands, but President Buchanan, like Pierce before him, labeled the Free-Soilers "rebels" and proposed using federal troops to end the "rebellion." Was the president threatening Republicans, Fessenden charged? "Is that the game that is to be played? Is Kansas, while it remains a Territory, still to be held under military domination, simply for the reason that those whom [Buchanan] has heretofore chosen to denounce as rebels, are now in the possession of the government, and will continue so unless Kansas becomes a State under this constitution?" Fessenden's speech, which especially infuriated Senator Jefferson Davis, was hailed by the *Tribune* as "one of the ablest and most lucid expositions which the subject [Kansas] has yet received in the Senate."[28]

Connected with the president's message on Kansas was Buchanan's bill to increase the size of the army, which, Republicans knew, would be used to fight antislavery men in Kansas. While William Seward, the reputed radical who had become decidedly more conservative in recent months, supported Buchanan's request, Fessenden rallied radical Republicans against Seward and the president. "Establish slavery in that State, if you please, by force or fraud," exclaimed Fessenden in a speech that became another call to arms, "for nothing but force or fraud can do it; and the result with regard to myself is that, on that subject, I hold the liberty to agitate, I shall hold the liberty to agitate, and I will agitate so long as a single hope remains that slavery may be driven from the Territory thus stolen, robbed from freedom." In May, Seward and Fessenden parted ways once again over the issue of Oregon, with Fessenden leading the Republicans and Seward compromising: Fessenden opposed the admission of Oregon because its constitution excluded negroes from the state, Seward, on the other hand, disliked the exclusion but supported it regardless.[29]

This epic struggle with the Slave Power's best and brightest, as well as with the conservatives of his own party, dramatically enhanced Fessenden's leadership of the Republican organization and won him national acclaim as a "man who never lays his armor off." His relationship with James Pike of the *New York Tribune* gave him the ability, which Fessenden certainly used, to influence that paper's response to Republican policy. His debates were published and circulated in the Republican press, and his arguments became standard fare for aspiring Republican orators and politicians. For instance, the most radical speech of Abraham Lincoln's pre-presidential career, his "House Divided" speech of June 1858, was most likely inspired, as historian Don Fehrenbacher notes, by Fessenden's 8 February attack on President Buchanan. In that speech, Fessenden accused Democratic

leaders, particularly Buchanan, Douglas, and Toombs, of conspiring to spread slavery. The plot began with Douglas's Kansas-Nebraska Act, which Fessenden labeled "a fraud and a snare." Democratic leaders, Fessenden declared, never intended to allow the people of the territories to vote on slavery and had plotted all along to make Kansas a slave state, and the Lecompton Constitution was proof – it was "an outrage, deliberately planned." The *Dred Scott* ruling of 1857, followed by Buchanan's defense of Lecompton, he continued, revealed the extent of the conspiracy. Kansas, Fessenden lamented, "had been bound hand and foot, and cast into the burning fiery furnace of slavery." Four months later, Lincoln appropriated Fessenden's argument for the speech that would launch his senatorial campaign.[30]

Lincoln's use of Fessenden's reasoning and argument is another striking example of Fessenden's unrecognized influence in shaping Republican strategy and policy. Sumner, studying Congressional activities carefully from his sickbed, repeatedly acknowledged Fessenden's leadership and offered what advice and support he could. "The wolf must be held by the ear, & kept in that condition," he wrote to Fessenden. "In other words, the administration must be held before the country, as violating the laws for a *tyrannical* (& *sectional*) purpose, & kept so completely in the wrong ... it belongs to you to make the effort ... I wish that I could help you. I have enjoyed following you in the attack." That Sumner trusted Fessenden to carry out his legacy clearly demonstrates Fessenden's perceived radicalism. In the election for Senate pro tempore in March 1858, Fessenden was the Republican candidate, and by the summer, he had essentially replaced Seward as manager of the Senate Republicans.[31] The events of 1856, 1857, and 1858 also clearly demonstrate Fessenden's status as a leader of the radical faction of the Republican Party and his recognition as such. Abraham Lincoln, when assessing party leadership, concluded that Fessenden was a special breed of Republican, "a radical – without the petulant and vicious fretfulness of many radicals." Such a description is apt, as Fessenden's radicalism was evident before the political climate changes of Reconstruction.[32]

The 1858 elections saw a "cyclone" of Republican electoral victories, and the newly reelected William Pitt Fessenden returned to the Senate in December with an enhanced reputation and increased power. Many Republicans were now confident about victory in the presidential election of 1860, and all manner of nomination speculations abounded. "This state of things," wrote Fessenden, "coupled with our success in recent elections, has produced the infusion on all sides, that the democratic party may be defeated in 1860." When Republican leaders met to discuss the direction of the party and possibly enlarging it by moderating its supposedly radical platform, Fessenden adamantly objected – he would not condone any sacrifice of principle for popularity. The other leaders, including Israel Washburn, agreed. Fessenden also toured the eastern states, meeting with Republican managers and working behind the scenes for Republican candidates, even writing their speeches.[33]

As the 1860 presidential nominating convention for the Republican Party drew near, Fessenden was widely hailed as a leading contender. Pike, now a member of the Republican Central Committee of New York City, began work on a campaign biography of Fessenden. The Maine state convention met in March 1860 and wanted to declare in favor of Fessenden, but he would not allow it. "I am for Pitt," announced Israel Washburn, "and hope our State will be for him in good faith, and secure his nomination." At the national level, support for Fessenden was strong.[34] For over a year, Republicans across the country had been urging

Fessenden to accept the nomination. One political observer wrote to Fessenden in August 1859 encouraging him to run: "Your chances for the nomination by the Republicans," he wrote, "are far better than those of any other man." Fessenden's popularity had even reached the distant Kingdom of Hawaii, where Elisha Allen wrote that he was "happy … to see your name on the list [of candidates]. You certainly have advantages for a canvass, far superior to some others." A *New York Times* article on the presidential contenders, listed Fessenden third, ahead of Sumner, Trumbull, and Lincoln.[35]

It is impossible to precisely gauge his support at the national Republican convention in Chicago, especially since he rejected the idea of his nomination. But the young James G. Blaine, a very astute political observer, noted that Fessenden probably would have had the unanimous support of New England and certainly Pennsylvania, a state absolutely necessary for a Republican victory. "With you in the field," wrote Blaine, "no Democratic nominee could make the canvass even *doubtful* for a day," and he went on to suggest Lyman Trumbull or Frank Blair as running mates. Convention attendee Edward Pierce wrote that Pennsylvania preferred its own Simon Cameron, but, since he had no chance, he gave full support to Fessenden. The correspondence of Thurlow Weed also indicates Pennsylvania as an important electoral variable that was not safe for either Seward or Cameron and could have gone for Fessenden.[36] From Chicago, Blaine wrote home to Fessenden on convention proceedings:

> I arrived here Saturday night … I may mention, however, that the Seward force is on the ground and assume an air of dictation which is at once unwarranted and offensive, and which I think will create a reaction before Wednesday [voting]. They cannot count up more than a *third* of the votes from States that can carry the ticket … I do not myself believe that he will be nominated, though a great many here think otherwise. If he is not, I will adhere to the opinion I expressed to you in Portland, that the game lies between Lincoln and yourself – Chase, McLean, Banks, and Bates stand no chance.[37]

Fessenden was often paired with Judge John McLean, who would have provided a nice balance to Fessenden's radicalism. Such a ticket was touted as the only possibility of winning the doubtful but necessary mid-Atlantic states. When word reached Fessenden that his name was brought up at the convention, he responded that he would not allow it "under any circumstances."[38]

Fessenden may not have wanted the nomination, but he did not want Seward to have it either. Besides their political differences, he and others believed Seward's candidacy would lead to "certain" Republican defeat. Seward was simply too controversial, too unreliable, and too willing to compromise on Republican principles. Fessenden, who detested personal aggrandizement, could not tolerate Seward's boundless, all-consuming ambition. So much so, in fact, that Fessenden, along with Senator Solomon Foot of Vermont and Charles Dana and Preston King of New York, worked diligently to manipulate the nominating process at the Chicago convention and replace Seward with the less controversial New York Republican, Hamilton Fish. Fessenden knew New York State was essential to a Republican victory, and the popular former governor and senator, though more conservative than Seward, could carry it. Fessenden was convinced as early as 1858 that "our candidate will either be Seward or some one not yet known, who has no particular following, and, while a divided Republican [party] would not be obnoxious to any branch of the

opposition – provided such a man can be found."[39] Of course, many other Republican leaders had the same idea, and many saw Fessenden as their best bet. Abraham Lincoln, the eventual choice of the convention, was far less well-known and experienced than Fessenden. Events might have gone much differently had Fessenden not rejected nomination. "*Positively*," he wrote, "I do not wish for it, and tell everybody that no one can do me so much injury in anyway as by mentioning my name."[40]

When secession came, Fessenden led the radical Republicans in opposing compromise measures. "I am almost ashamed to say," he wrote in late 1860, "that I consider the present condition of affairs anything but alarming, and, looking to the future of this great country, hardly a matter of regret." "I have long been convinced," he continued, "that we can have no peace with the Slave power until the utter folly of this long continued threat of disunion should have been demonstrated by actual enforcement. The people of the South are led captive by ignorance and pride. They must be *left* to learn their own weakness ... If we arrest them in their course of folly, by yielding to their demands, the delusion will remain ... I am for seeking the work of it *now*. I will yield nothing to rebellion." He refused to consider letting the South go in peace and blamed the crisis on "a wicked and imbecile" President Buchanan who "panders to rebellion" and "northern weakness." Any compromise with the Slave Power would be "an ignominious surrender of the victory [of 1860] to the vanquished." We should not, he concluded, "run like cowards at the first fire." While Seward sought compromise and peace at almost any cost, Fessenden remained a radical, determined to vanquish the Slave Power and abolish slavery.[41]

Fessenden's antebellum career, while largely overshadowed by his controversial actions during Reconstruction, is still pertinent to an understanding of his life and role in the early Republican Party. Moreover, it provides insight into the meaning of prewar radicalism and how the term "radical" evolved dramatically during the years of Civil War and Reconstruction. Fessenden's antislavery, anti-Southern positions, not to mention his willingness to engage in civil war, were considered fiery radicalism in the 1840s and 1850s, yet by 1865 Republican radicalism had become something so different that men like Fessenden would find themselves labeled moderates or conservatives. Such changes, however, should not affect our understanding of prewar political labels and policies; radicalism in 1845 and 1855 should be understood as such, regardless of the definition of radicalism in 1865. Thus, Fessenden's later "conservative" decisions do not negate the significance of his earlier "radical" crusading. In remembering his old friend and colleague, Senator Lot M. Morrill summed up the man and his career: "When to be antislavery was to be anti-American, he was antislavery; when his party would compromise, he dissented; when repeal was demanded in its interest, he protested; when, later, on the eve of rebellion, conference and concession were proposed, he would have no participation in it, and would yield no assent; and when war came for separation and independent slave power, he saw in it the nation's opportunity." William Pitt Fessenden was, in other words, the consummate radical Republican.[42]

## Notes

1. *New York Tribune*, 7 March 1854; Cole, *Whig Party in the South*, 304–5; Appendix to the *Congressional Globe*, 33rd Congress, 1st Session, 764; Pike, *First Blows of the Civil War*, 203, 230–1; Wilson to Washburn, 28 May 1854, Papers of Israel Washburn; Jellison, *Fessenden of Maine*, 74.

2. *New York Tribune*, 7 March 1854; *Congressional Globe*, 33rd Congress, 1st Session, 463; Holt, *Political Crisis of the 1850s*, 145–9; Johannsen, *Stephen A. Douglas*, 468; Gienapp, *Origins of the Republican Party*, 76–82.

3. Bogue, *Earnest Men*, 92–2, 111, 133; Lot M. Morrill, *Memorial Addresses*, 6; James Patterson, *Memorial Addresses*, 42; Wilson, *Rise and Fall*, 454.

4. Prof. Robert Cook at the University of Sussex, author of several articles on William Pitt Fessenden, plans to publish in the near future a comprehensive and critical biography of the senator.

5. Webb, "William Pitt Fessenden," 262.

6. Fessenden, *Life and Public Services*, 2, 7, 11–16, 23–5, 37–8; Webb, "William Pitt Fessenden," 228–30; Preble, *William Pitt Fessenden*, 6–12; Schriver, "Black Politics without Blacks," 201; Westcott. *New Men, New Issues*, 19–20, 57–8; Jellison, *Fessenden of Maine*, 4, 15–19, 25–7, 32; Lot M. Morrill, *Memorial Addresses*, 8; Schriver, *Go Free*, 6, 14, 21–3, 28, 35, 56, 57, 63, 67, 96–8, 102; Foner, *Free Soil*, 69–70, 112–13; Webster, *Papers of Daniel Webster*, 210–11; Peterson, *Great Triumverate*, 267; Blaine, *Twenty Years of Congress*, 2, 456; Garrett Davis, *Memorial Addresses*, 44; Morse to Fessenden, 31 March 1840, 11 April 1840, and 14 August 1840, Papers of William Pitt Fessenden; *Congressional Globe*, 27th Congress, 2nd Session, 218, 256.

7. Miller, *Arguing about Slavery*, 428–44; Webb, "William Pitt Fessenden," 230; Preble, *William Pitt Fessenden*, 12; letter drafted by Fessenden to Whig members of Congress, Papers of William Pitt Fessenden; Fessenden, *Life and Public Services*, 23–6.

8. Jellison, *Fessenden of Maine*, 46, 58–9, 66; Fessenden, *Life and Public Services*, 28–31; Sumner to Fessenden, 19 June 1848, Papers of Charles Sumner; Donald, *Charles Sumner*, 165; Webb, "William Pitt Fessenden," 231; Wescott, *New Men, New Issues*, 79.

9. Fessenden was unanimously elected to serve as a delegate at the 1852 Whig national convention and was elected to the Maine state legislature (*New York Times*, 4 June 1852, *Kennebec Journal*, 10 June, 16 September 1852.); Holt, *Rise and Fall*, 751–7, 763–7; J.C. Spencer to Fish, 4 February 1853, Papers of Hamilton Fish; Jellison, *Fessenden of Maine*, 60–1; Gienapp, *Origins of the Republican Party*, 13, 27–35, 66–7; *Kennebec Journal*, 18 November 1852; Pike, *First Blows*, 174–5; Lewis Campbell to Washburn, 4 November 1852, Papers of Israel Washburn.

10. Schriver, "Anti-slavery," 85; Sewell, *John P. Hale*, 63, 144–5; Gienapp, *Origins of the Republican Party*, 32, 47; Westcott, *New Men, New Issues*, 104; Henry J. Raymond to Fessenden, 14 June 1854, as found in Giennap, *Origins of the Republican Party*, 32, 82–3, The original letter is missing from the Fessenden Family Papers; Nevins, *Hamilton Fish*, 49–51; Fish to Robert C. Winthrop, 19 March 1856, Papers of Hamilton Fish; *Kennebec Journal*, 3 October 1856.

11. Westcot, *New Men, New Issues*, 113–17; Fessenden to Crosby, 11 February 1854, Papers of William Pitt Fessenden; Webb, "William Pitt Fessenden," 237; Jellison, *Fessenden of Maine*, 71–2; Preble, *William Pitt Fessenden*, 13; Gienapp calls the fusion movement in Maine a "failure" and attributes Fessenden's victory to the popularity of temperance and the Know-Nothing Party, rather than antislavery and the anti-Nebraska coalition. Moreover, Gianapp saw Fessenden as a reluctant Republican who interpreted his own victory as a triumph for Whiggery, not fusion; Gienapp, *Origins of the Republican Party*, 129–133, 204; *Kennebec Journal*, 21 July, 8, 29 September, 4, 6 October 1854, 2 March 1855; Fessenden, *Life and Public Services*, 40–1; Pike to Fessenden, 10 February 1854, Papers of James Shepherd Pike.

12. *New York Times*, 2 March 1854; Fessenden, *Life and Public Services*, 40–1; Pike to Fessenden, 10 February 1854, Papers of James Shepherd Pike; Gienapp, *Origins of the Republican Party*, 191.

13. *Congressional Globe*, 33rd Congress, 1st Session, 463, 482, 517, 531, 607, 608, 685, 2021–3; Preble, *William Pitt Fessenden*, 13; *New York Times*, 24, 27 February 1854; Jellison, *Fessenden of Maine*, 73; *Kennebec Journal*, 8 March 1854; *New York Tribune*, 24 February 1854; Holt, *Rise and Fall*, 825–6; Cole, *Whig Party in the South*, 304–5; Appendix to the *Congressional Globe*, 33rd Congress, 1st Session, 764; Pike, *First Blows*, 203, 230–1; Wilson to Washburn, 28 May 1854, Papers of Israel Washburn; Fessenden, *Life and Public Services*, 68.

14. Appendix to the *Congressional Globe*, 33rd Congress, 1st Session, 319–22; Jellison, *Fessenden of Maine*, 74–5; *New York Tribune*, 4 March 1854; Webb, "William Pitt Fessenden," 237; *Kennebec Journal*, 24 March 1854; Foner, *Free Soil*, 75–7, 87–90.

15. Appendix to the *Congressional Globe*, 33rd Congress, 1st Session, 322–3.

16. Appendix to the *Congressional Globe*, 33rd Congress, 1st Session, 322–3; *New York Tribune*, 7 March 1854; Fessenden, *Life and Public Services*, 45; Jellison, *Fessenden of Maine*, 77.

17. Jellison, *Fessenden of Maine*, 77–8; Preble, *William Pitt Fessenden*, 13; Lot M. Morrill, *Memorial Addresses*, 5; Charles Sumner, *Memorial Addresses*, 11; *Kennebec Journal*, 24. 31 March 1854; as quoted in Fessenden, *Life and Public Services*, 47; as quoted in Preble, *William Pitt Fessenden*, 13; *New York Tribune*, 7 March 1854; Pike, *First Blows*, 216–20; Hernon, *Profiles in Character*, 58; David Pratt to Fessenden, 20 March 1854, Papers of William Pitt Fessenden.

18. *New York Tribune*, 17 March 1854.

19. Fessenden, *Life and Public Services*, 46; Jellison, *Fessenden of Maine*, 74; Charles Sumner, *Memorial Addresses*, 10–11; Pike, *First Blows*, 219.

20. White, *Lyman Trumbull*, 37; Fessenden, *Life and Public Services*, 48–51; Pike to Fessenden, 15 May 1854, Papers of James Shepherd Pike; *New York Daily Times*, 21 March 1854; John J. Perry to Fessenden, 18 August 1854, Papers of William Pitt Fessenden; Benjamin F. Wade to Washburn, 13 October 1855, Papers of Israel Washburn; Jellison, *Fessenden of Maine*, 85; *Kennebec Journal*, 27 July, 10, 17 August 1855.

21. Fessenden, *Life and Public Services*, 51–60.

22. Johannsen, *Stephen A. Douglas*, 468; *Kennebec Journal*, 14 September, 21 December 1855; Jellison, *Fessenden of Maine*, 87–90; Nevins, *Hamilton Fish*, 44, 59–60; Fish to James A. Hamilton, 13 June 1856, Papers of Hamilton Fish; Gienapp, *Origins of the Republican Party*, 265.

23. *Congressional Globe*, 34th Congress, 1st Session, 638–9, 1254; Pike, *First Blows*, 319–21, 335–40; White, *Lyman Trumbull*, 55–6; *New York Times*, 3 April 1856; Sewell, *John P. Hale*, 168; Holt, *Political Crisis*, 194–6; Gienapp, *Origins of the Republican Party*, 299–303; Jellison, *Fessenden of Maine*, 93–4; Donald, *Charles Sumner*, 21–2, 29–30, 130–131, 132–5, 148–9, 153, 155, 162, 164, 169, 205, 213, 282–302; Fessenden to Francis Fessenden, 15 June 1856, Fessenden Family Papers; *Kennebec Journal*, 30 May, 6 June, 5 December 1856; Fessenden to Sumner, 12 February 1857, Paper of Charles Sumner; Hernon, *Profiles in Character*, 59; Charles Sumner, *Memorial Addresses*, 12–13; Fessenden, *Life and Public Services*, 86; Sumner to Fessenden, 11 December 1856, Papers of Charles Sumner, Fessenden Family Papers; Fessenden to Sumner, 18 December 1856, Papers of Charles Sumner.

24. *Congressional Globe*, 34th Congress, 1st Session, 1539; Fessenden, *Life and Public Services*, 83–4; Rhodes, *History of the United States*, 154 ; Appendix to the *Congressional Globe*, 34th Congress, 1st Session, 869–72.

25. Charles Sumner, *Memorial Addresses*, 12; Sumner to Fessenden, 11 December 1856, Paper of Charles Sumner, Fessenden Family Papers; Bogue, *Earnest Men*, 29–32; Jellison, *Fessenden of Maine*, 92–5; Salter, *William Pitt Fessenden*, 3; Bunker Hill Republican Association to Fessenden, 23 April 1856, Jonathan Shippencote to Fessenden, April 8, 1856, and Republican club of Philadelphia to Fessenden, 26 July 1856, Papers of William Pitt Fessenden; Fessenden to Francis Fessenden, 15 June 1856, Fessenden Family Papers.

26. Blaine, *Twenty Years*, 132–3; Fessenden, *Life and Public Services*, 87; Jellison, *Fessenden of Maine*, 102–3; *Kennebec Journal*, 13 March 1857; *Congressional Globe*, 36th Congress, 1st Session, 617; Wilson, *Slave Power*, 523–33; Pike, *First Blows*, 367–70.

27. Fessenden to Fish, 18 December 1858, Papers of Hamilton Fish; White, *Lyman Trumbull*, 89; Fessenden, *Life and Public Services*, 88–89; *Congressional Globe*, 35th Congress, 1st Session, 1; Jellison, *Fessenden of Maine*, 104; Appendix to the *Congressional Globe*, 35th Congress, Special Session, 384; Nevins, *Hamilton Fish*, 73.

28. White, *Lyman Trumbull*, 81; Jellison, *Fessenden of Maine*, 106–7; *New York Tribune*, 14, 21 January, 1, 3, 9 February 1858; *Congressional Globe*, 35th Congress, 1st Session, 608; *Kennebec Journal*, 12 February 1858.

29. Rhodes, *History of the United States*, vol. 2, 259–60; *Congressional Globe*, 35th Congress, 1st Session, 608–18; Salter, *William Pitt Fessenden*, 3; Pike to Fessenden, 9 April 1857, James Pike Papers; Donald, *Charles Sumner*, 332; Gienapp, *Origins of the Republican Party*, 191, 224–5; *New York Tribune*, 6, 27, 29, 30 January, F3, 9 February 1858; *New York Tribune*, 10 February 1858, as

found in Pike, *First Blows*, 380; *New York Daily Times*, 8 May 1858; Wilson, *Slave Power*, 625–7; *Kennebec Journal*, 14 May 1858; Fessenden and Seward would continue their political sparring well into the Civil War and beyond, as Fessenden opposed Seward's entry into the Lincoln Cabinet and later led Senate Republicans against Seward, who was perceived to be an advocate of compromise with the rebellion. In December 1862, as a leading member of the Republican caucus, Fessenden expressed to Lincoln the common belief that Seward "was not in accord with the majority of the Cabinet and exerted an injurious influence upon the conduct of the war" (Senator Fessenden's personal account of the affair, as published in Fessenden, *Life and Public Services*, 241).

30. Pike to Fessenden, 9 April 1957, Papers of James Shepherd Pike; Fehrenbacher, *Prelude to Greatness*, 83, 93; *Congressional Globe*, 35th Congress, 1st Session, 608–18.
31. Fessenden, *Life and Public Services*, 94; Sumner to Fessenden, 28 February, 1858, Papers of Charles Sumner; *New York Times*, 30 March 1858; Pike to Fessenden, 9 April 1857, Papers of James Shepherd Pike.
32. Lincoln to John Hay, 1 July 1864, *Diaries and Letters of John Hay*, 202; Hernon, *Profiles in Character*, 73–4.
33. Sewell, *John P. Hale*, 179; Pike to Fessenden, 2 September 1860, Papers of James Shepherd Pike; Fessenden to Fish, 18 December 1858, Papers of Hamilton Fish; *Bangor Daily Union*, 7 January 1859; *New York Times*, 26 August 1858; Jellison, *Fessenden of Maine*, 119; Fessenden to Pike, 30 August, 5, 26 September 1858, as found in Pike, *First Blows*, 424–25.
34. White, *Lyman Trumbull*, 102–3; Jellison, *Fessenden of Maine*, 122–4; *Kennebec Journal*, 27 January 1860; Fessenden, *Life and Public Services*, 109; Hernon, *Profiles in Character*, 63; Israel Washburn to Weed, 11 August 1859, Papers of Thurlow Weed; Pike to Fessenden, 3 April 1859, Papers of James Shepherd Pike; Israel Washburn to Pike, 31 January 1860, as found in Pike, *First Blows*, 482–3.
35. George M. Weston to Fessenden, 13 August 1859, and Elisha H. Allen to Fessenden, 16 March 1860, Papers of William Pitt Fessenden; *New York Times*, 26 August 1859.
36. Chase, *Salmon P. Chase Papers*, 27; Blaine to Fessenden, 17 February 1860, Fessenden Family Papers; T.W. Webster to Weed, 28 March 1860, and Thomas Webster Jr to Weed, 11 April 1860, Papers of Thurlow Weed.
37. Fessenden, *Life and Public Services*, 112.
38. *Bangor Daily Union*, 9 April 1860; Robert A. West to Fish, 22 March 1856, Papers of Hamilton Fish; Fessenden to Elizabeth Warriner, 27 May 1860, Fessenden Family Papers; Fehrenbacher, *Prelude to Greatness*, 154–5.
39. Pike to Fessenden, 21 August 1859, Papers of James Shepherd Pike; Fessenden to Fish, 18 December 1858, and Solomon Foot to Fish, 13 April 1860, Papers of Hamilton Fish; Jellison, *Fessenden of Maine*, 117–19, 122–3; Fessenden to Pike, 23 July 1859, as found in Pike, *First Blows*, 441–2; Fessenden to Pike, 4 September 1859, as found in Pike, *First Blows*, 444–5.
40. When his attempt to replace Seward with Fish failed, Fessenden threw his support to his close friend and fellow radical Benjamin Wade. Fessenden to Elizabeth Warriner, 27 May 1860, Fessenden Family Papers; Solomon Foot to Fish, 13 April 1860, Papers of Hamilton Fish; Hernon, *Profiles in Character*, 63–4; Fessenden, *Life and Public Services*, 111–13.
41. Fessenden to Fish, 15 December 1860, Papers of Hamilton Fish.
42. Bogue, *Earnest Men*, 78–9; Charles Sumner, *Memorial Addresses*, 13; Sandburg, *Abraham Lincoln*, 523–4, 556; Lincoln to Hay, 1 July 1864, *Lincoln and the Civil War*, 202; Hamilton Fish to J. Meredith Read, 4 September 1869, as quoted in Nevins, *Hamilton Fish*, 226; Fessenden, *Life and Public Services*, v–vi; Lot M. Morrill, *Memorial Addresses*, 7.

# References

*Architect of the Capitol, The.* United States Congress website. http://www.aoc.gov/cc/capitol/old_sen_ch.cfm.
*Bangor Daily Union.* Bangor, Maine. Library of Congress.
*Bangor Daily Whig and Courier.* Bangor, Maine. Library of Congress.

Blaine, James G. *Twenty Years of Congress: From Lincoln to Garfield.* Vols. 1 and 2. Norwich, NC: Henry Bill Publishing, 1884.

Bogue, Allan G. *The Earnest Men: Republicans of the Civil War Senate.* Ithaca, NY: Cornell University Press, 1981.

Carroll, Francis M. "Kings and Crises: Arbitrating the Canadian-American Boundary Dispute and the Belgian Crisis of 1830–1831." *New England Quarterly* 73, no. 1 (June 2000): 179–201.

Chase, Salmon P. *The Salmon P. Chase Papers.* Vol. 3: *Correspondence, 1858–March 1863.* Ed. John Niven. Kent, OH: Kent State University Press, 1996.

Cole, Arthur Charles. *The Whig Party in the South.* Gloucester, MA: Peter Smith, 1962.

*Congressional Globe: The Official Proceedings of Congress, The.* Published by John C. Rives, Washington, DC. Library of Congress. http://lcweb2.loc.gov:8081/ammem/amlaw/lwcg.html.

Donald, David. *Charles Sumner and the Coming of the Civil War.* New York: Alfred A. Knopf, 1960.

Douglas, Stephen A. *The Letters of Stephen A. Douglas.* Ed. by Robert W. Johannsen. Urbana: University of Illinois Press, 1961.

Fehrenbacher, Don E. *Prelude to Greatness: Lincoln in the 1850s.* Stanford, CA: Stanford University Press, 1962.

Fessenden Family Papers. George J. Mitchell Department of Special Collections and Archives, Bowdoin College Library, Brunswick, ME.

Fessenden, Francis. *Life and Public Services of William Pitt Fessenden.* Vols. 1–2. Cambridge: Riverside Press, 1907.

Fessenden, William Pitt. Papers of William Pitt Fessenden. Manuscript Division, Library of Congress.

Fish, Hamilton. Papers of Hamilton Fish. Manuscript Division, Library of Congress.

Foner, Eric. *Free Soil, Free Labor, Free Men.* New York: Oxford University Press, 1970.

Gienapp, William E. "Nativism and the Creation of a Republican Majority in the North before the Civil War." *Journal of American History* 72, no. 3 (December 1985): 529–99.

———. *The Origins of the Republican Party, 1852–1856.* New York: Oxford University Press, 1987.

Hay, John. *Lincoln and the Civil War in the Diaries and Letters of John Hay.* Ed. Tyler Dennett. Westport, CT: Negro Universities Press, 1939.

Hernon, Joseph Martin. *Profiles in Character: Hubris and Heroism in the U.S. Senate, 1789–1990.* Armonk, NY: M.E. Sharpe, 1997.

Holt, Michael F. *The Political Crisis of the 1850s.* New York: W.W. Norton & Company, 1978.

———. *The Rise and Fall of the American Whig Party: Jacksonian Politics and the Onset of the Civil War.* New York: Oxford University Press, 1999.

Jellison, Charles A. *Fessenden of Maine: Civil War Senator.* Syracuse: Syracuse University Press, 1962.

Johannsen, Robert W. *Stephen A. Douglas.* Chicago: University of Illinois Press, 1973.

*Kennebec Journal.* Harvard College Library, Augusta, ME.

*Memorial Addresses on the Life and Character of William Pitt Fessenden (A Senator from Maine) Delivered in the Senate and House of Representatives, 41st Congress, 2nd Session, December 14, 1869.* Washington, DC: Government Printing Office, 1870. Published by Order of Congress.

Miller, William Lee. *Arguing about Slavery: John Quincy Adams and Great Battle in the United States Congress.* New York: Vintage Books, 1995.

Nevins, Allan. *Hamilton Fish: The Inner History of the Grant Administration.* New York: Dodd, Meade & Company, 1936.

*New York Daily Times.* See *New York Times.*

*New York Times* (historical). ProQuest online search.

*New York Tribune.* Newspapers Division, Library Congress.

Peterson, Merrill D. *The Great Triumverate: Webster, Clay, and Calhoun.* New York: Oxford University Press, 1987.

Pike, James S. *First Blows of the Civil War: The Ten Years of Preliminary Conflict in the United States, from 1850 to 1860 – A Contemporaneous Exposition. Progress of the Struggle Shown By Public Records and Private Correspondence.* New York: American News Co., 1879.

———. Papers of James Shepherd Pike. Manuscript Division, Library of Congress.

Preble, George Henry. *William Pitt Fessenden: A Memoir.* Prepared for the New England Historical and Genealogical Register for April 1871. Boston: David Clapp & Son, 1871.

Remini, Robert. *John Quincy Adams.* New York: Henry Holt & Company, 2002.

Rhodes, James Ford. *History of the United States from Compromise of 1850 to the McKinley-Bryan Campaign of 1896.* 8 vols. Port Washington, NY: Kennikat Press, 1967.

Salter, William. *William Pitt Fessenden.* Burlington, IA: Mauro & Wilson, 1908. Reprinted from the April 1908, *Annals of Iowa.*

Sandburg, Carl. *Abraham Lincoln: The Prairie Years and the War Years.* New York: Harcourt, Brace & Company, 1954.

Schriver, Edward. "Anti-slavery: The Free-Soil and Free Democratic Parties in Maine, 1848–1855." *New England Quarterly* 42, no. 1 (March 1969): 82–94.

———. "Black Politics without Blacks: Maine, 1841–1848." *Abolitionism and American Politics and Government.* Ed by John R. Mckivigan. New York: Garland Publishing, 1999.

———. *Go Free: The Antislavery Impulse in Maine, 1833-1855.* Orono: University of Maine Press, 1970.

Sewell, Richard. *John P. Hale and the Politics of Abolition.* Cambridge, MA: Harvard University Press, 1965.

Sumner, Charles. Papers of Charles Sumner. Division Manuscript, Library of Congress.

Washburn, Israel. Papers of Israel Washburn, 1838–83. Library of Congress, Manuscript Division. http://www.aoc.gov/cc/capitol/old_sen_ch.cfm

Webb, Richard. "William Pitt Fessenden." *Collections and Proceedings of the Maine Historical Society,* 2nd series, vol. 10. Portland: Maine Historical Society, 1899. As read before the Maine Historical Society, 23 February 1894.

Webster, Daniel. *The Papers of Daniel Webster: Correspondence.* Vol. 4: 1835–9. Ed. Charles M. Wiltse and Harold D. Moser. Hanover, NH: University Press of New England, 1980.

Weed, Thurlow. Papers of Thurlow Weed. Manuscript Division, Library of Congress.

Westcott, Richard R. *New Men, New Issues: The Formation of the Republican Party in Maine.* Portland: Maine Historical Society, 1986.

White, Horace. *The Life of Lyman Trumbull.* New York: Houghton Mifflin Co., 1913.

Wills, Garry. *"Negro President": Jefferson and the Slave Power.* New York: Houghton Mifflin Co., 2003.

Wilson, Henry. *History of the Rise and Fall of the Slave Power in America.* Vol. 2, 2nd ed. Boston: James R. Osgood & Company, 1875.

Copyright of American Nineteenth Century History is the property of Routledge and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

# Dr. Michael Todd Landis

████████████████

## EDUCATION

### The George Washington University
- **Doctor of Philosophy**                                          Sept 2005 – June 2011
  United States Nineteenth Century History
  Dissertation: "The Northern Democracy: Slavery, the Democratic Party, and the Destruction of the Union"
  Defense committee: Tyler Anbinder, Manisha Sinha, Eric Arneson, Leo Ribuffo, Richard Stott

### Boston University
- **Master of Arts**                                                May 2002
  History
  Thesis: "Theodore Roosevelt and the Monroe Doctrine"
- **Bachelor of Arts**                                              May 2001
  Double Major, History and Political Science
  Magna Cum Laude, with Honors, with Distinction in History

ACADEMIC SPECIALTIES: Nineteenth Century America; Civil War and Reconstruction; Antebellum America; The Early Republic; The Gilded Age; The American South; The American Presidency; Political Parties; Congressional History; Nineteenth Century United States Foreign Policy; Twentieth Century America; Modern German History

## PUBLICATIONS

Refereed Essay, "President Polk as a Southern Sectionalist" in *A Companion to the Antebellum Presidents, 1837-1861*.
Edited by Joel Silbey. (Malden, MA: Wiley-Blackwell, Forthcoming 2012)

Refereed Article, "'A Champion Had Come': William Pitt Fessenden and the Republican Party, 1854-1860." Pp. 269-285
*American Nineteenth Century History*, Vol. 9, Issue 3, September 2008

Book Review, *Confederate Reckoning: Power and Politics in the Civil War South* by Stephanie McCurry. Pp. 102-103
*North Carolina Historical Review*, Volume LXXXVIII, January 2011

Book Review, *Lincoln and the Decision for War: The Northern Response to Secession* by Russell A. McClintock. Pp. 543-546
*Journal of the Early Republic*, Vol. 29, No. 3, Fall 2009

Book Review, *Weary of War: Life on the Confederate Home Front* by Joe A. Mobley. Pp. 101-102
*History: Review of Books*, Vol. 36, No. 3, Spring 2008

## CONFERENCE PRESENTATIONS

Society for Historians of the Early American Republic, Annual Meeting, Baltimore, MD                July 2012
  Paper: "'Fidelity and Firmness': Northern Democrats and the Crises of 1850"
  Panel: "Nationalism and Partisanship in the Antebellum Era"
  Participants: Paul Finkelman, Chandra Manning, Martin Hershock. Michael Birkner

American Historical Association, Annual Meeting, Boston, MA                January 2011
  Paper: "Deceptive Democracy: Northern Democrats and the Illusion of Principle"
  Panel: "Slavery and the American Experience: Family, Politics, & Society in the Nineteenth Century"
  Participants: Joel Silbey, Harry Watson, Anthony Kaye, Judith Geisberg

The Filson Institute Public Conference, "Secessions: From the American Revolution to the Civil War"                October 2010
  Paper: "Deceptive Democracy: Northern Democrats and the Illusion of Principle"
  Panel: "The Politics of Secession"
  Participants: Frank Towers, Paul Quigley, John Quist

The Organization of American Historians, Annual Meeting, Seattle, WA                    March 2009
> Paper: "'Though the Heavens Fall': Slavery, Northern Democrats, and the Destruction of the Union"
> Panel: "Destroying Their Beloved Union: Politicians, Racism, and the Coming of the Civil War"
> Participants: Daniel Walker Howe, Manisha Sinha, Jonathan Earle, Robert Cook

Missouri Valley History Conference, Omaha, NE                                           March 2007
> Paper: "'A Champion Had Come': William Pitt Fessenden and the Republican Party, 1854-1860"

University of Maryland Graduate History Conference, College Park, MD                    February 2007
> Paper: "'A Champion Had Come': William Pitt Fessenden and the Republican Party, 1854-1860"

## HONORS, AWARDS, & FELLOWSHIPS

| | |
|---|---|
| The George Washington University Five Year Fellowship | August 2005 – May 2010 |
| The George Washington University Award for Outstanding Graduate History Paper | April 2007 |
| The Gilder Lehrman Institute of American History, Fellowship | June 2010 – June 2011 |
| The George Washington University, Department of History, Summer Research Grant | June 2009 |
| The White House Historical Association, Research Grant | February 2009 |
| The Gilder Lehrman Institute of American History, Fellowship | January 2009 – January 2010 |
| The Cosmos Club Foundation, Research Grant | January 2009 |
| The Kayser Fellowship for Dissertation Research | Summer 2008 |
| Polytropos Award for Excellence in Multi-Disciplinary Studies, Boston University | May 2001 |

## COURSES

*Undergraduate*
World History, 1815 – Present*
United States History, 1877- Present*
Race, Romance, and the Memory of the Civil War, 1865-Present*
Age of Jefferson and Jackson, 1800-1860
The Gilded Age, 1865-1900

United States History to 1877*
American Civil War and Reconstruction*
The American Presidency
Slavery and the Old South
The Progressive Era, 1880-1920

*Graduate*
American Civil War and Reconstruction
The Political Crises of the 1850s
Historiography of Nineteenth Century America

Antebellum America, 1800-1850
The Rise of American Political Parties, 1800-1900

* indicates courses already taught

## TEACHING EXPERIENCE

**Sacred Heart University**, Fairfield, CT                                              August 2011 – Present
*Visiting Professor of History*
Courses: "Civil War and Reconstruction"; "Race, Romance, and the Memory of the Civil War, 1865-Present"; "US History to 1865"; "US History 1865-Present"
Faculty adviser and event coordinator for the History Club

**College of Southern Nevada**, Las Vegas, NV                                          January 2011 – July 2011
*Adjunct Professor of History*
Courses: US History, Founding-1877; US History, 1877-Present

**The George Washington University**, Washington, DC                                   August 2005 – May 2010
*Graduate Teaching Assistant*

**Florida Gulf Coast University**, Fort Myers, FL                                      August 2004 – May 2005
*Adjunct Professor of History*
Courses: US History, Founding-1877; US History, 1877-Present

**The Community School of Naples**, Naples, FL                                         August 2004 – June 2005
*Humanities Teacher*
Courses: World History; US History honors

**Edison College**, Fort Myers, FL
*Adjunct Professor of History*
Courses: World Civilization, 1815-present

January – May, 2003

**Bishop Verot High School**, Fort Myers, FL
*Social Studies Teacher*
Courses: World History Honors; Advanced Placement European History; US Government; Band

October 2002 – June 2004

**Naples High School**, Naples, FL
*Assistant Band Director and Percussion Instructor*
Assisted Director of Bands with creation and implementation of field shows for the marching band; instructed students on proper marching and musical technique; composed all percussion music, both score music for the field show and cadences for marching.

August 2001 – December 2004

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| Theodore Roosevelt Association | September 2011 – present |
| Society for Historians of the Early American Republic | March 2008 – present |
| United States Capitol Historical Society | Fall 2007 – present |
| American Historical Association | November 2006 – present |
| Southern Historical Association | September 2006 – present |
| Organization of American Historians | March 2006 – present |

## GUEST LECTURES & SCHOLARLY PURSUITS

Guest Lecture, "Walt Disney, Urban Planning, and the Florida Project," Siena College, February 28, 2012

Consultant and Contributor, "The Emancipation Proclamation." Exhibit at the Fairfield Museum and History Center.
December 2011 – present

Consultant and Contributor, "The Antebellum Project." http://www.antebellumproject.com/ Online learning tool.
August 2010 – present

Participant, Robert E. Lee Symposium on Civil War History, Stratford Hall, VA     January 22-24, 2009

Guest Lecture, "Origins of the Democratic and Whig Parties," The George Washington University, March 2008

Participant, Institute for Constitutional Studies, William Leuchtenburg, "Franklin Roosevelt and the Courts,"
The George Washington University, October – November 2007

Guest Lecture, "Andrew Jackson, States' Rights, and the Nullification Crisis," The George Washington University, February 2007

Guest Lecture, "Walt Disney and the 'Imagineering' of Post-WWII America," The George Washington University, November 2006

Participant, Institute for Constitutional Studies, Jonathan Lurie, "The Unlikely Legal History of the 14th Amendment, 1866-1890,"
The George Washington University, October – December 2006

With few exceptions, you have the right to request, receive, review and correct information about yourself collected using this form.

**Name:** Landis _(Last)_ Michael _(First)_ Todd _(Middle)_

**UIN or SSN:** ██████████ **Birthdate:** ██████████
_Month   Day   Year_

**Citizenship:** USA _(Country)_ **Visa type:** _____
_If other than U.S. citizenship_

☒ Male  ☐ Female

**Highest Education Level**
☐ 1–Less than high school  ☐ 2–High school/GED  ☐ 3–Associate degree
☐ 4–Baccalaureate degree  ☐ 5–Master's degree  ☒ 6–Doctoral degree
☐ 7–Special professional (D.D.S., D.V.M., J.D., M.D., etc.) _____

You are not obliged to respond to the asterisked items below (Veteran and Former Foster Child Status) and on Page 3; however, your response is important to meet federal and state reporting requirements. Any information you provide will remain confidential in accordance with applicable federal and state regulations. Your employment will not be adversely affected by any information you furnish.

**EEO Ethnicity/Race (See Page 2)**
3-Hispanic or Latino? ☐ Yes  If you selected 'Yes," you will be identified as Hispanic or Latino for federal and and state reporting purposes, even if you select any of the races below.
Select all that apply.
☒ 1–White  ☐ 2–Black or African American
☐ 4–Asian  ☐ 5–American Indian or Alaska Native
☐ 6–Native Hawaiian or Other Pacific Islander
☐ 8–Decline to provide information
If you selected more than one race (not including Hispanic or Latino), you will be identified as "Two or More Races" for federal and state reporting purposes.

**\*Veteran Status (See Page 2. Check all that apply.)**
☐ Veteran
☐ Armed Forces Service Medal Veteran
☐ Other Protected Veteran
☐ Recently Separated Veteran (within last three years)-If yes, indicate armed services separation date _____
☐ Orphan of a Veteran
☐ Surviving Spouse of a Veteran
_An option for disabled veterans is provided on Page 3._

**\*Former Foster Child Status**  I am 25 years of age or younger and was under the permanent managing conservatorship of the Texas Department of Family and Protective Services on the day preceding my 18th birthday.  ☐ Yes  ☐ No

**Residence address**
Street: ██████████
City: ██████  State: ██  ZIP: ██████
Phone: ( )

**Mailing address**
Street/P.O. Box: ██████████
City: ██████  State ██  ZIP ██████
Phone: ( )

**In event of emergency notify:**
Name: ██████████
Relationship: ██████
Address: ██████
City and state: ██████
Phone: ██████

**Do you have relatives who are A&M System employees?**
☐ Yes  ☒ No

If yes, give name, title, relationship and organization:
_____
_____
_____

State law gives you the right to choose whether The Texas A&M University System should allow public access to your home address, home telephone number, Social Security number, and whether you have family members. **If you do not declare this personal information as confidential, it will be open to the public.** If you are a "peace officer," your home address and telephone number are automatically confidential. **Mark one box in item 1 and one box in item 2.**

1. ☒ Yes, I want my personal information to be confidential.  ☐ No, I do not want my personal information to be confidential.
2. ☐ I am a certified peace officer.  ☒ I am not a certified peace officer.

**Please read and sign Pages 2 and 3 of this form before returning it.**

**Employer should complete the following for employee:**

PIN: T-0055
ADLOC: 04131140

Employee location code: _____
Check distribution code: _____

Campus or office address:
Box T-0660
Stephenville TX 76402

Mail Stop: _____  Office phone: 254-

Tarleton State University

# Statement of Previous State Employment

*With few exceptions, you have the right to request, receive, review and correct information about yourself collected using this form.*

Name __Michael Landis__      Social Security Number █████████

Department __Social Sciences__

All prior employment with Tarleton State University or and any other agency or institution of the State of Texas, including employment as a student worker, will be counted as state service. Employment with independent school districts and/or junior or community colleges is not state employment and will not be counted.

**Please check one:**

$\times$ _____ **I have not** been employed by a State of Texas agency or institution at any time prior to employment at Tarleton State University.

_____ **I have** been employed by a State of Texas agency or institution prior to employment at Tarleton State University.

**The state agencies at which I was employed are listed below:**

Name of Agency _____

Department _____

Address _____

From (**MM/DD/YY**)_____ To (**MM/DD/YY**)_____

Name Used During Employment _____

Name of Agency _____

Department _____

Address _____

From (**MM/DD/YY**)_____ To (**MM/DD/YY**)_____

Name Used During Employment _____

Name of Agency _____

Department _____

Address _____

From (**MM/DD/YY**)_____ To (**MM/DD/YY**)_____

Name Used During Employment _____

I hereby authorize the state agencies listed above to verify the above information.

Employee Signature ___[signature]___      Date __1-13-13__





Printed Name: _Michael Landis_

Social Security Number: ███████████

Article IX of the Appropriations Act passed by the 75th Legislature requires that The Texas A&M University System distribute to you the information printed below. In addition, we are required to collect from you your signed statement that you have received this information.

**Political Aid and Legislative Influence Prohibited** (Section 5). None of the moneys appropriated by this Act, regardless of their source or character, shall be used for influencing the outcome of any election, or the passage or defeat of any legislative measure. This prohibition shall not be construed to prevent any official or employee of the state from furnishing to any Member of the Legislature or committee upon request, or to any other state official or employee or to any citizen information in the hands of the employee or official not considered under law to be confidential information. Any action taken against an employee or official for supplying such information shall subject the person initiating the action to immediate dismissal from state employment.

No funds under the control of any state agency or institution, including but not limited to state appropriated funds, may be used directly or indirectly to hire employees or in any other way fund or support candidates for the legislative, executive or judicial branches of government of The State of Texas or the government of the United States.

None of the funds appropriated by this Act shall be expended in payment of the salary for full-time employment of any state employee who is also the paid lobbyist of any individual, firm, association or corporation. None of the funds appropriated by this Act shall be expended in payment of the partial salary of a part-time employee who is required to register as a lobbyist by virtue of the employee's activities for compensation by or on behalf of industry, a profession or association related to operation of the agency or institution for which the person is employed. A part-time employee may serve as a lobbyist on behalf of industry, a profession or association so long as such entity is not related to the agency with which he or she is employed.

Except as authorized by law, none of the funds appropriated by this Act shall be expended in payment of membership dues to an organization on behalf of the agency or an employee of an agency if the organization pays all or part of the salary of a person required to register under Chapter 305, Government Code.

No employee of any state agency shall use any state-owned automobile except on official business of the state, and such employees are expressly prohibited from using such automobile in connection with any political campaign or any personal or recreational activity.

# The Te as A&M Universit, System

## Statement of Selective Service Registration Status

*With few exceptions, you have the right to request, receive, review and correct information about yourself collected using this form.*

Under HB 558, enacted by the 76th Texas State Legislature, if you are currently of the age and gender requiring registration with Selective Service, but knowingly and willfully fail to do so, you are ineligible for employment with an agency in any branch of Texas state government. Any offer of employment is contingent on your compliance with Selective Service law.

### Exemptions

Almost all male U.S. citizens, and male aliens living in the U.S., who are 18 through 25 years of age, are required to register with Selective Service. Some non-citizens are required to register and others are not. Non-citizens not required to register include men who are in the U.S. on student or visitor visas, and men who are part of a diplomatic or trade mission and their families. Almost all other male non-citizens are required to register, including illegal aliens, legal permanent residents, and refugees.

### Non-Registrants

If you are not registered as required, you are presently not eligible to be hired and should register promptly at a United States Post Office. A Certificate of Mailing may be obtained from the Post Office at such time that you mail your registration and may be used as proof of your application until you receive your Selective Service Registration Card.

### Privacy Act Statement

Because information on your registration status is essential for determining whether you are in compliance with Selective Service law, failure to provide the information requested by this statement will prevent any further consideration of you for employment. This information is subject to verification with the Selective Service System and may be furnished to federal agencies for law enforcement or other authorized use in implementing the law.

### False Statement Notification

A false statement may be grounds for not hiring you, or for dismissal, if you have already begun work.

### Review

Should any question arise regarding your registration or eligibility for an exemption, you may request an official "status information" letter from the Selective Service System by calling 1-847-688-6888. As an alternative, you may send a written request to the Selective Service System at P.O. Box 94638, Palatine, IL 60094-4638.

## Certification of Registration Status

( )    I certify that I am a male age 18 through 25 and am properly registered with the Selective Service System.

(X)    I certify that I am not currently of the age required to register with Selective Service.

( )    I certify that I have been determined by the Selective Service System to be exempt from the registration provisions of Selective Service law.

( )    I certify that I have not reached my 18th birthday and understand I may be required by law to register at that time.

I understand that under HB 558, enacted by the 76th Texas Legislature, I must be registered with the Selective Service System according to the requirements of federal law in order to be employed with an agency in any branch of Texas state government. I further certify that the information provided on this form is true, complete and correct to the best of my knowledge. I understand that any false statements may void my application for employment and that the information provided on this form will be used only for evaluation of eligibility for employment.

Michael Landis
Printed Name

_____
Signature

Social Security Number or UIN          Date of Birth

1-13-13
Date

THE TEXAS A&M UNIVERSITY SYSTEM
TARLETON STATE UNIVERSITY
**Employee Acknowledgement Form**

*I acknowledge receipt of information on the following items:*

## ALCOHOL ABUSE & ILLICIT DRUG USE

As required by the Drug-Free Workplace Act of 1988 and the Drug-Free Schools and Communities Act Amendments of 1989, I have been furnished a copy of The Texas A&M System policy on Drug and Alcohol Abuse and Rehabilitation Programs.

## HIV/AIDS IN THE WORKPLACE AND LEARNING ENVIRONMENT

I understand that Texas Health and Safety Code, Chapter 85, specifies that workplace guidelines be explained to ensure that the rights and privileges of individuals infected with the Human Immunodeficiency Virus (HIV) are protected. I have been furnished a copy of The Texas A&M University System policy on HIV/AIDS in the Workplace and Learning Environment.

## STANDARDS OF CONDUCT FOR STATE EMPLOYEES

I certify that I have received a copy of Section 6 of article IX of the Appropriations Act relating to standards of conduct for state employees.

## POLITICAL AID AND LEGISLATIVE INFLUENCE PROHIBITED

I certify that I have received a copy of Section 5 of article IX of the Appropriations Act relating to political aid and legislative influence.

## ETHICS POLICY

I hereby acknowledge receipt of The Texas A&M University System Ethics Policy and have familiarized myself with all its guidelines and requirements.

## CONTROL OF FRAUD AND FRAUDULENT ACTIONS

I am required to report specific incidents of suspected fraud and criminal acts to my supervisor, the University's anti-fraud coordinator, the Chief Executive Officer or the Internal Audit Department of The Texas A&M University System. System Policy 21.04, Control of Fraud and Fraudulent Actions, outlines the types of fraud and criminal actions that should be reported and employees' responsibilities for such reporting. I understand that I may review the policy by accessing it on the Internet (http://tamus.edu/offices/policy/21-04.pdf) or by requesting a copy from my supervisor.

## SOCIAL SECURITY NUMBER

I understand that the disclosure of my Social Security number is required as a condition of my employment with The Texas A&M University System. I have reviewed the "Notice To Employees" (see back of enclosed Employee Personal Data form) stating the authority for the request for Social Security number disclosure and outlining its uses.

## RETIREMENT

Teacher Retirement System (TRS) – I understand I must enroll in TRS as a condition of employment unless I am eligible for and enrolled in the Optional Retirement Program (ORP). I have also been notified that the amount the state contributes to my retirement plan may change over time. Graduate assistants are not eligible for TRS or ORP.

## SUPPLEMENTAL RETIREMENT INVESTMENT OPPORTUNITIES

In addition to the available retirement programs, I may invest in two additional plans through payroll deduction. Investment counseling responsibilities are delegated to licensed agents of the approved companies. Information on these plans is available from the Human Resources Office.

A. **Tax-Deferred Accounts** – I may voluntarily invest in a Tax-Deferred Account through payroll reduction. A specified amount, not to exceed a defined maximum exclusion allowance, may be withheld from my salary for retirement and will not be taxed currently as income. These contributions will be deposited with an approved company of my choice.

B. **State of Texas Deferred-Compensation Program** – I may voluntarily enter into an agreement with the State of Texas to reduce taxable income under the Deferred-Compensation Program (DCP) to purchase life insurance, fixed and/or variable annuities, mutual funds or investment contracts.

## TAX SAVER PLAN

A. **Pretax Health/Dental Premiums** – I understand that as a group Health or Dental plan participant, I have the option to waive participation in the Tax Saver Pretax Health/Dental/Vision/Accidental Death and Dismemberment Premiums Plan. I further understand that if I do not waive participation, I will automatically be enrolled in the plan.

B. **Spending Accounts** – I understand that I have the option to establish Pretax Spending Accounts for dependent day care and unreimbursed health care expenses. I also understand that any money left in such an account at the end of the plan year is forfeited. The administration charge for Spending Accounts will be pretaxed.

## OVERTIME POLICY FOR NONEXEMPT PERSONNEL

I hereby agree to the following rules and regulations of the U.S. government and the State of Texas regarding overtime work (hours worked in excess of 40 in a workweek in a nonexempt position):

A. I will not work hours in excess of 40 in a workweek without the prior approval of my supervisor.

B. When I work more than 40 hours in a workweek, I agree to be compensated for those hours in the following manner:

1. I will be granted FLSA compensatory time off at the rate of 1 ½ hours for every hour of overtime worked, or

2. I will be paid for the overtime hours at the rate of 1 ½ times my regular rate of pay, when in the judgement of my employer, granting compensatory time off is impractical.

3

EMPLOYEE NAME: *LANdis, michael*

## HR CHECKLIST FOR NEW STAFF AND FACULTY
### Please ensure all forms are correct, fully completed and signed by the employee.

✓ Print Hiring Proposal from Tarleton Connection

✓ Print Application, cover letter, resume etc. from Tarleton Connection

✓ Employee Personal Data (HR181); (If employee indicates prior <u>Texas</u> state service, make sure information regarding the employment is listed – i.e., name of agency, dates, title, etc. If employee indicates they have a relative on campus working in the same department, request a nepotism letter.)

✓ W-4

✓ Form I-9 & copies of acceptable documents

N/A Copy of <u>signed</u> Social Security card if available

Current Glacier Tax Summary Report along w/ copies of required documents (Intn'l Employee Only)

✓ Article IX

✓ Workers' Compensation form TAMUS8

✓ Retirement Questionnaire ✓mw

✓ Direct Deposit/voided check

✓ New Employee Benefit Enrollment form (sign even if waiving coverage); Dependent Enrollment Form/Certification (if adding dependents to insurance); Beneficiary Designation Form <u>OR</u> print the NEES record from HRConnect

✓ Employee Acknowledgement Form

Transmittal (HR completes)

✓ Extended Pay Plan – if necessary (for less than 12-month employees) *Not turned iN*

✓ ORP Acknowledgement form – IF eligible employee has NEVER been enrolled/offered Texas ORP
_____ *IF eligible employee was PREVIOUSLY ENROLLED/OFFERED Texas ORP, need to complete Prior ORP Participation Acknowledgement Form (HR11) and, if necessary, ORP Salary Reduction Acknowledgement/Change of Vendor (HR14)*

✓ Employee Handbook Acknowledgement/Receipt form

✓ Selective Service form – if necessary

N/A TRS 667 – only for those employees who have retired from TRS

✓ FERPA forms

✓ Assign UIN and give employee UIN

N/A Pull prior personnel file if applicable

✓ Email the employee's department head UIN information *dw*

✓ Complete Criminal History Information form and submit to HR Administrative Assistant

Date submitted: ✓

✓ Enter on BPP *DW*

✓ Email Director Payroll/Budgets when employee is ready to process for payroll *1/17*

✓ Requests Transcripts if needed *Academic affairs*

✓ Verify All Prior State Service – *none reported*

HR has received the above-mentioned forms and all is complete: _____ *DWilsen* *1/17/13*

HR Employee initials/date

Additional topics to discuss with employee:

Establish a Single Sign On (SSO) account and update employee's email address, secret question and password

Review applications available through SSO – HRConnect, LeaveTraq, TrainTraq, iBenefits, and TimeTraq. Walk through each tab of HRConnect to describe what information and options are available. Show the employee how to access the required training modules (*Creating a Discrimination Free Workplace, Ethics, Orientation to the A&M System,* and *Information Security Awareness*) and review the completion deadline – within 30 days of hire date.

Request a Tarleton Connection (TC) user account and explain the need to certify Position Description (PD) and complete Performance Evaluations annually on line

Approve TC user account; give employee access to their PD; walk employee through PD certification process

Inform employee of upcoming orientation session and agenda

Inform employee of upcoming Banner related training and Driver Safety Training as applicable

Direct the employee to the Texan ID Card and University Police offices

I have completed the required tasks above and received information regarding my remaining responsibilities to complete my new employee processing.

_____  
Employee Signature

_____  
HR Representative

1·14·13  
Date

1/14/13  
Date

# CONFIDENTIALITY STATEMENT

## FACULTY/STAFF EMPLOYEE

I, _Michael Landis_ , understand that by the virtue of my employment with Tarleton State University, I may have access to records which contain individually identifiable information, the disclosure of which is prohibited by the Family Educational Rights and Privacy Act of 1974 (FERPA). This information is confidential and may not be divulged to anyone except the person who owns the information, those faculty/staff/administrators who have a "legitimate educational need to know," and those individuals/agencies (parents/guardians who sign/file the Certification of Dependency form, the National Student Clearinghouse acting as an agent of Tarleton State University, scholarship agencies or an embassy for example) who fulfill the requirements under FERPA. Confidential information includes anything not defined as "directory information" by Tarleton State University, as well as, directory information a student has put a hold on with the paper form.

I acknowledge that I fully understand that the intentional disclosure by me of this information to any unauthorized person could subject me to criminal and civil penalties imposed by law. I further acknowledge that such willful or unauthorized disclosure also violates the institution's policy and could constitute just cause for disciplinary action including termination of my employment regardless of whether criminal or civil penalties are imposed.

I have read the above and agree to the requirements for confidentiality.

_Michael Landis_
Name of User (Please Print)

_Signature of User_

_123005241_
UIN

_Social Studies_
Department

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_Jerrie M Walker_
Accepted By

_01-14-2013_
Date

| | |
|---|---|
| **From:** | Wilson, Ms. Dawn Ann |
| **Sent:** | Thursday, January 17, 2013 4:27 PM |
| **To:** | Vazquez, Ms. Jeannie |
| **Cc:** | Cross, Dr. Malcolm L. |
| **Subject:** | Michael Landis |

Good afternoon Jeannie.

I am helping Terrie process some of our new faculty, so please accept my apologies if this is a duplication.

Michael Landis – UIN 123005241

Thanks,

*DawnAnn Wilson*



DawnAnn Wilson, PHR
Assistant Director, Human Resources
Tarleton State Univesity
(254) 968-9833

*This email and any files transmitted with it are confidential. If you are not the intended recipient any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this e-mail transmission in error, please notify me by telephone or via return e-mail and delete this e-mail with all information from your system.*

1

## Wilson, Ms. Dawn Ann

| | |
|---|---|
| **From:** | Wilson, Ms. Dawn Ann |
| **Sent:** | Thursday, January 17, 2013 4:45 PM |
| **To:** | GOODMAN, MS. JOYCE L. |
| **Cc:** | Walker, Ms. Terrie M |
| **Subject:** | Ready for processing |

Michael Landis, PIN T00055 is entered into BPP and ready for payroll/budgets processing.

*DawnAnn Wilson*



DawnAnn Wilson, PHR
Assistant Director, Human Resources
Tarleton State Univesity
**(254) 968-9833**

*This email and any files transmitted with it are confidential. If you are not the intended recipient any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this e-mail transmission in error, please notify me by telephone or via return e-mail and delete this e-mail with all information from your system.*

1

# SECURITY SENSITIVE POSITION VERIFICATION and
# BACKGROUND CHECK AUTHORIZATION

All Tarleton positions, including temporary and student positions, are deemed security sensitive and are subject to criminal record background checks in accordance with System Regulation 33.99.14.

...............................................................................................

The following is to be completed by the **EMPLOYEE:**

I understand that a criminal history information background check will be conducted for positions that are designated as security sensitive. I understand that my employment or continued employment is conditional and contingent upon a satisfactory criminal history background check. I release all parties from any and all liability or claims for any damage whatsoever that may result from these actions.

Printed Name: Michael Landis

Signature: _____

Department: Social Sciences

Date: 1-13-13



Congratulations on your recent offer and we welcome you to Tarleton. To complete the employment process, a thorough background check will be conducted. All employment offers are contingent upon a satisfactory background check. The background check may be obtained from Federal, State, and local agencies, law enforcement agencies and/or in the form of a consumer report and/or an investigative consumer report. When the report is secured from a consumer reporting agency, the report is considered a consumer report.

A background check, consumer report and/or investigative consumer report containing information including, but not limited to, employment history, police record, education, qualifications, social security verification and/or motor vehicle records etc. may be obtained in connection with your application for and/or continued employment (including contract services) or volunteer services with Tarleton State University. In addition, a background check, consumer report and/or an investigative consumer report may be obtained at ANY time during the application process or during your employment or volunteering with Tarleton State University.

A consumer report containing injury and illness records and medical information and records may be obtained after a tentative offer of employment has been made. Credit history will not be obtained. Upon timely written request of the HR department of Tarleton State University, and within five (5) days of the request, the name, address and phone number of the reporting agency and the nature and scope of the investigative consumer report will be disclosed to you, if one was obtained.

Before any adverse action is taken, based in whole or in part on the information contained in the consumer report, you will be provided a copy of the report, the name, address and telephone number of the reporting agency, a summary of your rights under the Fair Credit Reporting Act, as well as additional information on your rights under the law.

Please print your name, sign and date this acknowledgement letter and return it along with the completed Background Check Disclosure Notice-Authorization Form to:

Tarleton State University
Human Resources
Box T-0510
Stephenville, TX  76402
Fax: 254-968-9590

Michael Landis
Print your name

1-13-13
Signature                                     Date



# BACKGROUND CHECK DISCLOSURE NOTICE
# AUTHORIZATION FORM

This form is used by the Human Resources Department as authorization to obtain criminal history information on the finalist candidate, as specified below.

------------------------- TO BE COMPLETED BY THE APPLICANT-------------------------

| | | | |
|---|---|---|---|
| Landis | Michael | Todd | 2300524| |
| Last Name | First Name | Middle Name | UIN (if available) |

Other name(s) used in any and all other records of birth or records of residence

Street Address ██████████        ██████████   Apartment ████

City ██████████                                State M        Zip White

Date of Birth* ██████████  Social Security Number* ██████████   Gender*        Race*

*To be used solely for the purpose of conducting a background check.

In connection with my application for employment, my continued employment, or in connection with my desire to engage in volunteer activities, I have been advised and I hereby consent and authorize Tarleton State University and its agent, at any time during my application process and/or employment, to obtain a background check, consumer report and/or investigative consumer report that may include, but not be limited to, social security number verification, a criminal record check, employment and education verifications, verifications of personal reference and reputation; and driving record. Credit history will not be obtained. I do hereby consent and authorize Tarleton State University and its agent to use any information provided on this form during the application process or during my employment in obtaining a background check, consumer and/or investigative consumer report.

If a consumer or investigative consumer report is obtained on me, I have been informed that I have the right to review and challenge any negative information received that would adversely impact me or adversely affect a decision to offer employment. If a consumer reporting agency is utilized to secure an investigative consumer report, I understand that I will be provided the name, address and telephone number of the consumer reporting agency and the nature and scope of the report upon timely request.

I agree to release, indemnify and hold harmless Tarleton State University, any consumer reporting agency, any Federal, State, or local agency and any law enforcement agency used by Tarleton with regard to any information reported

I acknowledge that facsimile, copy or email of this document shall have the same validity, force and effect as the original.

**The following are my responses to questions about my criminal history, if any.** (Exclude minor traffic offenses punishable only by fine.) IF YOU ANSWER YES TO ANY OF THE FOLLOWING QUESTIONS, ATTACH DETAILS ON A SEPARATE SHEET OF PAPER TO INCLUDE THE STATE, COUNTY, DATE OF OFFENSE AND DETAILS.

1. Have you ever been convicted or plead guilty before a court for any federal, state or municipal criminal offense? ☐YES ☒NO
(If yes, attach an extra page with the details including state, county, date of offense and details of the conviction.)

2. Have you ever received deferred adjudication or similar disposition for any federal, state or municipal offense? ☐YES ☒NO
(If yes, attach an extra page with the details including state, county, date of offense and details of the disposition.)

3. Have you ever received pretrial diversion or similar disposition for any federal, state or municipal offense? ☐YES ☒NO
(If yes, attach an extra page with the details including state, county, date of offense and details of the disposition.)

4. Have you ever received probation or community supervision for any federal, state or municipal offense? ☐YES ☒NO
(If yes, attach an extra page with the details including state, county, date of offense and details of the disposition.)

5. Have you ever been convicted of any criminal offense in a country outside the jurisdiction of the United States? ☐YES ☒NO
(If yes, attach an extra page with the details including state, county, date of offense and details of the conviction.)

6. As of the date of this consent form, do you have any pending charges against you? ☐YES ☒NO
(If yes, attach an extra page with the details including state, county, date of offense and details.)

LIST ALL COUNTIES AND STATES OF RESIDENCE SINCE HIGH SCHOOL GRADUATION OR AGE 18. BEGIN WITH MOST RECENT.
(Attach extra page if needed.)

City Granbury     County Hood     State TX

City Las Vegas     County Clark     State NV

City Trumbull     County Fairfield     State CT

City Charleston     County Charleston     State SC

City Washington, DC     County DC     State DC

City Naples     County Collier     State FL

City _____     County _____     State _____

---

Highest earned educational degree: ☐ Associate ☐ Bachelor's ☐ Masters ☒ Doctorate

Field in which degree awarded: History

Date degree conferred: Aug. 2011

Name of institution granting highest degree: The George Washington University

Address of institution: 801 22nd St NW

Washington, DC     20052

Your name while at institution (if different than current name): _____

---

(1) I HEREBY CERTIFY THAT ALL INFORMATION PROVIDED IN THIS BACKGROUND CHECK DISCLOSURE NOTICE AND AUTHORIZATION FORM IS TRUE, CORRECT AND COMPLETE. I UNDERSTAND THAT INCORRECT OR INCOMPLETE INFORMATION MAY BE GROUNDS FOR TERMINATION OF CURRENT EMPLOYMENT OR CANCELLATION OF ANY AND ALL OFFERS OF EMPLOYMENT AT THE DISCRETION OF TARLETON STATE UNIVERSITY.

(2) I UNDERSTAND APPLICANTS ARE REQUIRED TO REPORT ARRESTS MADE BETWEEN THE APPLICATION FOR EMPLOYMENT AND DECISION TO HIRE THE APPLICANT FOR EMPLOYMENT.

(3) I HAVE ATTACHED PAGES WITH DETAILS OF ARRESTS AND CONVICTIONS FOR ANY AND ALL "YES" RESPONSES TO QUESTIONS 1-6 ON THE FIRST PAGE.

SIGNATURE OF APPLICANT OR EMPLOYEE     1-13-13     DATE

APPLICANT CONTACT INFORMATION: mlandis@tarleton.edu
(Email address)            (Phone number)

For California, Minnesota or Oklahoma applicants only, if you would like to receive a copy of the consumer report, if one is obtained, please check this box. ☐ If checked and you are a California applicant, a copy of consumer reports received on your behalf will be sent within three (3) days of Tarleton receiving a copy of the consumer report.

---

This form should be returned to Tarleton State University Human Resources by fax or postal mail to:

    Fax:     254-968-9590
    Mail address:     Tarleton State University
           Human Resources
           Box T-0510
           Stephenville, TX 76402

---

### THIS SECTION TO BE COMPLETED BY HUMAN RESOURCES

Hiring Department: _____

Vacant Position Title _____

Dept Contact Phone or Email Address _____

☐ Budgeted Position (Requisition #): _____     ☐ Faculty    ☐ Adjunct Faculty    ☐ Staff ☐ Student

For questions concerning this form, please call 254-968-9128

Background Check Authorization and Disclosure – January 2011

# Tarleton State University
## Criminal History Information

*Criminal history information was requested on the following individual:*

**Name:** Landis     Michael     Todd

| Last | First | Middle |
|---|---|---|

| ██████ | ██████ | Male ✓ | Female ☐ |
|---|---|---|---|
| SSN | Date of Birth | | |

**Employing Department:** Social Sciences

**Position Title:** Assistant Professor of History

**Date of Hire:** 01/16/2013

____ **NEW Employee (Secure Site)**

____ **CURRENT Employee (Public Site)**

✓ **MULTISTATE-OMNI**

**Date CHI requested:** 11/01/2012      **Requested by HR Rep:** Wendy Haynes

____ Criminal history information has been received on the individual listed above.
____ Sex Offender registration record has been received on the individual listed above.

✓ No criminal records were received on the individual listed above.
✓ No sex offender records were received on the individual listed above.

**Processed by:** *AC*

| Name | Date |
|---|---|

---

The results of this investigation indicate the employee is:

☑ Employable          ☐ Not Employable

This record was evaluated by:

**HR Comments**    *DWilson*   Human Resources Officer    **Date** 11/15/12

---

**University Police Officer**        **Date**

**PO Comments**

08/2011



Congratulations on your recent offer and we welcome you to Tarleton. To complete the employment process, a thorough background check will be conducted. All employment offers are contingent upon a satisfactory background check. The background check may be obtained from Federal, State, and local agencies, law enforcement agencies and/or in the form of a consumer report and/or an investigative consumer report. When the report is secured from a consumer reporting agency, the report is considered a consumer report.

A background check, consumer report and/or investigative consumer report containing information including, but not limited to, employment history, police record, education, qualifications, social security verification and/or motor vehicle records etc. may be obtained in connection with your application for and/or continued employment (including contract services) or volunteer services with Tarleton State University. In addition, a background check, consumer report and/or an investigative consumer report may be obtained at ANY time during the application process or during your employment or volunteering with Tarleton State University.

A consumer report containing injury and illness records and medical information and records may be obtained after a tentative offer of employment has been made. Credit history will not be obtained. Upon timely written request of the HR department of Tarleton State University, and within five (5) days of the request, the name, address and phone number of the reporting agency and the nature and scope of the investigative consumer report will be disclosed to you, if one was obtained.

Before any adverse action is taken, based in whole or in part on the information contained in the consumer report, you will be provided a copy of the report, the name, address and telephone number of the reporting agency, a summary of your rights under the Fair Credit Reporting Act, as well as additional information on your rights under the law.

Please print your name, sign and date this acknowledgement letter and return it along with the completed Background Check Disclosure Notice-Authorization Form to:

Tarleton State University
Human Resources
Box T-0510
Stephenville, TX 76402
Fax: 254-968-9590

---

Michael Landis

Print your name

11-2-12

Signature                                                Date



# BACKGROUND CHECK DISCLOSURE NOTICE
# AUTHORIZATION FORM

This form is used by the Human Resources Department as authorization to obtain criminal history information on the finalist candidate, as specified below.

-------------------------- TO BE COMPLETED BY THE APPLICANT--------------------------

| Landis | Michael | Todd | |
|---|---|---|---|
| Last Name | First Name | Middle Name | UIN (if available) |

Other name(s) used in any and all other records of birth or records of residence

| Street Address | | Apartment | |
|---|---|---|---|
| City | County | State Male | Zip White |
| Date of Birth* | Social Security Number* | Gender* | Race* |

*To be used solely for the purpose of conducting a background check.*

In connection with my application for employment, my continued employment, or in connection with my desire to engage in volunteer activities, I have been advised and I hereby consent and authorize Tarleton State University and its agent, at any time during my application process and/or employment, to obtain a background check, consumer report and/or investigative consumer report that may include, but not be limited to, social security number verification, a criminal record check, employment and education verifications, verifications of personal reference and reputation; and driving record. Credit history will not be obtained. I do hereby consent and authorize Tarleton State University and its agent to use any information provided on this form during the application process or during my employment in obtaining a background check, consumer and/or investigative consumer report.

If a consumer or investigative consumer report is obtained on me, I have been informed that I have the right to review and challenge any negative information received that would adversely impact me or adversely affect a decision to offer employment. If a consumer reporting agency is utilized to secure an investigative consumer report, I understand that I will be provided the name, address and telephone number of the consumer reporting agency and the nature and scope of the report upon timely request.

I agree to release, indemnify and hold harmless Tarleton State University, any consumer reporting agency, any Federal, State, or local agency and any law enforcement agency used by Tarleton with regard to any information reported

I acknowledge that facsimile, copy or email of this document shall have the same validity, force and effect as the original.

**The following are my responses to questions about my criminal history, if any.** (Exclude minor traffic offenses punishable only by fine.) IF YOU ANSWER YES TO ANY OF THE FOLLOWING QUESTIONS, ATTACH DETAILS ON A SEPARATE SHEET OF PAPER TO INCLUDE THE STATE, COUNTY, DATE OF OFFENSE AND DETAILS.

1.  Have you ever been convicted or plead guilty before a court for any federal, state or municipal criminal offense? ☐YES ☒NO
    (If yes, attach an extra page with the details including state, county, date of offense and details of the conviction.)

2.  Have you ever received deferred adjudication or similar disposition for any federal, state or municipal offense? ☐YES ☒NO
    (If yes, attach an extra page with the details including state, county, date of offense and details of the disposition.)

3.  Have you ever received pretrial diversion or similar disposition for any federal, state or municipal offense? ☐YES ☒NO
    (If yes, attach an extra page with the details including state, county, date of offense and details of the disposition.)

4.  Have you ever received probation or community supervision for any federal, state or municipal offense? ☐YES ☒NO
    (If yes, attach an extra page with the details including state, county, date of offense and details of the disposition.)

5.  Have you ever been convicted of any criminal offense in a country outside the jurisdiction of the United States? ☐YES ☒NO
    (If yes, attach an extra page with the details including state, county, date of offense and details of the conviction.)

6.  As of the date of this consent form, do you have any pending charges against you? ☐YES ☒NO
    (If yes, attach an extra page with the details including state, county, date of offense and details.)

LIST ALL COUNTIES AND STATES OF RESIDENCE SINCE HIGH SCHOOL GRADUATION OR AGE 18. BEGIN WITH MOST RECENT.
(Attach extra page if needed.)

City Las Vegas        County Clark        State NV

City Trumbull         County Fairfield     State CT

City Charleston       County Charleston    State SC

City Washington, DC   County _____     State DC

City Naples           County Collier       State FL

City Boston           County Suffolk       State MA

City _____        County _____     State _____


Highest earned educational degree: ☐Associate  ☐Bachelor's  ☐Masters  ☒Doctorate

Field in which degree awarded: History

Date degree conferred: June 2011

Name of institution granting highest degree: The George Washington University

Address of institution: 801 22nd St, NW, Phillips Hall
Washington, DC 20052

Your name while at institution (if different than current name): _____

(1) I HEREBY CERTIFY THAT ALL INFORMATION PROVIDED IN THIS BACKGROUND CHECK DISCLOSURE NOTICE AND AUTHORIZATION FORM IS TRUE, CORRECT AND COMPLETE. I UNDERSTAND THAT INCORRECT OR INCOMPLETE INFORMATION MAY BE GROUNDS FOR TERMINATION OF CURRENT EMPLOYMENT OR CANCELLATION OF ANY AND ALL OFFERS OF EMPLOYMENT AT THE DISCRETION OF TARLETON STATE UNIVERSITY.

(2) I UNDERSTAND APPLICANTS ARE REQUIRED TO REPORT ARRESTS MADE BETWEEN THE APPLICATION FOR EMPLOYMENT AND DECISION TO HIRE THE APPLICANT FOR EMPLOYMENT.

(3) I HAVE ATTACHED PAGES WITH DETAILS OF ARRESTS AND CONVICTIONS FOR ANY AND ALL "YES" RESPONSES TO QUESTIONS 1-6 ON THE FIRST PAGE.

_____               11-2-12
SIGNATURE OF APPLICANT OR EMPLOYEE              DATE

APPLICANT CONTACT INFORMATION: ████████████        ████████████
                                (Email address)        (Phone number)

For California, Minnesota or Oklahoma applicants only, if you would like to receive a copy of the consumer report, if one is obtained, please check this box. ☐ If checked and you are a California applicant, a copy of consumer reports received on your behalf will be sent within three (3) days of Tarleton receiving a copy of the consumer report.

--------------------------------------------------------------------------------

This form should be returned to Tarleton State University Human Resources by fax or postal mail to:
Fax:          254-968-9590
Mail address: Tarleton State University
              Human Resources
              Box T-0510
              Stephenville, TX 76402

## THIS SECTION TO BE COMPLETED BY HUMAN RESOURCES

Hiring Department: _____

Vacant Position Title                              Dept Contact Phone or Email Address
☐ Budgeted Position (Requisition #): _____   ☐ Faculty  ☐ Adjunct Faculty  ☐ Staff  ☐ Student

*Background Check Authorization and Disclosure – January 2011*



October 31, 2012

Original to Dr. Landis
Electronically to: Styron, Cross, Goodman,
W. Haynes, Baker, Vazquez
10/30/12 aff

Dr. Michael Landis

████████████████████

Dear Dr. Landis,

This is your official notification of your appointment as an Assistant Professor for the Department of Social Sciences. This is a nine-month, tenure-track position, (100% FTE) effective January 16, 2013, making you eligible for tenure September 1, 2020.

Your salary, including Benefit Replacement Pay if eligible, will be $48,000.00. Summer employment is contingent on need for your services. In addition to courses offered at the main campus in Stephenville, faculty may be assigned to teach courses and provide other support at all Tarleton locations. Faculty teaching assignments may require the use of various delivery systems such as online and video conferencing. In accordance with state guidelines, you are eligible for reimbursement of up to $1,000.00 for relocation expenses upon submission of your receipts.

Your primary responsibilities will be: **Teaching** – Teach twelve (12) hours of courses during the fall and spring semesters; **Service** – Be an active participant in the shared governance of the college and university through involvement in committees and other service-related activities; and **Research** – It is expected that you will conduct and publish research at levels of quality and quantity consistent with standards expected of the College of Liberal and Fine Arts Faculty. Perform other duties as assigned.

This letter is contingent upon Tarleton State University receiving results from an acceptable multistate background check. The general terms and conditions of employment have been presented to you by the head of your department and further details may be found on-line in the Faculty Handbook at http://tarleton.edu/policy/employeehandbook/. Appointments and employment are subject to all the policies, rules and regulations of Tarleton State University and the Texas A&M University System as found at http://www.tarleton.edu/policy/. Your employment is contingent upon a satisfactory criminal background check completed through Tarleton's Department of Human Resources, as well as your ability to provide employment eligibility documentation as required by federal law. Please schedule an appointment with the Office Human Resources to complete the required paperwork for hiring and provide this office with official transcripts.

Sincerely,

Karen R. Murray by L.D. Snider

Karen R. Murray, Ph.D., M.B.A.
Provost and Executive Vice President for Academic Affairs

Cc: Dean Kelli Styron, Interim Dean of College of Liberal and Fine Arts
Dr. Malcolm L. Cross, Head of the Department of Social Sciences
Ms. Angie Brown, Assistant Vice President of Employee Services



October 15, 2019

To Whom It May Concern,

Dr. Michael Landis (XXX-XX-█████) was employed as an Assistant Professor of History at Tarleton State University from January 16, 2013 to September 30, 2018.

If you have any further questions regarding Dr. Landis's employment, please feel free to contact our office at 254-968-9128

Sincerely,

*Abbie Weiss*

Abbie Weiss
Tarleton State University
Employee Services Specialist

# Faculty and Administrative Staff Handbook Acknowledgement

**Please read the statement below, complete the requested information, and return to Human Resources at Box T-0510.**

I understand the Faculty & Administrative Staff Handbook is available on the Tarleton web site and I understand it is my responsibility to become familiar with its contents. I also understand that I must complete *Ethics, Creating a Discrimination Free Workplace, Reporting Fraud Waste and Abuse, Orientation to the A&M System* and *Information Security Awareness* training within the first 30 days of employment.

Michael Landis

Print Name

Sign Name

Social Security No.

1-13-13

Date

| FORM: | 500T | | | PAY TYPE | | BUDGET | | BUDGET CHANGE? | | YES__ NO__ | PAGE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADLOC: | SOCIAL SCIENCES | | | | 04 131140 | | | CHANGE NUMBER | | | /01/ | 7 |
| PIN NUMBER: | T00055 | | | FY 2018 | PIN TITLE | | ASSISTANT PROFESSOR | DATE PREPARED | | 08/12/2017 | | |

STATUS:  U.S. CITIZEN?  IF NOT, PERMANENT RESIDENT VISA?

| POSITION ADLOC | EFFECTIVE DATES FROM | TO | ANNUAL TERM DATA FROM | TO | MOD | MTHS | ASSIGNMENT DST | CTY | PIN T-CD | F L | ITR STS | POSITION ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C R 04 131140 | 09-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7120 | P | C | |

| OCCUPANT NAME | VENDOR ID | EFFECTIVE DATES FROM | TO | FROM PIN | TO PIN | OCCUPANT ACTION |
|---|---|---|---|---|---|---|
| C R LANDIS MICHAEL T | 2-█████-4-000 | 01-16-13 | | | | |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|
| C R 100.00 | A | | | 6458.11 | 58123 | | | 58,123 | MERIT |

| SOURCE/PERQUISITE | | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|
| TITLE CODE | PERIOD FROM – THRU | | | | | | | |

CURRENT
7120 0901 0531 04 131140     00000 0090           1410 100.00    58,123    58122.99
                                        TOTAL                              $58,123   $58122.99

*LEGENDS/SOURCE DATA
  SOURCE TITLES: 04-7120 ASSISTANT PROFESSOR
 PT  ACCT  S-ACCT                ACCT NAME          REQMT    PT  ACCT S-ACCT OBJ
 04 131140 00000             SOCIAL SCIENCES

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY
  MERIT INCREASE EFFECTIVE 09/01/2017 -TKEITH

*APPROVALS              DATE                                    DATE

------------------------   --------     ----------------------------   --------

------------------------   --------     ----------------------------   --------

| FORM: | 500T | | | PAY TYPE | BUDGET | BUDGET CHANGE? | YES___ NO___ | PAGE 1 |
|---|---|---|---|---|---|---|---|---|
| ADLOC: | SOCIAL SCIENCES | | | 04 131140 | | CHANGE NUMBER | 704343T /03/ | 7 |
| NUMBER: | T00055 | | FY 2017 | PIN TITLE | ASSISTANT PROFESSOR | DATE PREPARED | 12/06/2016 | |

STATUS:       U.S. CITIZEN?       IF NOT, PERMANENT RESIDENT VISA?

| POSITION ADLOC | EFFECTIVE DATES FROM | TO | ANNUAL TERM DATA FROM | TO | MOD | MTHS | ASSIGNMENT DST | CTY | PIN T – CD | F L | ITR STS | POSITION ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C R 04 131140 | 12-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7120 | P | C | RETROACTIV |

| OCCUPANT NAME | VENDOR ID | EFFECTIVE DATES FROM | TO | FROM PIN | TO PIN | OCCUPANT ACTION |
|---|---|---|---|---|---|---|
| C R LANDIS MICHAEL T | 2- ███████ -4-000 | 01-16-13 | | | | |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|
| C R 100.00 | A | | | 6350.11 | 57151 | | | 57,151 | MERIT INCR |

| SOURCE/PERQUISITE | | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|
| TITLE CODE | PERIOD FROM – THRU | | | | | | | |
| CURRENT 7120 0901 0531 | 04 131140 | | 00000 0090 | TOTAL | 1410 | 100.00 | 57,151 $57,151 | 38100.66- $38100.66- |

*LEGENDS/SOURCE DATA
  SOURCE TITLES: 04-7120 ASSISTANT PROFESSOR

| PT | ACCT | S-ACCT | ACCT NAME | REQMT | PT | ACCT S-ACCT OBJ |
|---|---|---|---|---|---|---|
| 4 | 131140 | 00000 0090 | SOCIAL SCIENCES | | | |

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY
  MERIT INCREASE EFFECTIVE 12.1.16 - PRH

*APPROVALS       DATE            DATE

-------------------------- --------
EXECUTIVE DIRECTOR

-------------------------- --------
VP/STUDENT SERVICES

-------------------------- --------
VP/INSTITUTIONAL ADVANCEMENT

-------------------------------- --------
VP/FINANCE & ADMINISTRATION

-------------------------------- --------
PROVOST & VP/ACADEMIC AFFAIRS

-------------------------------- --------
PRESIDENT



TARLETON STATE UNIVERSITY
DEPARTMENT OF HUMAN RESOURCES
Room 106, Administration Annex
Tarleton, Texas   76402

08/29/2016

TO:      MICHAEL T. LANDIS
         SOCIAL SCIENCES
         BOX T-0660
         CAMPUS

SUBJECT:  Extended Payment Plan Enrollment

Our records indicate that you are currently enrolled in the Extended Payment
Plan.  If you no longer wish to participate in the plan, please sign below and
return to your payroll office by 09/09/2016.  If you want to continue enrollment
in the plan, you may disregard this letter.

I no longer wish to participate in the Extended Payment Plan.

_____
Signature

_____
Date

FISYE002   BP7157

| FORM: | 500T | | PAY TYPE | BUDGET | BUDGET CHANGE? | | YES___ NO___ | PAGE |
|---|---|---|---|---|---|---|---|---|
| | | | | | CHANGE NUMBER | | | /01/ 1 |
| ADLOC: | SOCIAL SCIENCES | | 04 131140 | | DATE PREPARED | | 08/13/2016 | |

N NUMBER:  T00055  FY 2017  PIN TITLE  ASSISTANT PROFESSOR

STATUS:  U.S. CITIZEN?  IF NOT, PERMANENT RESIDENT VISA?

| POSITION ADLOC | EFFECTIVE DATES | | ANNUAL TERM DATA | | | | ASSIGNMENT | | PIN T – CD | F L | ITR STS | POSITION ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FROM | TO | FROM | TO | MOD | MTHS | DST | CTY | | | | |
| C R 04 131140 | 09-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7300 | P | C | |

| OCCUPANT NAME | | VENDOR ID | EFFECTIVE DATES | | FROM PIN | TO PIN | OCCUPANT ACTION |
|---|---|---|---|---|---|---|---|
| | | | FROM | TO | | | |
| C R LANDIS MICHAEL T | | 2-███████-4-000 | 01-16-13 | | | | |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| C R 100.00 | A | | | 6165.22 | 55487 | | | 55,487 | | |

| SOURCE/PERQUISITE | | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|
| TITLE CODE | PERIOD FROM – THRU | | | | | | | |

CURRENT
7300 0901 0531 04 131140     00000 0090          1410 100.00    55,487    55486.98
                                       TOTAL              $55,487   $55486.98

*LEGENDS/SOURCE DATA
   SOURCE TITLES: 04-7300 ASSISTANT PROFESSOR
   PT  ACCT  S-ACCT           ACCT NAME         REQMT    PT  ACCT S-ACCT OBJ
   04 131140 00000            SOCIAL SCIENCES

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY

*APPROVALS                  DATE                              DATE

----------------------  --------   ---------------------------  --------

----------------------  --------   ---------------------------  --------

# Texas A&M University System
Campus Cd: 04    Fiscal Year: 2016

| Document: | EBR041278618 | Routing Action: | Select an action... ▼ |
|---|---|---|---|

## EPA Document Information

| | | | |
|---|---|---|---|
| EPA Document: | 1278618 (coversheet) | Doc FY: | 2016 |
| **Routing Document:** | EBR041278618 | Doc Status: | Completed |
| Document Type: | Change Salary, Title or Term (04) | Date Created: | 06/07/2016 2:22 PM |
| Action is Effective From-To: | 06/01/2016 - 08/31/2016 | Last Updated: | 06/07/2016 2:46 PM |

Dept/SubDept:

| Campus | Dept | SubDept | Department Name | Electronic Routing |
|---|---|---|---|---|
| 04 | SOCSC | 00001 | SOCIAL SCIENCES | Y |
| 04 | FISC | 00002 | FISCAL OFFICE | Y |

| | | | |
|---|---|---|---|
| Source Balance Edits Overridden: | No | Roll to New FY: | No |
| Override Budget: | No | RF Cost Sharing: | No |
| Replace Prior Iteration(s): | No | TEES Cost Sharing: | No |

Justification/Comments:
Will teach 2 sections of online courses of History for summer 2016.
HIST 1301-440, CRN# 60279, 2nd 4-Week, June 8-July 6, enrollment 17 as of 6/1/2016.
HIST 1302-430, CRN# 60285, 2nd 4-Week, June 8-July 6, enrollment 14 as of 6/1/2016.
combined enrollment 6 as of 6/1/2016.
Attached: Small class Approval

Attachments:

| | Name | Added Date | Added By | Deleted Date | Deleted By |
|---|---|---|---|---|---|
| 📄 | **Small class Approval** | 6/7/2016 2:27:30 PM | Vazquez, Jeannie L | | |

## Position Information

| | | | |
|---|---|---|---|
| PIN Number: | T00055 (Budget) | Base/New Iteration: | 01/02 |
| Adloc: | 04-131140 SOCIAL SCIENCES | | |
| Title Code: | 7300 ASSISTANT PROFESSOR | | |
| Previous Title Code: | 7300 ASSISTANT PROFESSOR | | |
| Annual Term From-To: | 06/01/2016 - 08/31/2016 | Annual Term Modifier: | D |
| Position Action: | Other Action (OA) | Annual Term Months: | 3.0 |
| Assignment Dist/Cnty: | | Temporary PIN: | No |

## Occupant Information

| | | | |
|---|---|---|---|
| Occupant UIN: | 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 | From/To Pin: | |
| Occupant SSN: | ****** | Occupant Name: | Landis Michael T |
| Previous Occupant SSN: | ****** | Previous Occupant Name: | Landis Michael T |
| Occupant in Position From-To: | 01/16/2013 - | Current Occupant Action: | No Occupant Change (NA) |
| Recommended Occupant Action: | No Occupant change (NA) | Termination Reason: | Blank/None |
| Employee Location: | 04131140 | Check Distribution: | 04131140 |

## Rate Information

| | | | |
|---|---|---|---|
| Percent Effort: | 50.00% | Pay Indicator: | Monthly - Less than 100% (B) |
| Previous Percent Effort: | 100.00% | Source Control: | Normal |
| FTE Monthly/Hourly Rate: | $6,165.22 | Budgeted Salary: | $9,248.00 |
| Previous Monthly/Hourly Rate: | $6,165.22 | Previous Budgeted Sal: | $55,486.98 |
| Salary Action: | Other action (OA) | Pay Type: | Normal |

## Optional Routing

| | | | |
|---|---|---|---|
| Additional Accts Routing: | No Additional Accounts Added | Route to "STUDENT" Proc Office: | No |

### FUNDING SOURCE LINES

| Line | Title Code | Effective Dates | Campus - Account Object Code | Acct Analysis | Pgm Code | Pct Eft | MSO/SP Flags | Monthly Pay Bud. Salary |
|---|---|---|---|---|---|---|---|---|
| 1 | 7300 - ASSISTANT PROFESSOR | 06/01/2016 to 08/31/2016 | 04 - 131140-00000 SOCIAL SCIENCES | 0090 | | 50.00% | O/ | $3,082.61 $9,248.00 |

| FORM: | 500R | | PAY TYPE | BUDGET | BUDGET CHANGE? | YES___ NO___ | PAGE 1 |
|---|---|---|---|---|---|---|---|
| ADLOC: | SOCIAL SCIENCES | | 04 131140 | | CHANGE NUMBER | 1278618 | /01/02/ |
| NUMBER: | T00055 | FY 2016 | PIN TITLE | ASSISTANT PROFESSOR | DATE PREPARED | 06/10/2016 | |
| STATUS: | SUSPENSE | U.S. CITIZEN? | | IF NOT, PERMANENT RESIDENT VISA? | | | |

| POSITION ADLOC | EFFECTIVE DATES FROM | TO | ANNUAL TERM DATA FROM | TO | MOD | MTHS | ASSIGNMENT DST | CTY | PIN T–CD | F L | ITR STS | POSITION ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 04 131140 | 09-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7300 | P | C | |
| R 04 131140 | 06-01 | 08-31 | 06-01 | 08-31 | D | 03.0 | | | 7300 | P | S | |

| OCCUPANT NAME | VENDOR ID | EFFECTIVE DATES FROM | TO | FROM PIN | TO PIN | OCCUPANT ACTION |
|---|---|---|---|---|---|---|
| C LANDIS MICHAEL T | 2-███████-4-000 | 01-16-13 | | | | |
| R LANDIS MICHAEL T | 2-███████-4-000 | 01-16-13 | | | | |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|
| C 100.00 | A | | | 6165.22 | 55487 | | | 55,487 | |
| R 50.00 | B | | | 6165.22 | 18496 | 0.00 | 0.00 | 9,248 | |

| SOURCE/PERQUISITE TITLE CODE | PERIOD FROM – THRU | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|
| CURRENT | | | | | | | | |
| 7300 | 0901 0531 | 04 131140 | 00000 | 0090 | 1410 | 34.25 | 19,005 | |
| 7300 | 0901 0531 | 04 131140 | 00000 | 0090 | 1410 | 65.75 | 36,483 | |
| | | | | TOTAL | | | $55,488 | $0.00 |
| RECOMMENDED | | | | | | | | |
| 7300 | 0601 0831 | 04 131140 | 00000 | 0090 | 1410 | 50.00 | 9,248 | 9247.83 |
| | | | | TOTAL | | | $9,248 | $9247.83 |

*LEGENDS/SOURCE DATA
  SOURCE TITLES: 04-7300 ASSISTANT PROFESSOR

| PT | ACCT | S-ACCT | ACCT NAME | REQMT | PT | ACCT | S-ACCT | OBJ |
|---|---|---|---|---|---|---|---|---|
| 04 | 131140 | 00000 0090 | SOCIAL SCIENCES | 9247.83 | 04 | 121500 | 00000 | 1100 |

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY

WILL TEACH 2 SECTIONS OF ONLINE COURSES OF HISTORY FOR SUMMER 2016. HIST 1301-440, CRN# 60279, 2ND 4-WEEK, JUNE 8-JULY 6, ENROLLMENT 17 AS OF 6/1/2016. HIST 1302-430, CRN# 60285, 2ND 4-WEEK, JUNE 8-JULY 6, ENROLLMENT 14 AS OF 6/1/2016. COMBINED ENROLLMENT 6 AS OF 6/1/2016. ATTACHED: SMALL CL ASS APPROVAL

*APPROVALS                        DATE                                               DATE

-------------------------- --------         -------------------------- --------
EXECUTIVE DIRECTOR                           VP/FINANCE & ADMINISTRATION

-------------------------- --------         -------------------------- --------
VP/STUDENT SERVICES                          PROVOST & VP/ACADEMIC AFFAIRS

-------------------------- --------         -------------------------- --------
VP/INSTITUTIONAL ADVANCEMENT                 PRESIDENT

-------------------------- --------         -------------------------- --------

| FORM: | 500T | | PAY TYPE | BUDGET | BUDGET CHANGE? | YES___ NO___ | PAGE 1 |
|---|---|---|---|---|---|---|---|
| ADLOC: | SOCIAL SCIENCES | | 04 131140 | | CHANGE NUMBER | /01/ 7 | |
| NUMBER: | T00055 | FY 2016 | PIN TITLE | ASSISTANT PROFESSOR | DATE PREPARED 08/15/2015 | | |

STATUS:      U.S. CITIZEN?      IF NOT, PERMANENT RESIDENT VISA?

| POSITION ADLOC | EFFECTIVE DATES FROM | TO | ANNUAL TERM DATA FROM | TO | MOD | MTHS | ASSIGNMENT DST | CTY | PIN T – CD | F L | ITR STS | POSITION ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C R 04 131140 | 09-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7300 | P | C | |

| OCCUPANT NAME | VENDOR ID | EFFECTIVE DATES FROM | TO | FROM PIN | TO PIN | OCCUPANT ACTION |
|---|---|---|---|---|---|---|
| C R LANDIS MICHAEL T | 2-██████-4-000 | 01-16-13 | | | | |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|
| C R 100.00 | A | | | 6165.22 | 55487 | | | 55,487 | MERIT |

| SOURCE/PERQUISITE TITLE CODE | PERIOD FROM – THRU | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|
| CURRENT | | | | | | | | |
| 7300 | 0901 0531 | 04 131140 | 00000 0090 | | 1410 | 34.25 | 19,005 | 19004.31 |
| 7300 | 0901 0531 | 04 131140 | 00000 0090 | | 1410 | 65.75 | 36,483 | 36482.67 |
| | | | | TOTAL | | | $55,488 | $55486.98 |

*LEGENDS/SOURCE DATA
   SOURCE TITLES: 04-7300 ASSISTANT PROFESSOR
 PT  ACCT  S-ACCT        ACCT NAME      REQMT   PT  ACCT S-ACCT OBJ
 4 131140 00000        SOCIAL SCIENCES

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY
   08.05.15-MERIT INCREASE...SMG

*APPROVALS           DATE                        DATE

------------------------- -------- ------------------------- --------

------------------------- -------- ------------------------- --------

# Texas A&M University System
Campus Cd: 04    Fiscal Year: 2015

| Document: | EBR041136854 | Routing Action: | Select an action... ▼ |
|---|---|---|---|

## EPA Document Information

| | | | |
|---|---|---|---|
| EPA Document: | 1136854 (coversheet) | Doc FY: | 2015 |
| **Routing Document:** | EBR041136854 | Doc Status: | Completed |
| Document Type: | Change Salary, Title or Term (04) | Date Created: | 05/28/2015 3:00 PM |
| Action is Effective From-To: | 06/01/2015 - 08/31/2015 | Last Updated: | 05/28/2015 3:29 PM |

Dept/SubDept:

| Campus | Dept | SubDept | Department Name | Electronic Routing |
|---|---|---|---|---|
| 04 | SOCSC | 00001 | SOCIAL SCIENCES | Y |
| 04 | FINAM | 00001 | FINANCE & ADMINISTRATION | Y |

| | | | |
|---|---|---|---|
| Source Balance Edits Overridden: | No | Roll to New FY: | No |
| Override Budget: | No | RF Cost Sharing: | No |
| Replace Prior Iteration(s): | No | TEES Cost Sharing: | No |
| Justification/Comments: | Will teach 2 sections History for summer 2015<br>2nd 4-week, HIST1301-440, CRN#60279, 16 enrolled.<br>2nd 4-week, HIST1302-430, CRN#60285, 18 enrolled. | | |
| Attachments: | ⊕ **Add Attachments** | | |

## Position Information

| | | | |
|---|---|---|---|
| PIN Number: | T00055 (Budget) | Base/New Iteration: | 01/02 |
| Adloc: | 04-131140 SOCIAL SCIENCES | | |
| Title Code: | 7300 ASSISTANT PROFESSOR | | |
| Previous Title Code: | 7300 ASSISTANT PROFESSOR | | |
| Annual Term From-To: | 06/01/2015 - 08/31/2015 | Annual Term Modifier: | D |
| Position Action: | Other Action (OA) | Annual Term Months: | 3.0 |
| Assignment Dist/Cnty: | | Temporary PIN: | No |

## Occupant Information

| | | | |
|---|---|---|---|
| Occupant UIN: | 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 | From/To Pin: | |
| Occupant SSN: | ******▮ | Occupant Name: | Landis Michael T |
| Previous Occupant SSN: | ******▮ | Previous Occupant Name: | Landis Michael T |
| Occupant in Position From-To: | 01/16/2013 - | Current Occupant Action: | No Occupant Change (NA) |
| Recommended Occupant Action: | No Occupant change (NA) | Termination Reason: | Blank/None |
| Employee Location: | 04131140 | Check Distribution: | 04131140 |

## Rate Information

| | | | |
|---|---|---|---|
| Percent Effort: | 50.00% | Pay Indicator: | Monthly - Less than 100% (B) |
| Previous Percent Effort: | 100.00% | Source Control: | Normal |
| FTE Monthly/Hourly Rate: | $5,991.44 | Budgeted Salary: | $8,988.00 |
| Previous Monthly/Hourly Rate: | $5,991.44 | Previous Budgeted Sal: | $53,922.96 |
| Salary Action: | Other action (OA) | Pay Type: | Normal |

## Optional Routing

| | | | |
|---|---|---|---|
| Additional Accts Routing: | No Additional Accounts Added | Route to "STUDENT" Proc Office: | No |

### FUNDING SOURCE LINES

| Line | Title Code | Effective Dates | Campus - Account Object Code | Acct Analysis | Pgm Code | Pct Eft | MSO/SP Flags | Monthly Pay<br>Bud. Salary |
|---|---|---|---|---|---|---|---|---|
| 1 | 7300 - ASSISTANT PROFESSOR | 06/01/2015 to 08/31/2015 | 04 - 131140-00000 SOCIAL SCIENCES 1410 Sal-Teaching-Faculty | 0090 | | 17.13% | O/ | $1,026.33<br>$3,079.00 |
| 2 | 7300 - ASSISTANT PROFESSOR | 06/01/2015 to 08/31/2015 | 04 - 131140-00000 SOCIAL SCIENCES 1410 Sal-Teaching- | 0090 | | 32.87% | O/ | $1,969.39<br>$5,909.00 |

## NET FUNDING

| Line | Campus | Source Account | Rqmt/Sav. Account | Type | Annual Net Amount | Iter Eff Date Net Amt | Future Net Amt | Past/Corr Net Amt |
|------|--------|----------------|-------------------|------|-------------------|-----------------------|----------------|-------------------|
| 1 | 04 | 131140-00000-1100 SOCIAL SCIENCES | 121500-00000-1100 SUMMER SCHOOL/ADJUNCT SALARIES | Salary Benefits Longevity | ($44,936.00) | $8,987.16 $0.00 $0.00 | $8,987.16 $0.00 $0.00 | $0.00 |

## DOCUMENT CHANGES IN PAYROLL

No records found to display.

## ROUTING NOTES

There are no Routing notes for this document.

## DOCUMENT HISTORY

| Desk | Fwd Name | Office | Date | Name | Phone | Action |
|------|----------|--------|------|------|-------|--------|
| CREATE DSK | | | 5/28/2015 3:29:59 PM | Vazquez, Jeannie L | 254-968-9021 | Submitted |
| DEPT-APP | | 04-SOCSC | 6/1/2015 2:34:40 PM | Baker, Sabrina A | 254-968-9141 | Approved |
| SIGNER EBR | | 04-SOCSC | 6/1/2015 2:49:28 PM | Baker, Sabrina A | 254-968-9141 | Signed |
| SIGNER EBR | | 04-FINAM | 6/1/2015 5:02:52 PM | Gordon, Susan M | 254-968-9433 | Signed |
| ACAFF-LFA | | 04-ACAFF-LFA | 6/1/2015 5:35:03 PM | Sims, Amanda L | 254-968-9860 | Approved |
| BUSVC | | 04-PAYROLLWS | 6/2/2015 8:26:34 AM | Gordon, Susan M | 254-968-9433 | Approved |
| HMNRS | | 04-PAYROLLWS | 6/3/2015 2:27:46 PM | Trussell, Hollie D | 254-968-9129 | Approved |
| PAYROLL | | 04-PAYROLLWS | 6/3/2015 2:56:50 PM | Barnes, Lori L | 254-968-9608 | Approved |

## CURRENT LOCATION

No records found to display.

## DOCUMENT PATH (PENDING)

No records found to display.

## DEPT ROUTING

| Desk | Fwd Name | Office | Date | Name | Dept | Action |
|------|----------|--------|------|------|------|--------|
| | | SOCSC | | Social Sciences | 04-SOCSC-00001 | Routing Completed |
| | | FINAM | | Finance & Administration | 04-FINAM-00001 | Routing Completed |

## DOCUMENT HELD BY

No records found to display.

## FYI COPY

| Desk | Fwd Name | Office | Date | Name | Phone | Action |
|------|----------|--------|------|------|-------|--------|
| | | Ntfy/Final | 6/3/2015 2:56:50 PM | Vazquez, Jeannie L | 254-968-9021 | Has Info Copy |

Canopy, a Business Computing Services application.
The Texas A&M University System
Version: 06/02/2015 21:11:33

FORM: 500R     PAY TYPE    BUDGET     BUDGET CHANGE?    YES___ NO___   PAGE 1

| FORM: | 500R | | PAY TYPE | | BUDGET | | BUDGET CHANGE? | YES___ NO___ | PAGE 1 |

FORM: 500R     PAY TYPE    BUDGET     BUDGET CHANGE?   YES___ NO___   PAGE 1

ADLOC: SOCIAL SCIENCES    04 131140     CHANGE NUMBER    1136854 /01/02/

DATE PREPARED   06/03/2015

NUMBER: T00055    FY 2015   PIN TITLE    ASSISTANT PROFESSOR

STATUS: SUSPENSE    U.S. CITIZEN?     IF NOT, PERMANENT RESIDENT VISA?

| POSITION ADLOC | EFFECTIVE DATES FROM | TO | ANNUAL TERM DATA FROM | TO | MOD | MTHS | ASSIGNMENT DST | CTY | PIN T – CD | F L | ITR STS | POSITION ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 04 131140 | 09-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7300 | P | C | |
| R 04 131140 | 06-01 | 08-31 | 06-01 | 08-31 | D | 03.0 | | | 7300 | P | S | |

| OCCUPANT NAME | VENDOR ID | EFFECTIVE DATES FROM | TO | FROM PIN | TO PIN | OCCUPANT ACTION |
|---|---|---|---|---|---|---|
| C LANDIS MICHAEL T | 2-██████-4-000 | 01-16-13 | | | | |
| R LANDIS MICHAEL T | 2-██████-4-000 | 01-16-13 | | | | |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|
| C 100.00 | A | | | 5991.44 | 53923 | | | 53,923 | |
| R 50.00 | B | | | 5991.44 | 17975 | 0.00 | 0.00 | 8,988 | |

| SOURCE/PERQUISITE TITLE CODE | PERIOD FROM – THRU | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|
| CURRENT | | | | | | | | |
| 7300 | 0901 0531 | 04 131140 | 00000 0090 | | 1410 | 34.25 | 18,469 | |
| 7300 | 0901 0531 | 04 131140 | 00000 0090 | | 1410 | 65.75 | 35,455 | |
| | | | | TOTAL | | | $53,924 | $0.00 |
| RECOMMENDED | | | | | | | | |
| 7300 | 0601 0831 | 04 131140 | 00000 0090 | | 1410 | 17.13 | 3,079 | 3078.99 |
| 7300 | 0601 0831 | 04 131140 | 00000 0090 | | 1410 | 32.87 | 5,909 | 5908.17 |
| | | | | TOTAL | | | $8,988 | $8987.16 |

*LEGENDS/SOURCE DATA
   SOURCE TITLES: 04-7300 ASSISTANT PROFESSOR

| PT | ACCT | S-ACCT | | ACCT NAME | REQMT | PT | ACCT | S-ACCT | OBJ |
|---|---|---|---|---|---|---|---|---|---|
| 04 | 131140 | 00000 0090 | | SOCIAL SCIENCES | 8987.16 | 04 | 121500 | 00000 | 1100 |

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY

   WILL TEACH 2 SECTIONS HISTORY FOR SUMMER 2015 2ND 4-WEEK, HIST1301-440, CRN#60279, 16 ENROLLED. 2ND 4-WEEK, HIST1302-430, CRN#60285, 18 ENROLLED.

*APPROVALS      DATE         DATE

------------------------------ --------
EXECUTIVE DIRECTOR       VP/FINANCE & ADMINISTRATION

------------------------------ --------
VP/STUDENT SERVICES      PROVOST & VP/ACADEMIC AFFAIRS

------------------------------ --------
VP/INSTITUTIONAL ADVANCEMENT    PRESIDENT

| FORM: | 500T | | | | PAY TYPE | | BUDGET | | BUDGET CHANGE? | | YES___ NO___ | | PAGE | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CHANGE NUMBER | | | | /01/ | 7 |
| ADLOC: | SOCIAL SCIENCES | | | | | 04 131140 | | | DATE PREPARED | | 08/16/2014 | | | |
| NUMBER: | T00055 | | | FY | 2015 | PIN TITLE | | ASSISTANT PROFESSOR | | | | | | |

STATUS:  U.S. CITIZEN?  IF NOT, PERMANENT RESIDENT VISA?

| POSITION ADLOC | EFFECTIVE DATES | | ANNUAL TERM DATA | | | | | ASSIGNMENT | | PIN | F | ITR | POSITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FROM | TO | FROM | TO | MOD | MTHS | | DST | CTY | T – CD | L | STS | ACTION |
| C R 04 131140 | 09-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | | 7300 | P | C | |

| OCCUPANT NAME | VENDOR ID | EFFECTIVE DATES | | FROM PIN | TO PIN | OCCUPANT ACTION |
|---|---|---|---|---|---|---|
| | | FROM | TO | | | |
| C R  LANDIS MICHAEL, T | 2-███████-4-000 | 01-16-13 | | | | |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| C R  100.00 | A | | | 5991.44 | 53923 | | | 53,923 | | MERIT |

| SOURCE/PERQUISITE | | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|
| TITLE CODE | PERIOD FROM – THRU | | | | | | | |

```
CURRENT
7300 0901 0531 04 131140       00000 0090           1410  34.25   18,469       18468.63
7300 0901 0531 04 131140       00000 0090           1410  65.75   35,455       35454.33
                                         TOTAL               $53,924       $53922.96
```

*LEGENDS/SOURCE DATA
  SOURCE TITLES: 04-7300 ASSISTANT PROFESSOR
 PT  ACCT  S-ACCT              ACCT NAME              REQMT    PT  ACCT S-ACCT OBJ
 04 131140 00000              SOCIAL SCIENCES

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY

  FY15 MERIT INCREASE 8-14-14 LD

*APPROVALS                    DATE                              DATE

------------------------    --------    --------------------------    --------

------------------------    --------    --------------------------    --------

# Texas A&M University System

Document: EBR041021513    Routing Action: Select an action... ▼

## EPA Document Information

| | |
|---|---|
| EPA Document: | 1021513 (coversheet) |
| **Routing Document:** | EBR041021513 |
| Document Type: | Change Salary, Title or Term (04) |
| Action Is Effective From-To: | 06/01/2014 - 08/31/2014 |

| | |
|---|---|
| Doc FY: | 2014 |
| Doc Status: | Completed |
| Date Created: | 06/14/2014 12:25 PM |
| Last Updated: | 06/14/2014 12:27 PM |

Dept/SubDept:

| Campus | Dept | SubDept | Department Name | Electronic Routing |
|---|---|---|---|---|
| 04 | SOCSC | 00001 | SOCIAL SCIENCES | Y |
| 04 | FINAM | 00001 | FINANCE & ADMINISTRATION | Y |

| | |
|---|---|
| Source Balance Edits Overridden: | No |
| Override Budget: | Yes |
| Replace Prior Iteration(s): | No |
| Justification/Comments: | Dr. Landis is teaching 2 sections for a total of 50% for summer 2014. ASims. |
| Attachments: | |

| | |
|---|---|
| Roll to New FY: | No |
| RF Cost Sharing: | No |
| TEES Cost Sharing: | No |

## Position Information

| | |
|---|---|
| PIN Number: | T00055 (Budget) |
| Adloc: | 04-131140 SOCIAL SCIENCES |
| Title Code: | 7300 ASSISTANT PROFESSOR |
| Previous Title Code: | 7300 ASSISTANT PROFESSOR |
| Annual Term From-To: | 06/01/2014 - 08/31/2014 |
| Position Action: | Other Action (OA) |
| Assignment Dist/Cnty: | |

| | |
|---|---|
| Base/New Iteration: | 01/02 |
| Annual Term Modifier: | |
| Annual Term Months: | 3.0 |
| Temporary PIN: | No |

## Occupant Information

| | |
|---|---|
| Occupant UIN: | 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 |
| Occupant SSN: | ****** |
| Previous Occupant SSN: | ****** |
| Occupant in Position From-To: | 01/16/2013 - |
| Recommended Occupant Action: | No Occupant change (NA) |
| Employee Location: | 04131140 |

| | |
|---|---|
| From/To Pin: | |
| Occupant Name: | Landis Michael T |
| Previous Occupant Name: | Landis Michael T |
| Current Occupant Action: | No Occupant Change (NA) |
| Termination Reason: | Blank/None |
| Check Distribution: | 04131140 |

## Rate Information

| | |
|---|---|
| Percent Effort: | 50.00% |
| Previous Percent Effort: | 100.00% |
| FTE Monthly/Hourly Rate: | $5,666.89 |
| Previous Monthly/Hourly Rate: | $5,666.89 |
| Salary Action: | Other action (OA) |

| | |
|---|---|
| Pay Indicator: | Monthly - Less than 100% (B) |
| Source Control: | Normal |
| Budgeted Salary: | $8,501.00 |
| Previous Budgeted Sal: | $51,002.01 |
| Pay Type: | Normal |

## Optional Routing

| | |
|---|---|
| Additional Accts Routing: | No Additional Accounts Added |
| Route to "STUDENT" Proc Office: | No |

### FUNDING SOURCE LINES

| Line | Title Code | Effective Dates | Campus - Account Object Code | Acct Analysis | Pgm Code | Pd Eff /PBO/SP | Base Monthly Pay Bgt Salary |
|---|---|---|---|---|---|---|---|
| 1 | 7300 - ASSISTANT PROFESSOR | 06/01/2014 to 08/31/2014 | 04 - 131140-00000 SOCIAL SCIENCES 1410 Sal-Teaching-Faculty | 0090 | | 50.00% O/ | $2,833.45 $8,501.00 |

### NET FUNDING

| Line | Campus | Source Account | Bgmt/Srv. Account | Type | Annual Net Amount | Iter Eff Date Net Amt | Future Net Amt | Past/Gen Net Amt |
|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 131140-00000-1100 SOCIAL SCIENCES | 121500-00000-1100 SUMMER SCHOOL/ADJUNCT SALARIES | Salary Benefits Longevity | ($42,502.00) | $8,500.35 $0.00 $0.00 | $8,500.35 $0.00 $0.00 | $0.00 |

### DOCUMENT CHANGES IN PAYROLL

**No records found to display.**

## ROUTING NOTES

**There are no Routing notes for this document.**

## DOCUMENT HISTORY

| Desk | Fwd Name | Office | Date | Name | Phone | Action |
|---|---|---|---|---|---|---|
| CREATE DSK | | | 6/14/2014 12:27:05 PM | Sims, Amanda L | 254-968-9860 | Submitted |
| BUSVC | | 04-PAYROLLWS | 6/16/2014 8:42:19 AM | Gordon, Susan M | 254-968-9433 | Approved |
| HMNRS | | 04-PAYROLLWS | 6/16/2014 9:25:54 AM | Jeanes, Leslie B | 254-968-9129 | Approved |
| PAYROLL | | 04-PAYROLLWS | 6/16/2014 9:39:51 AM | Barnes, Lori L | 254-968-9608 | Approved |

## CURRENT LOCATION

**No records found to display.**

## DOCUMENT PATH (PENDING)

**No records found to display.**

## DEPT ROUTING

| Desk | Fwd Name | Office | Date | Name | Dept | Action |
|---|---|---|---|---|---|---|
| | | SOCSC | | Social Sciences | 04-SOCSC-00001 | Routing Bypassed |
| | | FINAM | | Finance & Administration | 04-FINAM-00001 | Routing Bypassed |

## DOCUMENT HELD BY

**No records found to display.**

## FYI COPY

| Desk | Fwd Name | Office | Date | Name | Phone | Action |
|---|---|---|---|---|---|---|
| | | Ntfy/Final | 6/16/2014 9:39:51 AM | Sims, Amanda L | 254-968-9860 | Has Info Copy |

Canopy, a Business Computing Services application.
The Texas A&M University System
Version: 05/31/2014 03:00:30

| FORM: | 500R | PAY TYPE | BUDGET | BUDGET CHANGE? | YES___ NO___ | PAGE 1 |

| FORM: 500R | PAY TYPE | BUDGET | BUDGET CHANGE? | YES___ NO___ | PAGE 1 |
|---|---|---|---|---|---|
| ADLOC: SOCIAL SCIENCES | 04 131140 | | CHANGE NUMBER 1021513 /01/02 | | |
| NUMBER: T00055 | FY 2014 | PIN TITLE ASSISTANT PROFESSOR | DATE PREPARED 06/16/2014 | | |
| STATUS: SUSPENSE | U.S. CITIZEN? | | IF NOT, PERMANENT RESIDENT VISA? | | |

| POSITION ADLOC | EFFECTIVE DATES FROM | TO | ANNUAL TERM DATA FROM | TO | MOD | MTHS | ASSIGNMENT DST | CTY | PIN T – CD | F L | ITR STS | POSITION ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 04 131140 | 09-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7300 | P | C | |
| R 04 131140 | 06-01 | 08-31 | 06-01 | 08-31 | | 03.0 | | | 7300 | P | S | |

| OCCUPANT NAME | VENDOR ID | EFFECTIVE DATES FROM | TO | FROM PIN | TO PIN | OCCUPANT ACTION |
|---|---|---|---|---|---|---|
| C LANDIS MICHAEL T | 2-██████-4-000 | 01-16-13 | | | | |
| R LANDIS MICHAEL T | 2-██████-4-000 | 01-16-13 | | | | |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|
| C 100.00 | A | | | 5666.89 | 51003 | | | 51,003 | |
| R 50.00 | B | | | 5666.89 | 17001 | 0.00 | 0.00 | 8,501 | |

| SOURCE/PERQUISITE TITLE CODE | PERIOD FROM – THRU | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|
| CURRENT | | | | | | | | |
| 7300 | 0901 0531 | 04 131140 | 00000 | 0090 | 1410 | 34.25 | 17,469 | |
| 7300 | 0901 0531 | 04 131140 | 00000 | 0090 | 1410 | 65.75 | 33,534 | |
| | | | | TOTAL | | | $51,003 | $0.00 |
| RECOMMENDED | | | | | | | | |
| 7300 | 0601 0831 | 04 131140 | 00000 | 0090 | 1410 | 50.00 | 8,501 | 8500.35 |
| | | | | TOTAL | | | $8,501 | $8500.35 |

*LEGENDS/SOURCE DATA
SOURCE TITLES: 04-7300 ASSISTANT PROFESSOR

| PT | ACCT | S-ACCT | ACCT NAME | REQMT | PT | ACCT | S-ACCT | OBJ |
|---|---|---|---|---|---|---|---|---|
| 04 | 131140 | 00000 0090 | SOCIAL SCIENCES | 8500.35 | 04 | 121500 | 00000 | 1100 |

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY

DR. LANDIS IS TEACHING 2 SECTIONS FOR A TOTAL OF 50% FOR SUMMER 2014.
ASIMS.

*APPROVALS                    DATE                                      DATE

-------------------------  ---------     -------------------------------  ---------
EXECUTIVE DIRECTOR                        VP/FINANCE & ADMINISTRATION

-------------------------  ---------     -------------------------------  ---------
VP/STUDENT SERVICES                       PROVOST & VP/ACADEMIC AFFAIRS

-------------------------  ---------     -------------------------------  ---------
VP/INSTITUTIONAL ADVANCEMENT              PRESIDENT

-------------------------  ---------     -------------------------------  ---------

| FORM: 500T | | PAY TYPE | BUDGET | BUDGET CHANGE? | YES___ NO___ | PAGE 1 |
|---|---|---|---|---|---|---|
| ADLOC: SOCIAL SCIENCES | | 04 131140 | | CHANGE NUMBER | /01/ 7 | |
| NUMBER: T00055 | | FY 2014 | PIN TITLE | CHANGE NUMBER<br>DATE PREPARED | 08/17/2013 | |
| | | | | ASSISTANT PROFESSOR | | |

STATUS:  U.S. CITIZEN?  IF NOT, PERMANENT RESIDENT VISA?

| POSITION ADLOC | EFFECTIVE DATES | | ANNUAL TERM DATA | | | | ASSIGNMENT | | PIN | F | ITR | POSITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FROM | TO | FROM | TO | MOD | MTHS | DST | CTY | T – CD | L | STS | ACTION |
| C R  04 131140 | 09-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7300 | P | C | |

| OCCUPANT NAME | | VENDOR ID | EFFECTIVE DATES | | FROM PIN | TO PIN | OCCUPANT |
|---|---|---|---|---|---|---|---|
| | | | FROM | TO | | | ACTION |
| C R  LANDIS MICHAEL T | | 2-██████-4-000 | 01-16-13 | | | | OTHER ACT |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| C R  100.00 | A | | | 5666.89 | 51003 | | | 51,003 | | MERIT |

| SOURCE/PERQUISITE | | SOURCE | SUPPORT | ACCOUNTING | OBJ | PERCENT | SOURCE | FUND |
|---|---|---|---|---|---|---|---|---|
| TITLE CODE | PERIOD FROM – THRU | PT – ACCT – PJ/PG | ACCOUNT | ANALYSIS | CLS | EFFORT | AMOUNT | REQMT |
| CURRENT | | | | | | | | |
| 7300 | 0901 0531 | 04 131140 | 00000 | 0090 | 1410 | 34.25 | 17,469 | 17468.19 |
| 7300 | 0901 0531 | 04 131140 | 00000 | 0090 | 1410 | 65.75 | 33,534 | 33533.82 |
| | | | | TOTAL | | | $51,003 | $51002.01 |

```
*LEGENDS/SOURCE DATA
  SOURCE TITLES: 04-7300 ASSISTANT PROFESSOR
PT  ACCT  S-ACCT            ACCT NAME           REQMT    PT  ACCT S-ACCT OBJ
4 131140 00000              SOCIAL SCIENCES
```

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY

*APPROVALS                    DATE                                    DATE

--------------------------------   ---------   ----------------------------   ----------
                                                                  AUG 1 9 2013

--------------------------------   ---------   ----------------------------   ----------

FORM: 500R     PAY TYPE     BUDGET     BUDGET CHANGE? YES___ NO___ PAGE 1
CHANGE NUMBER    301983T /01/02/
ADLOC: SOCIAL SCIENCES    04 131140    DATE PREPARED   01/14/2013

NUMBER: T00055    FY 2013   PIN TITLE    ASSISTANT PROFESSOR

STATUS: SUSPENSE    U.S. CITIZEN?    IF NOT, PERMANENT RESIDENT VISA?

| POSITION ADLOC | EFFECTIVE DATES FROM | TO | ANNUAL TERM DATA FROM | TO | MOD | MTHS | ASSIGNMENT DST | CTY | PIN T–CD | F L | ITR STS | POSITION ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 04 131140 | 09-01 | 01-15 | 09-01 | 05-31 | | 09.0 | | | 7300 | P | C | |
| R 04 131140 | 01-16 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7300 | P | S | |

| OCCUPANT NAME | VENDOR ID | EFFECTIVE DATES FROM | TO | FROM PIN | TO PIN | OCCUPANT ACTION |
|---|---|---|---|---|---|---|
| C VACANT | 2-999999999-7-000 | 08-01-12 | 01-15-13 | | | VACANT |
| R LANDIS MICHAEL T | 2-██████-4-000 | 01-16-13 | | | | NEW HIRE |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|
| C 100.00 | A | | | 5017.77 | 45160 | | | 45,160 | |
| R 100.00 | A | | | 5333.33 | 48000 | 315.56 | 6.28 | 48,001 | INCREASE |

| SOURCE/PERQUISITE TITLE CODE | PERIOD FROM – THRU | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|
| CURRENT | | | | | | | | |
| 7300 | 0901 0531 | 04 131140 | 00000 0090 | | 1410 | 100.00 | 45,160 | 22579.97- |
| | | | | TOTAL | | | $45,160 | $22579.97- |
| | | | | | | | | |
| RECOMMENDED | | | | | | | | |
| 7300 | 0901 0531 | 04 131140 | 00000 0090 | | 1410 | 34.25 | 16,441 | 8220.02 |
| 7300 | 0901 0531 | 04 131140 | 00000 0090 | | 1410 | 65.75 | 31,560 | 15779.97 |
| | | | | TOTAL | | | $48,001 | $23999.99 |

*LEGENDS/SOURCE DATA
   SOURCE TITLES: 04-7300 ASSISTANT PROFESSOR

| PT | ACCT | S-ACCT | ACCT NAME | REQMT | PT | ACCT | S-ACCT | OBJ |
|---|---|---|---|---|---|---|---|---|
| 04 | 131140 | 00000 0090 | SOCIAL SCIENCES | 1420.02 | 04 | 131140 | 00000 | 1100 |

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY

   MR. LANDIS WAS HIRED TO FILL THIS POSITION EFFECTIVE 01/16/2013.

*APPROVALS        DATE                   DATE

--------------------------------  --------   --------------------------------  --------
EXECUTIVE DIRECTOR                     VP/FINANCE & ADMINISTRATION
--------------------------------  --------   --------------------------------  --------
VP/STUDENT SERVICES                    PROVOST & VP/ACADEMIC AFFAIRS
--------------------------------  --------   --------------------------------  --------
VP/INSTITUTIONAL ADVANCEMENT           PRESIDENT
--------------------------------  --------   --------------------------------  --------

# View Hiring Proposal for Position Description Listed Below Summary

**Hiring Proposal**

| | |
|---|---|
| Requisition Number: | 0601090 |
| Employee First Name | Michael |
| Employee Middle Initial | T |
| Employee Last Name | Landis |
| Working Title: | Assistant Professor of History |
| Employee ID Number | 123005241 |
| PIN: | 00055 |
| Classification title: | Assistant Professor |
| Title code: | 7300 |
| Department | Social Sciences, 131140 |
| Term: | 9 months |
| ADLOC: | 131140 |
| Paying Account(s) & Funding percentage(s): | 131140 100% |
| Percent Effort: | 100 |
| Tenure: | Yes |
| Tenure Date: | Sept 2020 |
| Departmental users with permission to access position information (include all departmental HMs and contacts accessing this position) | Chenault, Mary<br>Swam, Stan<br>Brown, Angela<br>Sims, Amanda<br>Barrett, Carol<br>Battenfield, Sharon<br>Luna, Linda<br>Baker, Sabrina<br>Vazquez, Jeannie<br>Caudle, Sandra<br>Gordon, Susan<br>MURRAY, KAREN<br>Foreman, Abigail<br>Standridge, Elma<br>Goodman, Joyce<br>Fagan, Susie<br>Wilson, DawnAnn<br>Styron, Kelli<br>Cross, Malcolm |

Haynes, Wendy
Minckler, Tye

| | |
|---|---|
| Starting Annual Salary | $48,000 |
| Start Date | 1/16/2013 |
| Was candidate's degree or equivalent experience checked/verified? | Yes |
| Were candidate's references, if any, checked? | Yes |
| Was candidate's previous employment verified? | Yes |
| Did candidate meet *minimum requirements* for position? | Yes |
| Did candidate meet *preferred qualifications* for position? | Yes |
| Is the candidate a foreign national (non u.s. citizen)? | No |

**Comments**

Assistant Comments

Hiring Manager Comments

Department Head Comments

Dean/Other Administrator Comments

Academic Affairs Comments
12/19/12: New position created from the other 1/2 of the Zelman position. Funds in position T00055 $45,160. Hiring at $48,000. Additional $2840 will come from 136100. Approval is attached. ASims.

VP Comments
12/19/12: Dr. Murray has approved and requested that I forward on her behalf. ASims.

Finance and Administration Comments
This position is budgeted in account 131140 at $45160 additional $2840 will be funded from 136100. 12/19/2012 JGoodman

President Comments

Human Resources Comments
11/15/2012: CHI completed. DWilson
11/7/2012: CHI in progress. PhD. History confirmed via NSCH. DWilson

HR Employment Analyst Comments
11/01/2012; Minimum degree required of position: Doctorate; Candidate's Degree Reported: Doctorate; Name/Location of Institution: The George Washington University, WDC; Salary Includes Benefit Replacement Pay if eligible. Original TC action # 008174; New position; Hiring at a negotiable rate for the position (commensurate with other positions in department) with approvals attached by way of executed appointment letter; WHaynes

**Action History**

**11-01-2012 10:59 AM**                                          **Jeannie Vazquez**

*Hiring Proposal Submitted to Hiring Manager*

**11-01-2012 11:29 AM**                                                          **Malcolm Cross**

*Hiring Proposal Submitted to HR Employment Analyst*

**11-01-2012 4:26 PM**                                                           **Wendy Haynes**

*Hiring Proposal Submitted to HR for Initial Review*

**11-07-2012 4:52 PM**                                                           **DawnAnn Wilson**

*Save*

**11-15-2012 12:04 PM**                                                          **DawnAnn Wilson**

*Hiring Proposal Submitted to Dean/Other Administrator*

**12-11-2012 4:03 PM**                                                           **Kelli Styron**

*Hiring Proposal Submitted to Academic Affairs*

**12-19-2012 9:25 AM**                                                           **Amanda Sims**

*Hiring Proposal Submitted to VP*

**12-19-2012 9:27 AM**                                                           **Amanda Sims**

*Hiring Proposal Submitted to Finance & Administration*

**12-19-2012 4:58 PM**                                                           **Joyce Goodman**

*Hiring Proposal Submitted to HR for Final Review*

**01-02-2013 1:53 PM**                                                           **Carol Barrett**

*All Approvals Obtained (Hiring Proposal Approved)*



Department of Social Sciences

Box T-0660, Stephenville, Texas 76402
Office 254/968-9021   Fax 254/968-9798

*approved K. Murray*

TO:        Dr. Karen Murray, Executive Vice President
           Of Academic Affairs & Provost

THROUGH:   Ms. Kelli Styron, Interim Dean    *Approved – KCS*   *Base of $45,000; Not to exceed*
           College of Liberal and Fine Arts   *10-17-12*         *$50,000 without*
                                                                 *Dr. Murray's approval*

FROM:      Dr. Malcolm L. Cross  *ML*

DATE:      October 16, 2012

RE:        Michael Landis

This letter is to request permission to extend a formal offer of employment to Dr. Michael Landis, our first choice to fill the tenure-track position in History.

Thank You



*FS: T00055*
*$ 45,160*
*00*
*10-18-12*

Original on file AA. Electronically to: Styron, Cross, Goodman, W. Haynes, Baker, Vazquez    10/18/2012 aff

*A member of The Texas A&M University System since 1917*    OCT 16 2012



TARLETON
STATE UNIVERSITY
Member of The Texas A&M University System

October 31, 2012

Original to Dr. Landis
Electronically to: Styron, Cross, Goodman,
W. Haynes, Baker, Vazquez
10/30/12 aff

Dr. Michael Landis



Dear Dr. Landis,

This is your official notification of your appointment as an Assistant Professor for the Department of Social Sciences. This is a nine-month, tenure-track position, (100% FTE) effective January 16, 2013, making you eligible for tenure September 1, 2020.

Your salary, including Benefit Replacement Pay if eligible, will be $48,000.00. Summer employment is contingent on need for your services. In addition to courses offered at the main campus in Stephenville, faculty may be assigned to teach courses and provide other support at all Tarleton locations. Faculty teaching assignments may require the use of various delivery systems such as online and video conferencing. In accordance with state guidelines, you are eligible for reimbursement of up to $1,000.00 for relocation expenses upon submission of your receipts.

Your primary responsibilities will be: **Teaching** – Teach **twelve (12)** hours of courses during the fall and spring semesters; **Service** – Be an active participant in the shared governance of the college and university through involvement in committees and other service-related activities; and **Research** – It is expected that you will conduct and publish research at levels of quality and quantity consistent with standards expected of the College of Liberal and Fine Arts Faculty. Perform other duties as assigned.

This letter is contingent upon Tarleton State University receiving results from an acceptable multistate background check. The general terms and conditions of employment have been presented to you by the head of your department and further details may be found on-line in the Faculty Handbook at http://tarleton.edu/policy/employeehandbook/. Appointments and employment are subject to all the policies, rules and regulations of Tarleton State University and the Texas A&M University System as found at http://www.tarleton.edu/policy/. Your employment is contingent upon a satisfactory criminal background check completed through Tarleton's Department of Human Resources, as well as your ability to provide employment eligibility documentation as required by federal law. Please schedule an appointment with the Office Human Resources to complete the required paperwork for hiring and provide this office with official transcripts.

Sincerely,

Karen R. Murray by L.R. Snider

Karen R. Murray, Ph.D., M.B.A.
Provost and Executive Vice President for Academic Affairs

Cc: Dean Kelli Styron, Interim Dean of College of Liberal and Fine Arts
Dr. Malcolm L. Cross, Head of the Department of Social Sciences
Ms. Angie Brown, Assistant Vice President of Employee Services



## TARLETON
## STATE UNIVERSITY
Member of The Texas A&M University System

October 31, 2012



RECEIVED

OCT 3 0 2012

HUMAN RESOURCES

*Carol*

Dr. Michael Landis

██████████████████████

Dear Dr. Landis,

This is your official notification of your appointment as an Assistant Professor for the Department of Social Sciences. This is a nine-month, tenure-track position, (100% FTE) effective January 16, 2013, making you eligible for tenure September 1, 2020.

Your salary, including Benefit Replacement Pay if eligible, will be $48,000.00. Summer employment is contingent on need for your services. In addition to courses offered at the main campus in Stephenville, faculty may be assigned to teach courses and provide other support at all Tarleton locations. Faculty teaching assignments may require the use of various delivery systems such as online and video conferencing. In accordance with state guidelines, you are eligible for reimbursement of up to $1,000.00 for relocation expenses upon submission of your receipts.

Your primary responsibilities will be: **Teaching** – Teach twelve (12) hours of courses during the fall and spring semesters; **Service** – Be an active participant in the shared governance of the college and university through involvement in committees and other service-related activities; and **Research** – It is expected that you will conduct and publish research at levels of quality and quantity consistent with standards expected of the College of Liberal and Fine Arts Faculty. Perform other duties as assigned.

This letter is contingent upon Tarleton State University receiving results from an acceptable multistate background check. The general terms and conditions of employment have been presented to you by the head of your department and further details may be found on-line in the Faculty Handbook at http://tarleton.edu/policy/employeehandbook/. Appointments and employment are subject to all the policies, rules and regulations of Tarleton State University and the Texas A&M University System as found at http://www.tarleton.edu/policy/. Your employment is contingent upon a satisfactory criminal background check completed through Tarleton's Department of Human Resources, as well as your ability to provide employment eligibility documentation as required by federal law. Please schedule an appointment with the Office Human Resources to complete the required paperwork for hiring and provide this office with official transcripts.

Sincerely,

*Karen R. Murray by L.D. Snider*

Karen R. Murray, Ph.D., M.B.A.
Provost and Executive Vice President for Academic Affairs

Cc: Dean Kelli Styron, Interim Dean of College of Liberal and Fine Arts
 Dr. Malcolm L. Cross, Head of the Department of Social Sciences
 Ms. Angie Brown, Assistant Vice President of Employee Services



**Department of Social Sciences**

Box T-0660, Stephenville, Texas 76402
Office 254/968-9021   Fax 254/968-9798

October 22, 2012

Dr. Michael Landis

████████████████████████

Dear Dr. Landis:

I am pleased to describe the proposed terms for the position of Assistant Professor in the Department of Social Sciences which, if acceptable to you and approved by the Provost and Executive Vice President of Academic Affairs, will be included in an official letter of appointment from the Office of Academic Affairs following your return of a signed copy of this letter.  This is a nine month, tenure-track position beginning officially 1/16/13.  This letter of offer is contingent upon Tarleton State University receiving results from an acceptable multistate background check.

Your salary, including Benefit Replacement Pay if eligible, will be $48,000.   Summer employment is contingent on need for your services.  You will be eligible for tenure in Fall 2020. In addition to courses offered at all Tarleton locations, faculty teaching assignments may require the use of various delivery systems such as online and video conferencing. In accordance with state guidelines, you are eligible for reimbursement of up to $1000.00 for relocation expenses upon submission of receipts.

Your primary responsibilities will be:

Teaching: Teach twelve (12) hours of courses during the fall and spring semesters;

Service: Be an active participant in the shared governance of the college and university through involvement in committees and other service-related activities.

Research:  It is expected that you will conduct and publish research at levels of quality and quantity consistent with standards expected of the College of Liberal and Fine Arts Faculty.

Please indicate your acceptance of the proposed terms of this appointment by signing on the line provided below and **returning this letter and your official transcripts** to the Office of Academic Affairs, Box T-0010, Stephenville, TX 76402.  Appointments are subject to all the rules and regulations of Tarleton State University and The Texas A&M University System.

*Original on file HR. Electronically to: Styron, Cross, Goodman,*
*W. Haynes, Baker, Vasquez  10/30/12 off*

*A member of The Texas A&M University System since 1917*

RECEIVED
OCT 29 2012
Academic Affairs

Following receipt of the official letter of appointment, please contact the Department of Employee Services (phone 254-968-9128) to make arrangements to complete the necessary documents.

I look forward to welcoming you to Tarleton State University.

Sincerely,

Dr. Malcolm L. Cross
Department Head


I accept the proposed terms of the position described above.

Dr. Michael Landis                    10-24-12

                                       Date

# Texas A&M University System
Campus Cd: 04   Fiscal Year: 2017

| Document: | EBR041424394 | Routing Action: | Select an action... ▼ |
|---|---|---|---|

## EPA Document Information

| | | | |
|---|---|---|---|
| EPA Document: | 1424394 (coversheet) | Doc FY: | 2017 |
| **Routing Document:** | EBR041424394 | Doc Status: | Completed |
| Document Type: | Change Salary, Title or Term (04) | Date Created: | 06/12/2017 9:55 AM |
| Action is Effective From-To: | 06/01/2017 - 08/31/2017 | Last Updated: | 07/03/2017 11:55 AM |

Dept/SubDept:

| Campus | Dept | SubDept | Department Name | Electronic Routing |
|---|---|---|---|---|
| 04 | SOCSC | 00001 | SOCIAL SCIENCES | Y |
| 04 | SOCSC | 00011 | SOCIAL SCIENCES | Y |
| 04 | FISC | 00002 | FISCAL OFFICE | Y |

| | | | |
|---|---|---|---|
| Source Balance Edits Overridden: | No | Roll to New FY: | No |
| Override Budget: | Yes | RF Cost Sharing: | No |
| Replace Prior Iteration(s): | No | TEES Cost Sharing: | No |

Justification/Comments: Assistant Professor: Will teach 2 sections History summer 2017.
3rd 4-th week, Hist 1301-010, CRN#62365, Enrolled-15.
3rd 4-th week, Hist 1302-430, CRN#60285, Enrolled-12.
25% Research Grant: 20870064017  ORG-17-CONERSTONE OF THE CONFEDERACY
Attached: Approved Short Class Justification.

Attachments:

| | Name | Added Date | Added By | Deleted Date | Deleted By |
|---|---|---|---|---|---|
| 📄 | **Short Class Approval** | 6/26/2017 1:55:50 PM | Baker, Sabrina A | | |
| 📄 | **Budget Override** | 6/26/2017 3:03:06 PM | Baker, Sabrina A | | |

⊕ **Add Attachments**

## Position Information

| | | | |
|---|---|---|---|
| PIN Number: | T00055 (Budget) | Base/New Iteration: | 03/04 |
| Adloc: | 04-131140 SOCIAL SCIENCES | | |
| Title Code: | 7120 ASSISTANT PROFESSOR | | |
| Previous Title Code: | 7120 ASSISTANT PROFESSOR | | |
| Annual Term From-To: | 06/01/2017 - 08/31/2017 | Annual Term Modifier: | D |
| Position Action: | Other Action (OA) | Annual Term Months: | 3.0 |
| Assignment Dist/Cnty: | | Temporary PIN: | No |

## Occupant Information

| | | | |
|---|---|---|---|
| Occupant UIN: | 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 | From/To Pin: | |
| Occupant SSN: | ****** ■ | Occupant Name: | Landis Michael T |
| Previous Occupant SSN: | ****** ■ | Previous Occupant Name: | Landis Michael T |
| Occupant in Position From-To: | 01/16/2013 - | Current Occupant Action: | No Occupant Change (NA) |
| Recommended Occupant Action: | No Occupant change (NA) | Termination Reason: | Blank/None |
| Employee Location: | 04131140 | Check Distribution: | 04131140 |

## Rate Information

| | | | |
|---|---|---|---|
| Percent Effort: | 75.00% | Pay Indicator: | Monthly - Less than 100% (B) |
| Previous Percent Effort: | 100.00% | Source Control: | Normal |
| FTE Monthly/Hourly Rate: | $6,350.11 | Budgeted Salary: | $14,289.00 |
| Previous Monthly/Hourly Rate: | $6,350.11 | Previous Budgeted Sal: | $57,151.00 |
| Salary Action: | Other action (OA) | Pay Type: | Normal |

## Optional Routing

| | | | |
|---|---|---|---|
| Additional Accts Routing: | No Additional Accounts Added | Route to "STUDENT" Proc Office: | No |

AS-June - 7/21/17
BWD Refreshed - 7/14/17

**FUNDING SOURCE LINES**

## DEPT ROUTING

| Desk | Fwd Name | Office | Date | Name | Dept | Action |
|------|----------|--------|------|------|------|--------|
| | | SOCSC | | Social Sciences | 04-SOCSC-00001 | Routing Completed |
| | | SOCSC | | Social Sciences | 04-SOCSC-00011 | Routing Completed |
| | | FISC | | Fiscal Office | 04-FISC-00002 | Routing Completed |

## DOCUMENT HELD BY

No records found to display.

## FYI COPY

| Desk | Fwd Name | Office | Date | Name | Phone | Action |
|------|----------|--------|------|------|-------|--------|
| | | Ntfy/Final | 7/14/2017 4:29:01 PM | Shipman, Chelsea R | 254-968-9695 | Has Info Copy |

Canopy, a Business Computing Services application.
The Texas A&M University System
Version: 05/08/2017 22:09:32

| FORM: | 500R | | PAY TYPE | BUDGET | BUDGET CHANGE? | | YES___ NO___ | PAGE 1 |
|---|---|---|---|---|---|---|---|---|

FORM: 500R    PAY TYPE  BUDGET    BUDGET CHANGE?   YES___ NO___   PAGE 1
ADLOC: SOCIAL SCIENCES    04 131140    CHANGE NUMBER  1424394  /03/04/
    DATE PREPARED  07/14/2017

PIN NUMBER: T00055    FY 2017    PIN TITLE  ASSISTANT PROFESSOR

STATUS: SUSPENSE    U.S. CITIZEN?    IF NOT, PERMANENT RESIDENT VISA?

| POSITION ADLOC | EFFECTIVE DATES FROM | TO | ANNUAL TERM DATA FROM | TO | MOD | MTHS | ASSIGNMENT DST | CTY | PIN T-CD | F L | ITR STS | POSITION ACTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C 04 131140 | 12-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7120 | P | C | |
| R 04 131140 | 06-01 | 08-31 | 06-01 | 08-31 | D | 03.0 | | | 7120 | P | S | |

| OCCUPANT NAME | VENDOR ID | EFFECTIVE DATES FROM | TO | FROM PIN | TO PIN | OCCUPANT ACTION |
|---|---|---|---|---|---|---|
| C LANDIS MICHAEL T | 2-██████-4-000 | 01-16-13 | | | | |
| R LANDIS MICHAEL T | 2-██████-4-000 | 01-16-13 | | | | |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|
| C 100.00 | A | | | 6350.11 | 57151 | | | 57,151 | |
| R 75.00 | B | | | 6350.11 | 19051 | 0.00 | 0.00 | 14,289 | |

| SOURCE/PERQUISITE TITLE CODE | PERIOD FROM – THRU | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|

CURRENT
7120 0901 0531 04 131140    00000 0090    1410 100.00    57,151
    TOTAL    $57,151    $0.00

RECOMMENDED
7120 0601 0831 04 200410    00000 5010    1410 50.00    9,526    9525.18
7120 0601 0831 04 208700    64017 5010    1410 25.00    4,763    4762.59
    TOTAL    $14,289    $14287.77

*LEGENDS/SOURCE DATA
   SOURCE TITLES: 04-7120 ASSISTANT PROFESSOR

| PT | ACCT | S-ACCT | | ACCT NAME | REQMT | PT | ACCT | S-ACCT | OBJ |
|---|---|---|---|---|---|---|---|---|---|
| 04 | 131140 | 00000 | 0090 | SOCIAL SCIENCES | 0.00 | | | | |
| 04 | 200410 | 00000 | 5010 | SOCIAL SCIENCES | 9525.18 | 04 | 200931 | 00000 | 1100 |
| 04 | 208700 | 64017 | 5010 | INDIR COST-ACAD AFF | 4762.59 | 04 | 208700 | 64017 | 1100 |

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY

ASSISTANT PROFESSOR: WILL TEACH 2 SECTIONS HISTORY SUMMER 2017. 3RD 4-TH
WEEK, HIST 1301-010, CRN#62365, ENROLLED-15. 3RD 4-TH WEEK, HIST 1302-430
, CRN#60285, ENROLLED-12. 25% RESEARCH GRANT: 20870064017 ORG-17-CONERST
ONE OF THE CONFEDERACY ATTACHED: APPROVED SHORT CLASS JUSTIFICATION.

*APPROVALS    DATE    DATE

---------------------------    --------
EXECUTIVE DIRECTOR

---------------------------    --------
VP/STUDENT SERVICES

---------------------------    --------
VP/INSTITUTIONAL ADVANCEMENT

---------------------------------    --------
VP/FINANCE & ADMINISTRATION

---------------------------------    --------
PROVOST & VP/ACADEMIC AFFAIRS

---------------------------------    --------
PRESIDENT

# Texas A&M University System
Campus Cd: 04    Fiscal Year: 2017

Document: EBR041424394    Routing Action: Select an action... ▼

## EPA Document Information

| | | | | |
|---|---|---|---|---|
| EPA Document: | 1424394 (coversheet) | | Doc FY: | 2017 |
| **Routing Document:** | EBR041424394 | | Doc Status: | Completed |
| Document Type: | Change Salary, Title or Term (04) | | Date Created: | 06/12/2017 9:55 AM |
| Action is Effective From-To: | 06/01/2017 - 08/31/2017 | | Last Updated: | 07/03/2017 11:55 AM |

Dept/SubDept:

| Campus | Dept | SubDept | Department Name | Electronic Routing |
|---|---|---|---|---|
| 04 | SOCSC | 00001 | SOCIAL SCIENCES | Y |
| 04 | SOCSC | 00011 | SOCIAL SCIENCES | Y |
| 04 | FISC | 00002 | FISCAL OFFICE | Y |

| | | | | |
|---|---|---|---|---|
| Source Balance Edits Overridden: | No | | Roll to New FY: | No |
| Override Budget: | Yes | | RF Cost Sharing: | No |
| Replace Prior Iteration(s): | No | | TEES Cost Sharing: | No |

Justification/Comments: Assistant Professor: Will teach 2 sections History summer 2017.
3rd 4-th week, Hist 1301-010, CRN#62365, Enrolled-15.
3rd 4-th week, Hist 1302-430, CRN#60285, Enrolled-12.
25% Research Grant: 20870064017  ORG-17-CONERSTONE OF THE CONFEDERACY
Attached: Approved Short Class Justification.

Attachments:

| | Name | Added Date | Added By | Deleted Date | Deleted By |
|---|---|---|---|---|---|
| 📄 | **Short Class Approval** | 6/26/2017 1:55:50 PM | Baker, Sabrina A | | |
| 📄 | **Budget Override** | 6/26/2017 3:03:06 PM | Baker, Sabrina A | | |

⊕ **Add Attachments**

## Position Information

| | | | | |
|---|---|---|---|---|
| PIN Number: | T00055 (Budget) | | Base/New Iteration: | 03/04 |
| Adloc: | 04-131140 SOCIAL SCIENCES | | | |
| Title Code: | 7120 ASSISTANT PROFESSOR | | | |
| Previous Title Code: | 7120 ASSISTANT PROFESSOR | | | |
| Annual Term From-To: | 06/01/2017 - 08/31/2017 | | Annual Term Modifier: | D |
| Position Action: | Other Action (OA) | | Annual Term Months: | 3.0 |
| Assignment Dist/Cnty: | | | Temporary PIN: | No |

## Occupant Information

| | | | | |
|---|---|---|---|---|
| Occupant UIN: | 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 | | From/To Pin: | |
| Occupant SSN: | ****** ▮ | | Occupant Name: | Landis Michael T |
| Previous Occupant SSN: | ****** ▮ | | Previous Occupant Name: | Landis Michael T |
| Occupant in Position From-To: | 01/16/2013 - | | Current Occupant Action: | No Occupant Change (NA) |
| Recommended Occupant Action: | No Occupant change (NA) | | Termination Reason: | Blank/None |
| Employee Location: | 04131140 | | Check Distribution: | 04131140 |

## Rate Information

| | | | | |
|---|---|---|---|---|
| Percent Effort: | 75.00% | | Pay Indicator: | Monthly - Less than 100% (B) |
| Previous Percent Effort: | 100.00% | | Source Control: | Normal |
| FTE Monthly/Hourly Rate: | $6,350.11 | | Budgeted Salary: | $14,289.00 |
| Previous Monthly/Hourly Rate: | $6,350.11 | | Previous Budgeted Sal: | $57,151.00 |
| Salary Action: | Other action (OA) | | Pay Type: | Normal |

## Optional Routing

| | | | | |
|---|---|---|---|---|
| Additional Accts Routing: | No Additional Accounts Added | | Route to "STUDENT" Proc Office: | No |

No adj needed - Payroll corrected - EPA done afterwords

**FUNDING SOURCE LINES**

No records found to display.

## DEPT ROUTING

| Desk | Fwd Name | Office | Date | Name | Dept | Action |
|------|----------|--------|------|------|------|--------|
|  |  | SOCSC |  | Social Sciences | 04-SOCSC-00001 | Routing Completed |
|  |  | SOCSC |  | Social Sciences | 04-SOCSC-00011 | Routing Completed |
|  |  | FISC |  | Fiscal Office | 04-FISC-00002 | Routing Completed |

## DOCUMENT HELD BY

No records found to display.

## FYI COPY

No records found to display.

Canopy, a Business Computing Services application.
The Texas A&M University System
Version: 05/08/2017 22:09:32

| FORM: | 500R | | PAY TYPE | BUDGET | BUDGET CHANGE? | YES___ NO___ | PAGE |
|---|---|---|---|---|---|---|---|
| ADLOC: | SOCIAL SCIENCES | | 04 131140 | | CHANGE NUMBER | 1435910 | /03/05/ |
| PIN NUMBER: | T00055 | | FY 2017 | PIN TITLE | DATE PREPARED 07/21/2017 | ASSISTANT PROFESSOR | 1 |
| STATUS: | SUSPENSE | U.S. CITIZEN? | | IF NOT, PERMANENT RESIDENT VISA? | | |

| POSITION ADLOC | EFFECTIVE DATES | | ANNUAL TERM DATA | | | | | ASSIGNMENT | | PIN | F | ITR | POSITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FROM | TO | FROM | TO | MOD | MTHS | DST | CTY | T – CD | L | STS | ACTION |
| C 04 131140 | 12-01 | 05-31 | 09-01 | 05-31 | | 09.0 | | | 7120 | P | C | |
| R 04 131140 | 06-01 | 08-31 | 06-01 | 08-31 | D | 03.0 | | | 7120 | P | S | |

| OCCUPANT NAME | VENDOR ID | EFFECTIVE DATES | | FROM PIN | TO PIN | OCCUPANT |
|---|---|---|---|---|---|---|
| | | FROM | TO | | | ACTION |
| C LANDIS MICHAEL T | 2-████████-4-000 | 01-16-13 | | | | |
| R LANDIS MICHAEL T | 2-████████-4-000 | 01-16-13 | | | | |

| PERCENT EFFORT | P I D | SRC CTL | RNG/ STEP | FTE MTH/HR | FTE ANNUAL | AMOUNT CHANGE | PERCENT CHANGE | BUDGETED AMOUNT | | RATE ACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| C 100.00 | A | | | 6350.11 | 57151 | | | 57,151 | | |
| R 50.00 | B | | | 6350.01 | 19051 | 0.10 | 0.00 | 9,526 | | |

| SOURCE/PERQUISITE | | SOURCE PT – ACCT – PJ/PG | SUPPORT ACCOUNT | ACCOUNTING ANALYSIS | OBJ CLS | PERCENT EFFORT | SOURCE AMOUNT | FUND REQMT |
|---|---|---|---|---|---|---|---|---|
| TITLE CODE | PERIOD FROM – THRU | | | | | | | |

CURRENT
7120 0901 0531 04 131140    00000 0090 TOTAL    1410 100.00   57,151   $0.00
                                                              $57,151

RECOMMENDED
7120 0601 0831 04 200410    00000 5010 TOTAL    1410 50.00    9,526    9525.03
                                                              $9,526   $9525.03

*LEGENDS/SOURCE DATA
   SOURCE TITLES: 04-7120 ASSISTANT PROFESSOR

| PT | ACCT | S-ACCT | | ACCT NAME | REQMT | PT | ACCT | S-ACCT | OBJ |
|---|---|---|---|---|---|---|---|---|---|
| 04 | 131140 | 00000 | 0090 | SOCIAL SCIENCES | 0.00 | | | | |
| 04 | 200410 | 00000 | 5010 | SOCIAL SCIENCES | 9525.03 | 04 | 200931 | 00000 | 1100 |

*COMMENTS - ATTACH ADDITIONAL PAGES AS NECESSARY

ASSISTANT PROFESSOR: WILL TEACH 2 SECTIONS HISTORY SUMMER 2017. 3RD 4-TH
WEEK, HIST 1301-010, CRN#62365, ENROLLED-15. 3RD 4-TH WEEK, HIST 1302-430
CRN#60285, ENROLLED-12. ATTACHED: APPROVED SHORT CLASS JUSTIFICATION.
7/18/2017 NOTE: ASHLEY BARNES WILL CHANGE NET FUNDING ACCOUNT MANUALLY TO
#200931-00000. EPA DOCUMENT WOULD NOT PERMIT CHANGES TO NET FUNDING.

*APPROVALS                   DATE                                        DATE

------------------------  --------    ------------------------------  --------
EXECUTIVE DIRECTOR                     VP/FINANCE & ADMINISTRATION

------------------------  --------    ------------------------------  --------
VP/STUDENT SERVICES                    PROVOST & VP/ACADEMIC AFFAIRS

------------------------  --------    ------------------------------  --------
VP/INSTITUTIONAL ADVANCEMENT           PRESIDENT
------------------------  --------    ------------------------------  --------

TARLETON STATE UNIVERSITY
DEPARTMENT OF HUMAN RESOURCES
Room 106, Administration Annex
Tarleton, Texas  76402

08/27/2015

TO:      MICHAEL T. LANDIS
         SOCIAL SCIENCES
         BOX T-0660
         CAMPUS

SUBJECT:  Extended Payment Plan Enrollment

Our records indicate that you are currently enrolled in the Extended Payment
Plan.  If you no longer wish to participate in the plan, please sign below and
return to your payroll office by 09/11/2015.  If you want to continue enrollment
in the plan, you may disregard this letter.

I no longer wish to participate in the Extended Payment Plan.


_____
Signature


_____
Date


FISYE002  BP7157

# View Hiring Proposal for Position Description Listed Below Summary

**Hiring Proposal**

| | |
|---|---|
| Requisition Number: | 0601090 |
| Employee First Name | Michael |
| Employee Middle Initial | T |
| Employee Last Name | Landis |
| Working Title: | Assistant Professor of History |
| Employee ID Number | 123005241 |
| PIN: | 00055 |
| Classification title: | Assistant Professor |
| Title code: | 7300 |
| Department | Social Sciences, 131140 |
| Term: | 9 months |
| ADLOC: | 131140 |
| Paying Account(s) & Funding percentage(s): | 131140 100% |
| Percent Effort: | 100 |
| Tenure: | Yes |
| Tenure Date: | Sept 2020 |
| Departmental users with permission to access position information (include all departmental HMs and contacts accessing this position) | Chenault, Mary<br>Swam, Stan<br>Brown, Angela<br>Sims, Amanda<br>Barrett, Carol<br>Battenfield, Sharon<br>Luna, Linda<br>Baker, Sabrina<br>Vazquez, Jeannie<br>Caudle, Sandra<br>Gordon, Susan<br>MURRAY, KAREN<br>Foreman, Abigail<br>Standridge, Rea<br>Goodman, Joyce<br>Fagan, Susie<br>Wilson, DawnAnn<br>Styron, Kelli<br>Cross, Malcolm |

JAN 15 2013

1/16/2013

T00055

$ 48000

9 mo

Haynes, Wendy
Minckler, Tye

| | |
|---|---|
| Starting Annual Salary | $48,000 |
| Start Date | 1/16/2013 |
| Was candidate's degree or equivalent experience checked/verified? | Yes |
| Were candidate's references, if any, checked? | Yes |
| Was candidate's previous employment verified? | Yes |
| Did candidate meet *minimum requirements* for position? | Yes |
| Did candidate meet *preferred qualifications* for position? | Yes |
| Is the candidate a foreign national (non u.s. citizen)? | No |

## Comments

**Assistant Comments**

**Hiring Manager Comments**

**Department Head Comments**

**Dean/Other Administrator Comments**

**Academic Affairs Comments**   12/19/12: New position created from the other 1/2 of the Zelman position. Funds in position T00055 $45,160. Hiring at $48,000. Additional $2840 will come from 136100. Approval is attached. ASims.

**VP Comments**   12/19/12: Dr. Murray has approved and requested that I forward on her behalf. ASims.

**Finance and Administration Comments**   This position is budgeted in account 131140 at $45160 additional $2840 will be funded from 136100. 12/19/2012 JGoodman

**President Comments**

**Human Resources Comments**   11/15/2012: CHI completed. DWilson
11/7/2012: CHI in progress. PhD. History confirmed via NSCH. DWilson

**HR Employment Analyst Comments**   11/01/2012; Minimum degree required of position: Doctorate; Candidate's Degree Reported: Doctorate; Name/Location of Institution: The George Washington University, WDC; Salary Includes Benefit Replacement Pay if eligible. Original TC action # 008174; New position; Hiring at a negotiable rate for the position (commensurate with other positions in department) with approvals attached by way of executed appointment letter; WHaynes

## Action History

**11-01-2012 10:59 AM**                                                    **Jeannie Vazquez**

*Hiring Proposal Submitted to Hiring Manager*

**11-01-2012 11:29 AM**                                    **Malcolm Cross**

*Hiring Proposal Submitted to HR Employment Analyst*

**11-01-2012 4:26 PM**                                     **Wendy Haynes**

*Hiring Proposal Submitted to HR for Initial Review*

**11-07-2012 4:52 PM**                                     **DawnAnn Wilson**

*Save*

**11-15-2012 12:04 PM**                                    **DawnAnn Wilson**

*Hiring Proposal Submitted to Dean/Other Administrator*

**12-11-2012 4:03 PM**                                     **Kelli Styron**

*Hiring Proposal Submitted to Academic Affairs*

**12-19-2012 9:25 AM**                                     **Amanda Sims**

*Hiring Proposal Submitted to VP*

**12-19-2012 9:27 AM**                                     **Amanda Sims**

*Hiring Proposal Submitted to Finance & Administration*

**12-19-2012 4:58 PM**                                     **Joyce Goodman**

*Hiring Proposal Submitted to HR for Final Review*

**01-02-2013 1:53 PM**                                     **Carol Barrett**

*All Approvals Obtained (Hiring Proposal Approved)*



Tarleton
State University

Department of Social Sciences

Box T-0660, Stephenville, Texas 76402
Office 254/968-9021   Fax 254/968-9798

*approved K.Murray*

TO:            Dr. Karen Murray, Executive Vice President
               Of Academic Affairs & Provost

THROUGH:       Ms. Kelli Styron, Interim Dean         *Approved - KCS 10-17-12   Base of $45,000; Not to exceed $50,000 without Dr. Murray's approval*
               College of Liberal and Fine Arts

FROM:          Dr. Malcolm L. Cross  *MC*

DATE:          October 16, 2012

RE:            Michael Landis

This letter is to request permission to extend a formal offer of employment to Dr. Michael Landis, our first choice to fill the tenure-track position in History.

Thank You

FS: T00055
$ 45,160
00
10-18-12



RECEIVED
OCT 17 2012
Academic Affairs

Original on file AA. Electronically to: Styron, Cross, Goodman, W. Haynes,
Baker, Vazquez      10/18/2012 aff

*A member of The Texas A&M University System since 1917*

Received
OCT 16 2012
College of Liberal and

Tem

Submit Elections Confirmation



## THE TEXAS A&M UNIVERSITY SYSTEM

Annual Enrollment for Michael Landis
Initiated On: 09/20/2018
Submit Elections By: 07/31/2018
Event Date: 09/01/2018

Total Employee Cost/Credit ██████
Monthly Cost

You should print a confirmation of your elections by clicking the Print button at the bottom of the page. If you elected an amount of coverage that requires Evidence of Insurability, you will receive an email from tamus@myworkday.com in early August with directions and a link to the life insurance carrier's (Securian) website to provide additional information. Unless you complete this step, your life insurance change cannot be approved.

### Elected Coverages

| Benefit Plan | Coverage Begin Date | Deduction Begin Date | Coverage | Calculated Coverage | Dependents | Beneficiaries | Employee Cost (Monthly) | Employer Contribution (Monthly) | Benefit Credit (Monthly) |
|---|---|---|---|---|---|---|---|---|---|
| Medical - Blue Cross Blue Shield of TX PPO A&M Care | 02/01/2018 | 02/01/2018 | Employee Only | | | | ███ | ███ | ███ |
| Dental - Delta Dental DPPO | 02/01/2018 | 02/01/2018 | Employee Only | | | | | | |
| Vision - Superior Vision VIS | 02/01/2018 | 02/01/2018 | Employee Only | | | | | | |
| Basic Life/AD&D - Securian (Employee) | 05/01/2013 | 05/01/2013 | $7,500 | $7,500.00 | | | | | |
| | | | | | | Total: | | | |

### Waived Coverages

| Plan Type |
|---|
| Healthcare Spending Account |
| Dependent Day Care Spending Account |
| Optional Life |
| Optional AD&D |
| Spouse Life |
| Child Life |
| Long Term Disability |

### Beneficiary Designations

| Benefit Plan | Provider Website | Requires Beneficiary | Beneficiary | Primary Percentage / Contingent Percentage |
|---|---|---|---|---|
| | | | Beneficiaries | |
| Basic Life/AD&D - Securian (Employee) | Securian | | | |

### Benefit Credits Summary

Current Benefit Credits



# Submit Elections Confirmation



THE TEXAS A&M
UNIVERSITY SYSTEM

| Benefit Credits | Elected | Eligible | Waived | Total |
|---|---|---|---|---|
| Medical | | | | |
| | Total: | | | |

## Signature

X
Employee Signature Required

## Electronic Signature

**Payroll Deduction/Pretax Premium/Billing Agreement:** I authorize The Texas A&M University System to deduct from my earnings the amount required to cover my share of the premiums for these coverages. I authorize the A&M System to reduce my taxable income by an amount equal to my health/dental/vision/AD&D premiums.

**Waiver Agreement:** After my 60-day enrollment period, I understand that in order to enroll in the future I may be required to provide evidence of insurability, and I may enroll in some plans only during enrollment periods and/or be subject to pre-existing condition limitations.

**Release of Information:** I understand that certain information collected by the A&M System must be sent to the carriers of the plans in which I have enrolled. The A&M System and the insurance carriers will treat this information as confidential.

**Tobacco User Agreement:** I understand that if I have indicated that I am not a tobacco user and this proves to have been a false statement, my coverage and any associated dependent benefit coverage may be cancelled.

**Certification and signature:** I understand that I may be required to provide additional documentation to certify the change I that I am claiming in order to make changes to my benefits. I further understand that should it be found that I have made a false statement in connection to my benefit change, my benefit coverage will be canceled and I may be prosecuted to the full extent of the law.

**Insurance Cancellation Agreement:** If cancelling any insurance coverage, I understand that in order to participate in the future I may be required to furnish evidence of insurability at my own expense. Coverage is subject to the carrier's approval and is not guaranteed. In addition, I may enroll in some plans only during specified enrollment periods. Benefits will be paid based on coverage records in my insurance file and in accordance with the terms of the applicable group policy.

Signed By   Dawnann Wilson
Date        09/20/2018

THE TEXAS A&M
UNIVERSITY SYSTEM



## View Event: Open Enrollment Change:
Michael Landis on 09/01/2018

**For** Michael Landis
**Overall Process** Open Enrollment Change: Michael Landis on 09/01/2018
**Overall Status** Successfully Completed
**Due Date** 06/30/2018
**Calendars In Use** Consecutive Days (No Calendars Selected)

## Details

| | |
|---|---|
| **Benefit Event Type** | Annual Enrollment |
| **Initiated On** | 06/30/2018 |
| **Submit Elections By** | 07/31/2018 |
| **Event Date** | 09/01/2018 |
| **Finalized Date** | 08/01/2018 |
| **Benefit Group** | Full Time Monthly 12 over 9 |
| **Enrollment Status** | Finalized |

## Attachments

Attachment

## Elected Coverages

| Benefit Plan | Coverage Begin Date | Deduction Begin Date | Coverage | Calculated Coverage | Dependents | Beneficiaries | Employee Cost (Monthly - 9) | Employer Contribution (Monthly - 9) | Benefit Credit (Monthly - 9) |
|---|---|---|---|---|---|---|---|---|---|
| Medical - Blue Cross Blue Shield of TX PPO A&M Care | 02/01/2018 | 02/01/2018 | Employee Only | | | | | | |
| Dental - Delta Dental DPPO | 02/01/2018 | 02/01/2018 | Employee Only | | | | | | |
| Vision - Superior Vision VIS | 02/01/2018 | 02/01/2018 | Employee Only | | | | | | |
| Basic Life/AD&D - Securian (Employee) | 05/01/2013 | 05/01/2013 | $7,500 | $7,500.00 | | | | | |

Total:

## Waived Coverages

| Plan Type |
|---|
| Healthcare Spending Account |
| Dependent Day Care Spending Account |
| Optional Life |
| Optional AD&D |
| Spouse Life |



## THE TEXAS A&M
UNIVERSITY SYSTEM

# View Event: Open Enrollment Change:
## Michael Landis on 09/01/2018

| | Plan Type |
|---|---|
| Child Life | |
| Long Term Disability | |

### Beneficiary Designations

| | | | Beneficiaries | |
|---|---|---|---|---|
| Benefit Plan | Provider Website | Requires Beneficiary | Beneficiary | Primary Percentage / Contingent Percentage |
| Basic Life/AD&D - Securian (Employee) | Securian | | | |

## Benefit Credits Summary

### Current Benefit Credits

| Benefit Credits | Elected | Eligible | Waived | Total |
|---|---|---|---|---|
| Medical | | | | |
| Total: | | | | |

## Process

### Process History

| Process | Step | Status | Completed On | Due Date | Person | Comment |
|---|---|---|---|---|---|---|
| Change Benefits for Open Enrollment | Change Benefits for Open Enrollment | Step Completed | 06/30/2018 11:18:31 AM | 06/30/2018 | Meredith Fox | |
| Change Benefits for Open Enrollment | Change Benefits for Open Enrollment | Not Required | | 06/30/2018 | | |
| Change Benefits for Open Enrollment | Change Benefits for Open Enrollment | Not Required | | 06/30/2018 | | |
| Change Benefits for Open Enrollment | Change Benefits for Open Enrollment | Canceled | 08/01/2018 11:49:16 AM | 07/02/2018 | Meredith Fox | |

# View Faculty Performance Evaluation Summary

## Employee Details

| | |
|---|---|
| Employee First Name | Michael |
| Employee Last Name | Landis |
| Position Title | Assistant Professor of History |
| Department: | Social Sciences |
| FLSA code: | P |
| Immediate Supervisor: | Guthrie, Christopher |

## Evaluation Details

| | |
|---|---|
| Classification title: | Assistant Professor |
| Employee: | Landis, Michael |
| Evaluation Cycle | First Year Probationary (Faculty) |
| Evaluation Cycle End Date: | |
| Other Users Who Need Access to this Evaluation | Baker, Sabrina<br>Foreman, Abigail<br>MURRAY, KAREN<br>Styron, Kelli<br>Vazquez, Jeannie |

## Faculty Self Appraisal

### Teaching

| | |
|---|---|
| Teaching:<br>Example Criteria | 4=Exceeds Expectations |
| Comments: | Each semester I am revising my syllabi to better suit the needs of my students, especially when it comes to writing skills. I find myself assigning additional work to help students with their writing and critical thinking, and thus I find myself working harder than I ever have at grading / comments. |

### Research, Scholarship and Creative Activities

| | |
|---|---|
| Research, Scholarship and Creative Activities:<br>Example Criteria | 3=Meets Expectations |
| Comments: | I have met my expectations for 2014. My first book will be on shelves in October, I will be presenting at three major scholarly conferences, I have authored a book review for a leading scholarly journal, and I am in the beginning stages of my second book project. |

### Service

| | |
|---|---|
| | 3=Meets Expectations |

Service:
Example Criteria

Comments:                I presented some of my research in the COLFA faculty symposium, I
                         have been a member of two separate faculty search committees,
                         and I continue to serve on the speakers symposium committee. I
                         attend as many extracurricular events that I can, and I take an
                         active interest in my students' activities.

## Other Areas for Evaluation

Other Areas for Evaluation:      No Response
Example Criteria

Comments:

## Status of Goals from Previous 12 Month Period

Status of Goals from Previous 12      N/A
Month Period:

## Goals for Next Review Period

Goals for Next Review Period:      1. Integrate more primary sources into my courses. 2. Begin
                                   research for my second book project.

## Faculty Duties Evaluation

## Teaching Effectiveness

Teaching Effectiveness:      4=Exceeds Expectations
Example Criteria

Comments:

## Research, Scholarship and Creative Activities

Research, Scholarship and Creative
Activities:                        5=Outstanding
Example Criteria

Comments:                Michael has a new book coming in Fall 2014 from Cornell University
                         Press. This is a major honor.

## Service

Service:                 4=Exceeds Expectations
Example Criteria

Comments:                Michael served on a number of important committees his first year
                         and did an excellent job.

## Other Areas for Evaluation

Other Areas for Evaluation:
(optional)                       No Response
Example Criteria

Comments:

## Administrative Duties Evaluation

## Completing Tasks

                         No Response

Completing Tasks:
Example Criteria

Comments:

## Initiative and Innovation

Initiative and Innovation:                    No Response
Example Criteria

Comments:

## Job Knowledge

Job Knowledge:                    No Response
Example Criteria

Comments:

## Security and Safety Compliance

Security and Saftey Compliance:                    No Response
Example Criteria

Comments:

## Diversity

Diversity:                    No Response
Example Criteria

Comments:

## Cooperation and Customer Service

Cooperation and Customer Service:                    No Response
Example Criteria

Comments:

## Teamwork

Teamwork:                    No Response
Example Criteria

Comments:

## Resource Management

Resource Management:
*(Supervisory Personnel Only)*                    No Response
Performance Criteria

Comments:

## Supervision and Leadership

Supervision and Leadership:
*(Supervisory Personnel Only)*                    No Response
Performance Criteria

Comments:

## Current Goals

No Records Found

## Goals for the Next Review Period

No Records Found

## Tenure Review

### Tenure Review

Tenure Review:     Michael is making excellent progress towards earning tenure. Right now, I see no reason why he will not earn it.

## Overall Rating & Comments

Overall Performance Rating:
Overall Performance Rating definitions     4=Exceeds Expectations

Supervisor's Supporting Comments     We lucked out when we hired Michael. He is an excellent addition to the department.

NLA Comments:

EMPLOYEE: By checking this box, I certify that I have reviewed this evaluation with my supervisor/evaluator. It does not necessarily mean that I agree with the evaluation's content.

If comments are desired then either enter the comments in the comment block below or note that comments have been submitted to your supervisor or to Human Resources.     Certified

I certify my job specific duties and FLSA status are correct and accurately describes my job duties.

Employee Comments:     I hope I can continue to meet / surpass expectations. Thank you!

## Notes/History

**03-28-2014 7:53 AM**     **Michael Landis**

*Saved Not Submitted (Employee)*

**03-28-2014 9:43 AM**     **Michael Landis**

*Save*

**03-28-2014 9:43 AM**     **Michael Landis**

*Evaluation Submitted to Hiring Manager*

**05-13-2014 9:29 AM**     **Christopher Guthrie**

*Save*

**05-25-2014 10:08 AM**                                    **Christopher Guthrie**

*Save*

**05-25-2014 10:17 AM**                                    **Christopher Guthrie**

*Save*

**05-29-2014 9:16 AM**                                     **Christopher Guthrie**

*Evaluation Submitted to Employee to Review/Certify*

**05-29-2014 10:31 AM**                                    **Michael Landis**

*Save*

**05-29-2014 10:34 AM**                                    **Michael Landis**

*Evaluation Complete - HR Review*

## Haynes, Ms. Wendy J

**From:** tarletonhr@tarleton.edu
**Sent:** Monday, February 04, 2013 9:27 AM
**Subject:** Position Description at status of: Position Description Certified

**Categories:** Position Description Certification

The following position is at the status of: Position Description Certified

Employee Name: Michael Landis
Title: Assistant Professor
Action #: 009532
Department: Social Sciences, 131140

You may login and view a copy of this action at anytime at https://jobs.tarleton.edu/hr.

Thank you.

Human Resources
Tarleton State University

901 TAMUS B/P/P - Employee Banking Information - Correction      01/18/13   09:39



 

## Direct Deposit and Electronic W-2 Authorization Form

## TARLETON STATE UNIVERSITY
## EXTENDED PAY PLAN AUTHORIZATION

| 1. Name: Michael Landis | 2. UIN Number: 123005241 |
|---|---|
| 3. Department: Social Sciences | 4. ~~Campus~~ Phone: _(blacked out)_ Home |

Check Applicable Transaction Below: (5. or 6.)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5. ☒ ENROLLMENT

I authorize Tarleton State University to reduce the net amount of my paycheck by (**Choose One**) ☐ **12.5%** ☑ or **25%** for each of the nine months of September through May. I authorize Tarleton State University to hold these funds for the purpose of distributing the balance to me in three equal payments of June, July, and August. I understand that participation in this plan is not an extension of my employment contract.

I understand that having an employment period of less than twelve months is a requirement for my participation in the Plan. I understand that all deductions and federal income tax withholding will be taken on a monthly basis when earned. I recognize my participation in the Plan begins with the first available monthly pay date after I file a properly completed enrollment form with my payroll office, and there are no catch-up provisions for any expired portion of the fiscal year. I understand that an additional amount will be withheld to offset my out-of-pocket insurance premiums during the summer months.

I understand that four months' insurance will be deducted from my May check, but that I will be partially reimbursed for the summer premiums in a separate check, drawn from my Extended Pay Plan funds previously set aside for this purpose.

I understand that I will not receive any interest earnings for these funds.

I understand that I may stop my participation at any time, and may elect to receive disbursement either on the next available monthly pay date or during the summer months as scheduled through the Plan. I recognize that, following cancellation, I may not participate in the Plan again until the next fiscal year.

I understand that if my employment with Tarleton State University ends, I must submit to the payroll office an Extended Pay Plan Authorization form indicating Cancellation (item #6) and option (A) in order to receive the Plan balance as a refund on the next available monthly pay date. I understand that unless I submit a form indicating option (A), the funds will be disbursed during the summer months as scheduled through the Plan.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. ☐ CANCELLATION (check one:)

A) ☐ Pay Plan balance on next available monthly pay date.

B) ☐ Pay during summer months per Plan schedule.

_____
Signature

8-30-13
Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
### SEND COMPLETED FORMS TO PAYROLL SERVICES OFFICE AT BOX T-0115

*State law requires that you be informed of the following: (1) you are entitled to request to be informed about the information about yourself collected by use of this form (with a few exceptions as provided by law); (2) you are entitled to receive and review that information; and (3) you are entitled to have the information corrected at no charge to you.*

 **TAMUS iBenefits** *"Your insurance benefits, on-line"*   **SSO Menu**   **SSO Logoff**

| Documents | Participants | Reports | | System Member   T - Tarleton State University | | Change Role   Processor |

**Home**   **Documents**   **Document Created**        Hint: Use the links to view a previous page!

## New Employee Default Document Created

The new employee enrollment default coverage document for **Landis, Michael T** was created successfully.

Additionally, required training courses have been assigned to the employee.

To ensure that the employee can access SSO and HRConnect, print the Confirmation Report and provide it to him/her at the beginning of the orientation process.

| | | | | |
|---|---|---|---|---|
| Uin | 123005241 | Employment Date | 1/16/2013 |
| First Name | **Michael T** | Employer Contribution Rule | **First of Month After 90 Days** |
| Last Name | **Landis** | Employer Contrib Start Date | **5/1/2013** |
| Birth Date | ▇▇▇▇▇ | Term Months | **12.0** |
| System Member | **T** | % Effort | **100 %** |
| Member Name | **Tarleton State University** | Grad Student? | **No** |
| Adloc | **04131140** | J1/J2 Visa? | **No** |
| Dept Name | **Social Sciences** | Pay Type | **Annual** |
| Work Zip Code | **76402** | Budgeted Salary | **$48,000** |
| Email Address | | FTE/Annualized Salary | **$48,000 / $48,000** |

| Make Correction | Print Instructions | Email Participant |

Logged in as: Battenfield, Sharon M
Last Logon:   1/9/2013 3:40:39 PM
Last Logon Ip: 173.255.47.221

Business Computing Services
The Texas A&M University System
1/4/2013   3.1.4.4752

https://apps4.system.tamus.edu/iBenefits/Processor/CrdCreated.aspx                    1/14/2013



**Welcome to**

# The Texas A&M University System

Dear **Michael T Landis**

As a new benefits-eligible employee, you are responsible for enrolling in or waiving benefits and completing the System-required training. These programs can be accessed online at:

## https://sso.tamus.edu/logon.aspx

To login, you will need the following information:

| | |
|---|---|
| UIN: | **123005241** |
| Birthdate: | ███████ |
| Adloc: | **04131140** |

After you have logged on, click the "iBenefits" link on the SSO menu.

**If you do not make your enrollment choices through this system by 3/17/2013, including waiving health coverage if you do not want it, you will be enrolled in the basic benefit package. This includes health coverage in the A&M Care plan through BlueCross BlueShield and life insurance coverage of $7,500. There is a cost to you associated with this coverage so be sure to find time to make this choice by 3/17/2013. Your employer's contribution to your benefits starts on 5/1/2013.**

Before beginning your benefit enrollment please:

• Decide on your benefit choices by reviewing the Benefits Guide online at http://www.tamus.edu/offices/benefits/publications/.

• Collect the names and addresses for your life insurance beneficiaries.

• If you will be adding your depdendents to benefit coverage, collect the required documentation. Dependents will not be enrolled in coverage until required documentation is received by your HR office. You can find a list of needed documents at http://www.tamus.edu/offices/benefits/programs/dependent-documentation/.

---

A&M System Regulation 33.05.02 requires System employees to complete training on certain topics. This training must be completed on or before 2/15/2013. The training is offered online for your convenience. To access the training, log in to SSO and select TrainTraq from the SSO menu. Your assigned courses will be listed for you there.

---

Participation in a retirement plan is mandatory for State of Texas employees. In most cases, you will be automatically enrolled in the Teachers Retirement System (TRS) on your date of hire. TRS information and a Beneficiary Designation Form will be mailed directly from TRS to your home mailing address. Faculty, librarians, and certain administrators are eligible to participate in the Texas Optional Retirement Program (ORP). If you are eligible for the ORP, enrollment information will be provided to you by your Human Resources or Payroll Office.

---

If you have questions or cannot log on to SSO, contact your HR office at 254-968-9128 or employment@tarleton.edu.

## NOTICE TO EMPLOYEES OF WORKERS' COMPENSATION INSURANCE

Notice is hereby given to all persons employed in the service of and on the payroll of the institutions and agencies under the direction and governance of the Board of Regents of The Texas A&M University System that Workers' Compensation Insurance coverage is provided in accordance with Chapter 502 of the Texas Labor Code.

I hereby acknowledge receipt of this notice that Workers' Compensation Insurance has been provided as above stated.

Date: 1-13-13

Employee's Printed Name: Michael Landis

Employee's Signature: _____

UIN: 123005241

System Member: Tarleton State University
Department: Social Sciences

**TAMUS Form - 8**

**This form may not be altered.**

**Retain in Employee's Personnel File**

**Rev 06/12**

# ORP Information Acknowledgment Form

*With few exceptions, you have the right to request, receive, review and correct information about yourself collected using this form.*

If you have previously participated in or have been eligible to participate in the Texas Optional Retirement Program (ORP), or if you think you may have previous participation, you will need to complete the Prior ORP Participation Acknowledgment Form.

1. Selection of ORP in lieu of the Teacher Retirement System (TRS) entails certain responsibilities for the employee, including selection and monitoring of ORP companies and investments.

2. The Texas A&M University System has no fiduciary responsibility for the market value of ORP participants' investments or for the financial stability of the ORP companies selected by the participants.

3. The amount the state contributes to ORP is determined by the Texas Legislature and may change over time.

4. I certify that I have never been given the opportunity in the past to enroll in ORP in Texas. I understand that I have 90 days from my date of eligibility, which is (mm/dd/yy) **Jan. 16, 2013**, to enroll in ORP, that this time limit will expire on (mm/dd/yy) **April 16, 2013**, and that this is a one-time irrevocable choice between the ORP and the TRS. I understand I will be automatically enrolled in TRS until I enroll in ORP prior to the expiration date listed above. I further understand that failure to enroll in ORP prior to the expiration date listed above will automatically and permanently enroll me in the Teacher Retirement System of Texas for the remainder of my employment in Texas public higher education.

5. If I am in a visiting, adjunct, temporary or any other ORP-eligible position that may not be expected to last for more than 12 months, I understand that this is my one and only opportunity to elect ORP in lieu of TRS. In addition, I understand that failure to enroll in ORP at this time will eliminate any future opportunities to enroll in ORP even if I have an extended break in service from Texas institutions of higher education. This is my one-time, irrevocable choice, and I understand that I will not have another opportunity to enroll in ORP if I return to an ORP-eligible position in Texas.

6. I understand that all necessary and properly completed ORP enrollment forms must be received by the appropriate Personnel/ Human Resources or Payroll office within the 90-day election period and before the monthly payroll calculation in order to be effective that month. Forms received prior to the expiration of my ORP election period but after the monthly payroll calculation will be effective on the first of the following month.

*I have read and understand the above statements concerning responsibilities that an employee undertakes upon selection of the Optional Retirement Program (ORP) in lieu of the Teacher Retirement System (TRS). I have been furnished a copy of "An Overview of TRS and ORP" as a source of information about my retirement decision.*

**Michael Landis**
Name *(Print)*

**Assistant Prof.**
Position *or title*

**Social Sciences**
Department

Employee *signature*

_____
Witness

_____
Social Security number

_____
Telephone number

**mlandis@tarleton.edu**
E-mail address

**1-14-13**
Date

_____
Date

# RETIREMENT QUESTIONNAIRE

1.  Are you **currently** contributing to the Teacher Retirement System (TRS) of Texas, to the Employees Retirement System (ERS) of Texas or to the Texas Optional Retirement Program (ORP) with another employer?

    _____  YES

    __X__  NO

    If YES, name of program: _____

    Effective date of participation: _____

2.  If you are not currently contributing, have you **retired** under TRS, ERS or ORP?

    _____  YES

    __X__  NO

    If YES, name of program: _____

    Effective date of retirement: _____

3.  ` If you are not currently contributing, have you **ever** contributed to TRS, ERS or ORP?

    _____  YES

    __X__  NO

    If YES, name of program: _____

    Effective dates of participation: _____


Michael Landis
Employee Name - printed

[signature]
Employee Signature

████████████
SSN/UIN

1-14-13
Date

RQ
5/2006